1

2   Emily Chiang, WSBA No. 50517
    La Rond Baker, WSBA No. 43610
3   Breanne Schuster, WSBA No. 49993 (*E.D. Wash. Admission Pending*)
    AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
4   901 Fifth Avenue, Suite 630
    Seattle, Washington 98164
5   Telephone: (206) 624-2184
    Email: echiang@aclu-wa.org, lbaker@aclu-wa.org, bschuster@aclu-wa.org
6
    Brendan V. Monahan, WSBA No. 22315
7   STOKES LAWRENCE VELIKANJE MOORE & SHORE
    120 N. Naches Ave.
8   Yakima, Washington 98901
    Telephone: (509) 853-3000
9   Email: bvm@stokeslaw.com

    *Attorneys for Plaintiff Bertha Aranda Glatt*

10
                    UNITED STATES DISTRICT COURT
11                  EASTERN DISTRICT OF WASHINGTON

| Bertha Aranda Glatt, | No. |
| --- | --- |
| Plaintiff, | |
| v. | |
| CITY OF PASCO, MATT WATKINS, in his official capacity as Mayor of Pasco, and REBECCA FRANCIK, BOB HOFFMANN, TOM LARSEN, SAUL MARTINEZ, and AL YENNEY, in their official capacity as members of the Pasco City Council, | **COMPLAINT** |
| Defendants. | |

## I.    INTRODUCTION

1.    This Complaint is a challenge to the at-large election system utilized by the City of Pasco, Washington to elect members of its City Council. The

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF
Page | 1

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

current at-large scheme impermissibly denies Latino/a voters an equal opportunity to participate in the political process and elect representatives of their choice, in violation of Section 2 of the Voting Rights Act, 42 U.S.C. § 1973.

## II.    JURISDICTION

2.    This is an action for injunctive and declaratory relief under Section 2 of the Voting Rights Act, 42 U.S.C. § 1973.

3.    Jurisdiction is proper under 28 U.S.C. §§ 1331, 1343(a)(3), 1343(a)(4), and 1367. Plaintiff's action for declaratory and injunctive relief is authorized by 28 U.S.C. §§ 2201 and 2202. Venue is proper under 28 U.S.C. § 1391.

## III.    PARTIES

4.    Plaintiff Bertha Aranda Glatt is a Latina, registered voter, and resident of the City of Pasco.

5.    Plaintiff desires to participate in the electoral and political processes of the City of Pasco on an equal basis with all other residents, and to ensure that all Latino/a voters can also do so.

6.    Defendant City of Pasco is a governmental entity that maintains an electoral system comprised of seven positions—five residency district positions and two at-large positions—for the Pasco City Council (the

COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF
Page | 2

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

"City Council").  In the general election, all seven City Council seats are elected at-large.

7.  Defendants Matt Watkins, the Mayor of the City of Pasco, Rebecca Francik, Bob Hoffmann, Tom Larsen, Saul Martinez, and Al Yenney are the current elected members of the City Council. The City Council has authority to set voting districts. The City Council members are each sued in their official capacity only.

## IV.   FACTS

**A.   The City of Pasco**

8.  Pasco is a non-charter code city. Under Wash. Rev. Code 35A.12.180, non-charter code cities may divide their city into wards but may not limit voting in general elections to voters residing in wards unless the system was set up prior to 1994. Pasco did not set up a districted voting system for primary elections prior to 1994.

9.  According to data provided by the United States Census Bureau, the City of Pasco has a total population of 62,295 and a voting-age population of 40,451.

10.  Latino/as comprise approximately 32% of the City of Pasco's voting-age population, and comprising approximately 54.13% of the city's population.

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF
Page | 3

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

**B.    The Pasco City Council**

11.    The City Council is comprised of seven (7) non-partisan seats.

12.    City Council positions 1, 2, 3, 4, and 5 are residency districts. Positions 6 and 7 are at-large seats.

13.    In the primary, only those who live in a residency district associated with positions 1-5 vote to determine who will proceed from the primary to the general election. In the primary, positions 6 and 7 are elected at-large.

14.    In the general election all City Council positions are elected at-large.

15.    City Councilmembers serve staggered, four-year terms such that either three or four of the seven seats are up for election biannually. The last general election for positions 1, 5, and 6 was held on November 3, 2015. The last general election for positions 2, 3, 4 and 7 was held on November 5, 2013.

16.    Despite the fact that there is a substantial Latino/a population, no Latino/a has won a contested election.

**C.    Pasco's Latino/a Community**

17.    Latino/as in Pasco have expressed clear political preferences that are distinct from those of the majority of non-Latino/a voters.  In elections where Latino/a candidates have run, a statistically significant percentage of Latino/a voters in Pasco vote for the same candidates.

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF
Page | 4

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

1  18.  As a result of racially polarized bloc voting, no Latino/a candidate has
2      ever won a contested election for a seat on the City Council.

3  19.  These patterns have continued through the most recent elections in the
4      Pasco City Council. In 2015, six Latinos ran for two positions on City
5      Council. Despite vigorous efforts and strong support in the Latino/a
6      community, the two Latinas who survived the primary election were both
7      defeated in the general November 2015 election.

8  20.  Latino/as in the City of Pasco are physically and geographically compact
9      enough to compose the majority of at-least one single-member district,
10     and it is possible to draw a single-member district plan for the Pasco City
11     Council that contains three districts with Latino/a citizen voting-age
12     population majorities.

13  21.  The totality of the circumstances demonstrate that Latino/a voters in the
14     City of Pasco have less opportunities than white members of the
15     electorate to participate in the political process and elect representatives of
16     their choice.

17  22.  There has been discrimination against Latino/as in their efforts to
18     participate equally with other residents in the political process.

19  23.  There is significant evidence of racially polarized voting in Pasco City
       Council elections. Bloc voting patterns in the City have consistently

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF
Page | 5

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

1    prevented Latino/a voters from electing their preferred candidates. This

2    racially polarized voting results in the limited representation and

3    indifference to the Latino/a community's interests on the City Council.

4    24.   The City of Pasco has used voting practices or procedures that enhance

5    the opportunity for discrimination against Latino/a voters.

6    25.   Latino/as in the City of Pasco have been subjected to and continue to bear

7    the effects of official and private discrimination on the basis of race and

8    ethnicity in employment, education, health services, and housing. As a

9    result of historical discrimination against Latino/as in employment,

10    education, health services, and housing, many Latino/as in the City of

11    Pasco have a lower socioeconomic status.

12    26.   According to the 2011-2013 American Community Survey ("ACS") 3-

13    Year Estimates, Latino/as in Pasco are less likely to own homes than

14    white residents. Estimates indicate that 77.7% of white residents owned

15    the home they occupied while only 51.8% of Latino/a residents did.

16    27.   According to the 2011-2013 ACS 3-Year Estimates, while 14.2% of the

17    City of Pasco's non-Hispanic white residents aged 18 to 64 lack health

18    insurance, 43.8% of Latino/as aged 18 to 64 lack the same.

19    28.   According to the 2011-2013 ACS 3-Year Estimates, the poverty rate for

       Latino/a residents of the City of Pasco is more than six times higher than

COMPLAINT FOR INJUNCTIVE AND
DECLARATORY RELIEF
Page | 6

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

the rate for non-Hispanic white residents (32.9% to 5.1% respectively).
Relatedly, the median household income for Latino/a residents in the city
is approximately half that of non-Latino/a white residents. The median
household income for Latino/a residents is $33,645, while the median
income for non-Hispanic whites is $66,222.

29. While a Latino/a has run for a City Council position nearly every election
cycle since 1990, not one Latino/a candidate has won a contested City
Council election. The sole Latino elected to the City Council, Saul
Martinez, was first appointed to the Council, and subsequently ran
unopposed. The only other Latino/a that has sat on the City Council, Luisa
Torres, was appointed in 1989 but lost subsequent bids for City Council.

30. These factors have allowed elected officials to remain unresponsive to the
needs of the Latino/a community in Pasco.

31. The City's at-large election system, racially polarized voting, and
historical and ongoing discrimination have hindered Latino/as' ability to
participate effectively in the political process and have diluted Latino/as'
ability to elect representatives of their choice.

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

## COUNT ONE
## VIOLATION OF SECTION 2 OF THE VOTING RIGHTS ACT OF 1965

32.   The allegations contained in Paragraphs 1 through 31 are hereby incorporated in Count One of the Complaint as if set forth herein.

33.   The Latino/a community in the City of Pasco is sufficiently numerous and geographically compact such that one or more properly apportioned single-member electoral districts can be drawn in which Latino/as would constitute an effective majority of eligible voters.

34.   Latino/as in the City of Pasco constitute a politically unified group that votes cohesively as a bloc.

35.   Racially polarized voting persists in Pasco City Council elections. White voters consistently vote as a bloc to elect candidates favored by the white community and defeat the Latino/a community's candidates of choice.

36.   Under the totality of the circumstances, the at-large method of electing members of the Pasco City Council denies Latino/a citizens an opportunity to participate in the political process and elect representatives of their choice equal to that afforded other members of the electorate, thereby diluting Latino/a voting strength.

37.   This vote dilution violates Section 2 of the Voting Rights Act, 42 U.S.C. § 1973.

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

38.    Unless enjoined by order of this Court, the City of Pasco will continue to
violate Section 2 by conducting elections for the Pasco City Council
pursuant to the current at-large method in staggered elections.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that the Court enter an order:

1.    Declaring that the at-large method of electing Pasco City Council
members violates Section 2 of the Voting Rights Act of 1965;

2.    Enjoining Defendants, their agents and successors in office, and all
persons acting in concert with any of these individuals from
administering, implementing, or conducting any future elections for the
City of Pasco under the current method of electing City Council members;

3.    Ordering the implementation of an election system for the Pasco City
Council that complies with Section 2 of the Voting Rights Act of 1965;

4.    Retaining jurisdiction of this action and granting Plaintiff any further
relief which may in the discretion of this Court be necessary and proper to
ensure that timely and lawful procedures are used in elections for the
Pasco City Council;

5.    Granting Plaintiff the attorneys' fees and costs they incur, pursuant to 42
USC § 1973l(e) and 42 U.S.C. § 1988; and

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

6.      Granting any other relief that the Court may determine to be just and

equitable.

DATED this 4th day of August, 2016.

Respectfully submitted,

By:

/s/Emily Chiang
Emily Chiang, WSBA No. 50517
echiang@aclu-wa.org
/s/La Rond Baker
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org
/s/Breanne Schuster
Breanne Schuster, WSBA No. 49993*
bschuster@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184


/s/Brendan V. Monahan
Brendan V. Monahan, WSBA No. 22315
bvm@stokeslaw.com
STOKES LAWRENCE VELIKANJE MOORE & SHORE
120 N. Naches Ave.
Yakima, Washington 98901
Telephone: (509) 853-3000

*Attorneys for Plaintiff Bertha Aranda Glatt*

* Application for admission to the Eastern District of Washington pending.

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184