THE HONORABLE LONNY R. SUKO

Emily Chiang, WSBA No. 50517
La Rond Baker, WSBA No. 43610
Breanne Schuster, WSBA No. 49993
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184
echiang@aclu-wa.org, lbaker@aclu-wa.org, bschuster@aclu-wa.org

Brendan V. Monahan, WSBA No. 22315
STOKES LAWRENCE VELIKANJE MOORE & SHORE
120 N. Naches Avenue
Yakima, Washington 98901-2757
(509) 853-3000 / bvm@stokeslaw.com

*Attorneys for Plaintiff, Bertha Aranda Glatt*

Leland B. Kerr, WSBA No. 6059
KERR LAW GROUP
7025 W. Grandridge Blvd., Suite A
Kennewick, Washington 99336
(509) 735-1542 / lkerr@kerrlawgroup.net

John A. Safarli, WSBA No. 44056
FLOYD, PFLUEGER & RINGER, P.S.
200 W. Thomas Street, Suite 500
Seattle, Washington 98119
(206) 441-4455 / jsafarli@floyd-ringer.com

*Attorneys for Defendants, City of Pasco et al.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERTHA ARANDA GLATT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PASCO, *et al.*,<br><br>　　　　Defendants. | Case No.: 4:16-CV-05108-LRS<br><br>JOINT MOTION TO EXPEDITE JOINT MOTION FOR ENTRY OF PARTIAL CONSENT DECREE<br><br>August 29, 2016 (without oral argument) |

JOINT MOTION TO EXPEDITE JOINT MOTION FOR
ENTRY OF PARTIAL CONSENT DECREE - 1

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

## I.   INTRODUCTION

Pursuant to Local Rule 7.1(h)(2)(C), all parties to this proceeding respectfully request that this Court consider the Parties' Joint Motion for Entry of Partial Consent Decree on an expedited basis. Local Rule 7.1(h)(2)(A) provides that a hearing date must generally be set at least 30 days after a motion's filing. However, the Court may alter these time requirements for time sensitive matters. Local Rule 7.1(h)(2)(C).

## II.   DISCUSSION

1.     The matter before the Court is one where time is of the essence. As such, the Parties request that this Court review the Joint Motion for Entry of Partial Consent Decree on an expedited schedule to ensure that the City of Pasco will have resolution of questions regarding its City Council election system early enough that it can implement any new system in time for its 2017 elections. (Candidate filing for the 2017 Pasco City Council election begins on May 1, 2017 and ends May 17, 2017.)

2.     The Voting Rights Act of 1965 was enacted to eradicate and prevent discrimination in voting opportunities. An election system that violates the Voting Rights Act must be struck down and a remedy imposed before any subsequent elections proceed. Timely remedial action is necessary in order to protect the important right to vote and participate in the political process. To ensure that the

JOINT MOTION TO EXPEDITE JOINT MOTION FOR
ENTRY OF PARTIAL CONSENT DECREE - 2

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

Parties pursue remedial relief in a timely manner, the Parties have drafted a timeline that includes a date for a meet-and-confer and subsequent deadlines for presenting remedial election plans to the Court.

### III.  CONCLUSION

For the reasons set forth above, the Parties respectfully request that the Court expedite the Joint Motion for Entry of Partial Consent Decree and note it for September 2, 2016.

DATED this 22nd day of August, 2016.

/s/La Rond Baker
Emily Chiang, WSBA No. 50517
echiang@aclu-wa.org
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org
Breanne Schuster, WSBA No. 49993
bschuster@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

/s/Brendan V. Monahan
Brendan V. Monahan, WSBA No. 22315
bvm@stokeslaw.com
STOKES LAWRENCE VELIKANJE MOORE & SHORE
120 N. Naches Avenue
Yakima, Washington 98901-2757
Telephone: (509) 853-3000

*Attorneys for Plaintiff, Bertha Aranda Glatt*

1
2
3
4
5

/s/Leland B. Kerr
Leland B. Kerr, WSBA No. 6059
lkerr@kerrlawgroup.net
KERR LAW GROUP
7025 W. Grandridge Blvd., Suite A
Kennewick, Washington 99336
Telephone:  (509) 735-1542
Facsimile:  (509) 735-0506

6
7
8
9
10

/s/John A. Safarli
John A. Safarli, WSBA No. 44056
jsafarli@floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 W. Thomas Street, Suite 500
Seattle, Washington 98119
Telephone: (206) 441-4455

11

*Attorneys for Defendants, City of Pasco et al.*

12
13
14
15
16
17
18
19
20
21
22
23
24

JOINT MOTION TO EXPEDITE JOINT MOTION FOR
ENTRY OF PARTIAL CONSENT DECREE - 4

**AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION**
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2016, I caused the foregoing document to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Emily Chiang | echiang@aclu-wa.org |
| Brendan V. Monahan | bvm@stokeslaw.com |
| Breanne Schuster | bschuster@aclu-wa.org |
| Leland Barrett Kerr | lkerr@kerrlawgroup.net |
| John A. Safarli | jsafarli@floyd-ringer.com |

/s/La Rond Baker
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

CERTIFICATE OF SERVICE - 1

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184