THE HONORABLE LONNY R. SUKO

Emily Chiang, WSBA No. 50517
La Rond Baker, WSBA No. 43610
Breanne Schuster, WSBA No. 49993
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184
echiang@aclu-wa.org, lbaker@aclu-wa.org, bschuster@aclu-wa.org

Brendan V. Monahan, WSBA No. 22315
STOKES LAWRENCE VELIKANJE MOORE & SHORE
120 N. Naches Avenue
Yakima, Washington 98901-2757
(509) 853-3000 / bvm@stokeslaw.com

*Attorneys for Plaintiff, Bertha Aranda Glatt*

Leland B. Kerr, WSBA No. 6059
KERR LAW GROUP
7025 W. Grandridge Blvd., Suite A
Kennewick, Washington 99336
(509) 735-1542 / lkerr@kerrlawgroup.net

John A. Safarli, WSBA No. 44056
FLOYD, PFLUEGER & RINGER, P.S.
200 W. Thomas Street, Suite 500
Seattle, Washington 98119
(206) 441-4455 / jsafarli@floyd-ringer.com

*Attorneys for Defendants, City of Pasco et al.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERTHA ARANDA GLATT,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF PASCO, *et al.*,<br><br>      Defendants. | Case No.: 4:16-CV-05108-LRS<br><br>[PROPOSED] ORDER REGARDING JOINT MOTION TO EXPEDITE ENTRY OF PARTIAL CONSENT DECREE<br><br>August 29, 2016 (without oral argument) |

[PROPOSED] ORDER REGARDING JOINT
MOTION TO EXPEDITE ENTRY OF PARTIAL
CONSENT DECREE - 1

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

THIS MATTER came before the Court on the Parties' Joint Motion to Expedite Entry of Partial Consent Decree.

IT IS HEREBY ORDERED THAT:

1. The Motion to Expedite Entry of Partial Consent Decree is GRANTED.

2. The Parties' Joint Motion for Entry of Partial Consent Decree will be heard on September 2, 2016.

IT IS SO ORDERED this ___ day of _____, _____.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/La Rond Baker
Emily Chiang, WSBA No. 50517
echiang@aclu-wa.org
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org
Breanne Schuster, WSBA No. 49993
bschuster@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

1  /s/Brendan V. Monahan
   Brendan V. Monahan, WSBA No. 22315
2  bvm@stokeslaw.com
3  STOKES LAWRENCE VELIKANJE MOORE & SHORE
4  120 N. Naches Avenue
   Yakima, Washington 98901-2757
5  Telephone: (509) 853-3000

6  *Attorneys for Plaintiff, Bertha Aranda Glatt*

7  /s/Leland B. Kerr
8  Leland B. Kerr, WSBA No. 6059
   lkerr@kerrlawgroup.net
9  KERR LAW GROUP
   7025 W. Grandridge Blvd., Suite A
10 Kennewick, Washington 99336
11 Telephone:  (509) 735-1542
   Facsimile:  (509) 735-0506
12
   /s/John A. Safarli
13 John A. Safarli, WSBA No. 44056
14 jsafarli@floyd-ringer.com
   FLOYD, PFLUEGER & RINGER, P.S.
15 200 W. Thomas Street, Suite 500
   Seattle, Washington 98119
16 Telephone: (206) 441-4455

17 *Attorneys for Defendants, City of Pasco et al.*

18

19

20

21

22

23

24

[PROPOSED] ORDER REGARDING JOINT MOTION TO EXPEDITE ENTRY OF PARTIAL CONSENT DECREE - 3