UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BERTHA ARANDA GLATT,

    Plaintiff,

  v.

CITY OF PASCO, *et al.*,

    Defendants.

Case No. 4:16-CV-05108-LRS

ORDER GRANTING JOINT MOTION FOR ENTRY OF PARTIAL CONSENT DECREE

THIS MATTER comes before the court by a joint motion of the Parties requesting entry of the proposed Partial Consent Decree. The court has reviewed the pleadings and files of record, and is fully advised in the premises. NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Parties' Joint Motion for Entry of Partial Consent Decree (**ECF No. 12**) is **GRANTED** and the Partial Consent Decree submitted by the Parties is approved;

2. In order to remedy the Section 2 violation prior to the 2017 municipal election cycle to provide for effective opportunities for full participation, the Parties are ordered to meet and confer no later than **September 15, 2016**. At the meet-and-confer the Parties are to determine whether the Parties can agree upon a remedial option for compliance with Section 2 of the Voting Rights Act.

ORDER- 1

3. If the Parties cannot reach agreement at the meet-and-confer, the Parties shall each submit their proposed remedial districting plans to the Court on or before **October 15, 2016**. The Parties shall respond to the proposed remedial plans on or before **November 1, 2016**. The Parties shall present a reply regarding their respective proposed remedial plans by **November 15, 2016**. A hearing before this Court on the proposed remedial redistricting plans may be set by the Court.

IT IS FURTHER ORDERED that the Court shall retain fully jurisdiction of this matter until all issues are resolved.

Dated this 2nd day of September, 2016.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER- 2