THE HONORABLE LONNY R. SUKO

Emily Chiang, WSBA No. 50517
La Rond Baker, WSBA No. 43610
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184
echiang@aclu-wa.org, lbaker@aclu-wa.org

Brendan V. Monahan, WSBA No. 22315
STOKES LAWRENCE VELIKANJE MOORE & SHORE
120 N. Naches Avenue
Yakima, Washington 98901-2757
(509) 853-3000
Brendan.Monahan@stokeslaw.com

Gregory Landis, WSBA No. 29545
Cristin Kent Aragon, WSBA No. 39224
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: (206) 516-3800
caragon@yarmuth.com, glandis@yarmuth.com

*Attorneys for Plaintiff, Bertha Aranda Glatt*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERTHA ARANDA GLATT,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PASCO, *et al.*,<br><br>    Defendants. | Case No. 4:16-CV-05108-LRS<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF PLAINTIFF'S PROPOSED REMEDIAL PLAN |

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF PLAINTIFF'S PROPOSED REMEDIAL PLAN - 1

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

Pursuant to the Partial Consent Decree entered September 2, 2016, Dkt. 16, and upon consideration of the parties' proposed forms of injunction and remedial plans, the Court issues judgment as follows:

1. The City of Pasco's current at-large method of electing members to the City Council violates Section 2 of the Voting Rights Act for the reasons set out at length in the September 2, 2016 Partial Consent Decree, Dkt. 16.

2. The City of Pasco is permanently enjoined from administering, implementing or conducting any future elections for the Pasco City Council in which members of the City Council are elected on an at-large basis, whether in a primary, general, or special election.

3. Beginning with the elections for the Pasco City Council to be held in 2017, and including the primary and general election, all elections for the Pasco City Council will be conducted using a system in which each of the seven members of the City Council is elected from a single-member district. Each councilmember must reside in his or her district, and only residents of a given district may vote for the councilmember position for that district.

4. The Court hereby adopts, as a remedy for the Section 2 violation, Plaintiffs' proposed plan, attached as Exhibit A (maps and tables showing the boundaries of the new seven single-member districts).

5. The boundaries of the single-member districts reflected in Plaintiffs' proposed plan are reasonably compact and are not in derogation of traditional redistricting principles. The total population deviation among districts is 6.51%, and therefore the districts comply with the one person, one vote requirement of federal law. *Reynolds v. Simms*, 377 U.S. 533 (1964).

6. Defendants shall take all steps necessary to implement the seven single-member district plan attached as Exhibit A in order to place all seven single-member districts up for election in 2017 and thereafter, provided, however, that the City of Pasco may revise those districts based on annexations, deannexations, and population changes reflected in the decennial census and at appropriate times in the future when necessary to conform to state and federal law.

7. In order to preserve the current staggered election plan for members of the City Council, the odd-numbered districts will be set for a four-year election cycle and the even-numbered districts will be set initially for a two-year term and thereafter for a four-year election cycle.

8. This judgment is binding upon all parties and their successors. Future redistricting shall be done in a manner that complies with the terms and intent of this Judgment and the September 2, 2016 Partial Consent Decree, continues to provide for single-member districts, and complies with Section 2 of the Voting Rights Act.

9. Any requests by Plaintiffs for costs and fees post-filing of the Complaint and related to remedy shall be further determined by the Court in accordance with Fed. R. Civ. P. 54(d).

DATED this ___ day of _____, 2016.

_____
United States District Judge
Lonny R. Suko

Presented by:

/s/La Rond Baker
Emily Chiang, WSBA No. 50517
echiang@aclu-wa.org
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

/s/Brendan V. Monahan
Brendan V. Monahan, WSBA No. 22315
Brendan.Monahan@stokeslaw.com
STOKES LAWRENCE VELIKANJE MOORE & SHORE
120 N. Naches Avenue
Yakima, Washington 98901-2757
Telephone: (509) 853-3000

/s/Gregory Landis
Gregory Landis, WSBA No. 29545
glandis@yarmuth.com

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF PLAINTIFF'S PROPOSED REMEDIAL PLAN - 4

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

1 Cristin Kent Aragon, WSBA No. 39224
caragon@yarmuth.com
2 YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
3 Seattle, Washington 98101
Telephone: (206) 516-3800
4

5 *Attorneys for Plaintiff, Bertha Aranda Glatt*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF PLAINTIFF'S PROPOSED REMEDIAL PLAN - 5

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2016, I caused the foregoing document to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Emily Chiang | echiang@aclu-wa.org |
| Brendan V. Monahan | bvm@stokeslaw.com |
| Cristin Kent Aragon | caragon@yarmuth.com |
| Gregory Landis | glandis@yarmuth.com |
| Leland Barrett Kerr | lkerr@kerrlawgroup.net |
| John A. Safarli | jsafarli@floyd-ringer.com |

/s/La Rond Baker
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

CERTIFICATE OF SERVICE - 1

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184