# Exhibit A



Pasco -- 7 Districts
Water Area
Highway
District
1
2
3
4
5
6
7
0 .4 .8 1.2
Miles
Plaintiff's Remedial Plan
1
2
3
4
5
6
7
HILLCREST DR
PHEASANT RUN
RICKY RD
QUAIL RUN RD
IRIS LN
KOHLER RD
RD 116
DENT
DESERET DR
KAU TRL
QUAIL RD
ROBERTA RD
MELODY LN
N RD 44
N RAILROAD AVE
E FOSTER WELLS RD
NORFOLK DR
EDELMAN RD
POWERLINE RD
MIA LN
STUTZ DR
CORD DR
MIDLAND LN
RD 92
RD 90
CHEHALIS LN
ENTIAT CT
N RD 68
THREE RIVERS DR
SANDIFUR PKY
N RD 58
N RD 56
CURLEW LN
RD 52
PORTO LN
N GLADE RD
FOSTER WELLS RD
INDUSTRIAL WAY
US HWY 395
CAPITOL AVE
RAILROAD AVE
4TH AVE
HARRIS RD
SAVARY DR
SATURNA DR
QUADRA DR
LATIMER CT
I 182
RUTH DR
CANDLESTICK DR
LUCENA DR
MONTEREY DR
BURDEN BLVD
ADOBE DR
SHORELINE CT
CRESCENT RD
CORONADO ST
CAMPOLINA LN
HOMERUN RD
SALEM DR
SAHARA DR
SONORA DR
MOJAVE DR
HORIZON DR
SEDONA DR
ROCKWELL AVE
JASON AVE
FAIRCHILD ST
RD 106
WILLOW WAY
PRAIRIE LN
SUNSET TRL
CHAPEL HILL BLVD
INDIAN RIDGE DR
RD 36
STEARMAN AVE
BAKER ST
KING ST
COURT ST
BELL ST
WOODBINE DR
ARGENT ST
RD 61
RD 44
ARGENT PL
YARNEY LN
ARGENT RD
RAINIER AVE
N RD 96
FRANKLIN RD
RD 76
RD 64
W DRADIE ST
W LIVINGSTON RD
RICHARDSON RD
MELVILLE RD
WERNETT RD
SUN WILLOWS BLVD
EMPIRE DR
N 4TH AVE
N OREGON ST
US HWY 12
DIETRICH RD
CHIWANA DR
RD 88
RD 84
RD 80
RD 67
RD 60
W LEOLA ST
W ELLA ST
W JAY ST
20TH AVE
N 18TH AVE
N 12TH AVE
N 10TH AVE
N 6TH AVE
SHEPPERD ST
SUNSET LN
RD 72
RD 68
RD 56
PEARL ST
AGATE ST
W AGATE ST
N 23RD AVE
N 3RD AVE
N 1ST AVE
N CEDAR AVE
ZINNIA CT
IVY LN
CHRISTOPHER LN
RD 62
RD 59
RD 54
RD 77
MARIE ST
RD 40
N 37TH PL
W MARIE ST
BROWN ST
E BROADWAY ST
E ADELIA ST
E LEWIS ST
COMMERCIAL AVE
HENRY ST
D ST
W HENRY ST
N RD 26
24TH AVE
W NIXON ST
W SHOSHONE ST
SYLVESTER ST
NIXON ST
PARK ST
RD 34
RD 32
RD 28
W YAKIMA ST
W HOPKINS ST
S WEHE AVE
BEECH AVE
S SYCAMORE AVE
CEDAR AVE
E LEWIS PL
RD 49
RIVERHAVEN ST
N RD 32
ATOM DR
S 25TH AVE
W LEWIS ST
W LENA ST
S 13TH LN
W A ST
S 5TH AVE
S 1ST AVE
S FRONT AVE
ANACONDA AVE
A ST
TIERRA VIDA LN
E B CIR
US RT 395 S
W WASHINGTON ST
S 10TH AVE
S MAITLAND AVE
S RD 40 E
E WAREHOUSE ST
E DOCK ST
SE RD 33
3RD ST
7TH ST
E COMMERCE ST
SACAJAWEA PARK RD
182
395
12
240
397

## Population Summary Report

**Pasco City Council --Plaintiff's Remedial Plan -- 7 districts**

| District | Population | Deviation | % Deviation | Latino | % Latino | NH White | % NH White | % Latino of all citizens |
|---|---|---|---|---|---|---|---|---|
| 1 | 8724 | -198 | -2.22% | 7292 | 83.59% | 1074 | 12.31% | 74.86% |
| 2 | 8865 | -57 | -0.64% | 7289 | 82.22% | 1214 | 13.69% | 72.78% |
| 3 | 8587 | -335 | -3.75% | 7161 | 83.39% | 1195 | 13.92% | 69.99% |
| 4 | 9026 | 104 | 1.17% | 2495 | 27.64% | 5936 | 65.77% | 30.88% |
| 5 | 8980 | 58 | 0.65% | 4697 | 52.31% | 3816 | 42.49% | 46.11% |
| 6 | 9102 | 180 | 2.02% | 2175 | 23.90% | 6291 | 69.12% | 19.85% |
| 7 | 9168 | 246 | 2.76% | 2626 | 28.64% | 5731 | 62.51% | 31.05% |
| **Total** | **62452** | | | **33735** | **54.02%** | **25257** | **40.44%** | **45.02%** |

**Ideal district size = 8,922**

**Total Deviation** 6.51%

| District | 18+_Pop | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White | % Latino CVAP | % Latino of Registered Voters |
|---|---|---|---|---|---|---|---|
| 1 | 5165 | 4062 | 78.64% | 859 | 16.63% | 54.78% | 65.76% |
| 2 | 5596 | 4301 | 76.86% | 1013 | 18.10% | 56.29% | 65.33% |
| 3 | 5187 | 4031 | 77.71% | 995 | 19.18% | 54.08% | 61.73% |
| 4 | 6090 | 1403 | 23.04% | 4318 | 70.90% | 27.37% | 19.25% |
| 5 | 6108 | 2661 | 43.57% | 3091 | 50.61% | 28.98% | 27.25% |
| 6 | 6365 | 1242 | 19.51% | 4703 | 73.89% | 14.24% | 15.45% |
| 7 | 6047 | 1483 | 24.52% | 4043 | 66.86% | 24.04% | 20.36% |
| **Total** | **40558** | **19183** | **47.30%** | **19022** | **46.90%** | **32.02%** | **29.81%** |

Note:

(1)% LCVAP calculated by disaggregating 2010-2014 ACS block group estimates for 18+ citizen Hispanics and Non-Hispanics to 2010 census blocks.
(3) Surname match of registered voters as of Nov. 30, 2015