THE HONORABLE LONNY R. SUKO

Emily Chiang, WSBA No. 50517
La Rond Baker, WSBA No. 43610
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184
echiang@aclu-wa.org, lbaker@aclu-wa.org

Brendan V. Monahan, WSBA No. 22315
STOKES LAWRENCE VELIKANJE MOORE & SHORE
120 N. Naches Avenue
Yakima, Washington 98901-2757
(509) 853-3000
Brendan.Monahan@stokeslaw.com

Gregory Landis, WSBA No. 29545
Cristin Kent Aragon, WSBA No. 39224
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: (206) 516-3800
caragon@yarmuth.com, glandis@yarmuth.com

*Attorneys for Plaintiff, Bertha Aranda Glatt*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERTHA ARANDA GLATT,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PASCO, *et al.*,<br><br>    Defendants. | Case No. 4:16-CV-05108-LRS<br><br>DECLARATION OF LA ROND BAKER |

DECLARATION OF LA ROND BAKER - 1

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

I, La Rond Baker, hereby declare:

1. I am over the age of eighteen, am counsel for Plaintiff, have personal knowledge of the matters stated herein, and am competent to testify thereto.

2. Attached as Exhibit A is a true and correct copy of correspondence dated March 2, 2016 from Emily Chiang, counsel for Plaintiff, to Defendants' counsel.

3. Attached as Exhibit B is a true and correct copy of correspondence dated September 16, 2016 from Plaintiff's counsel to Defendants' counsel.

4. Attached as Exhibit C is a true and correct copy of an excerpt of the October 3, 2016 Pasco City Council meeting agenda.

EXECUTED at Seattle, Washington this 15th day of October, 2016.

/s/La Rond Baker
LA ROND BAKER, WSBA No. 43610

*Attorney for Plaintiff*

DECLARATION OF LA ROND BAKER - 1

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2016, I caused the foregoing document to be:

☒  electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Emily Chiang | echiang@aclu-wa.org |
| Brendan V. Monahan | brendan.monahan@stokeslaw.com |
| Cristin Kent Aragon | caragon@yarmuth.com |
| Gregory Landis | glandis@yarmuth.com |
| Leland Barrett Kerr | lkerr@kerrlawgroup.net |
| John A. Safarli | jsafarli@floyd-ringer.com |

/s/La Rond Baker
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

CERTIFICATE OF SERVICE - 1

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184