IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

BERTHA ARANDA GLATT                 Case No.   4:16-CV-05108-LRS
        Plaintiff,

v.

CITY OF PASCO, *et al.*
        Defendants.

## DECLARATION OF WILLIAM S. COOPER

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. §1746 and Rules 702 and 703 of the Federal Rules of Evidence, does hereby declare and say:

1.     My name is William S. Cooper. I serve as a demographic and redistricting expert for the Plaintiffs in this matter. I am compensated at a rate of $100 per hour for my work in this case.

**<u>Redistricting Experience</u>**

2.     I have testified at trial as an expert witness on redistricting and demographics in federal courts in about 36 voting rights cases since the late 1980s. Three of these lawsuits resulted in changes to statewide legislative boundaries: *Rural West Tennessee African-American Affairs v. McWherter*, *Old Person v. Cooney*, and *Bone Shirt v. Hazeltine*. Approximately 25 of the cases led to changes in local election district plans.

3.      Since the release of the 2010 Census, I have developed several statewide legislative plans (Alabama, Georgia, Kentucky, Florida, South Carolina, and Virginia) and about 150 local redistricting plans, primarily for groups working to protect minority voting rights.

4.      During the 2010 redistricting cycle, four plans that I developed for local government clients – Bolivar County, Mississippi; Claiborne County, Mississippi; the City of Grenada, Mississippi; and Sussex County, Virginia – were adopted. In addition, I served as a redistricting consultant to the Miami-Dade County Commission and Board of Education.

5.      In March 2014, I was retained by the City of Decatur, Alabama as a redistricting consultant in *Voketz v. City of Decatur*.

6.       In December 2015, I was retained as a redistricting consultant by the City of Wenatchee, Washington with the charge to prepare a district-based plan which would replace the current at-large system.  In June 2016, the Wenatchee Redistricting Committee presented a seven single-member district plan that I developed to the City Council, with a recommendation that the City switch to districts as soon as practicable.

*7.*      Four federal courts have recently granted summary judgment on the first prerequisite (*Gingles 1*) of a Section 2 claim pursuant to *Thornburg v. Gingles*, 478 U.S. 30 (1986), based in part on my testimony: *Montes v. City of Yakima, Washington* (E.D. Wash. Aug. 22, 2014); *Pope v. Albany County, New York*

(N.D.N.Y. Jan. 28, 2014; N.D.N.Y. Mar. 24, 2015); *Navajo Nation v. San Juan County, Utah* (C.D. Utah. February 19, 2016); and *NAACP v. Ferguson-Florissant School District, Missouri* (E. D. Mo. August 22, 2016).

8.    In *Montes v. City of Yakima* (E.D. Wash. Feb. 17, 2015) the court adopted, as a remedy for the Section 2 violation, a seven single-member district plan that I developed for the plaintiffs. In *Pope v. Albany County*, the Court adopted a plan developed by the County defendants that was favored by the plaintiffs. The remedy phases in *Navajo Nation v. San Juan County* and *NAACP  v. Ferguson-Florissant School District* are ongoing.

*9.*    In 2016, two redistricting plans that I developed on behalf of the plaintiffs for consent decrees in Section 2 lawsuits were adopted (*NAACP v. Fayette County Georgia* and *NAACP v. Emanuel County, Georgia* (pending court approval))*.*

10.    For additional historical information on my testimony as an expert witness and experience preparing and assessing proposed redistricting maps for Section 2 litigation and other efforts to promote compliance with the Voting Rights Act, see a summary of my redistricting work attached as **Exhibit A**.

## I. INTRODUCTION

11.    The attorneys for the Plaintiff in this matter asked me to develop a remedial seven single-member district plan, with three districts containing Latino citizen voting age (LCVAP) majorities. They also asked me to provide citywide demographics based on the decennial Census, as well as the American Community

Survey produced by the U.S. Census Bureau.

## II. DEMOGRAPHIC PROFILE OF PASCO

12. The table in **Figure 1** summarizes key demographic data for Pasco from 2000 through 2015. The 2010 to 2015 period is discussed in detail in ¶¶13-22 *infra*.

**Figure 1**

### Pasco – 2000 to 2015
### Population, Voting Age, and Citizen Distribution

| | 2000 Census | Percent | 2010 Census | Percent | 2010 Census adjusted for annexations | Percent | 2015 Census Estimate | 2010-14 ACS* | 2010-14 ACS adjusted for annexations* | 2015 ACS* |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Population | 32,066 | 100% | 59,781 | 100% | 62,452 | 100% | 69,451 | * | * | * |
| Total Latinos | 18,041 | 56.26% | 33,314 | 55.73% | 33,735 | 54.02% | NA | * | * | * |
| Total NH White | 11,865 | 37.00% | 23,150 | 38.72% | 25,257 | 40.44% | NA | * | * | * |
| | | | | | | | | | | |
| VAP Population | 20,673 | 100.0% | 38,576 | 100.0% | 40,558 | 100% | NA | * | * | * |
| VAP Latinos | 9,997 | 48.4% | 18,924 | 49.06% | 19,183 | 47.30% | NA | * | * | * |
| VAP NH White | 9,190 | 44.5% | 17,389 | 45.08% | 19,022 | 46.90% | NA | * | * | * |
| | | | | | | | | | | |
| Under 18 Population | 11393 | 100.00% | 21,205 | 100.0% | 21,894 | 100% | NA | * | * | * |
| Under 18 Latino | 8044 | 70.60% | 14,390 | 67.86% | 14,552 | 66.47% | NA | * | * | * |
| Under 18 NH White | 2675 | 23.48% | 5,761 | 27.17% | 6,235 | 28.48% | NA | * | * | * |
| | | | | | | | | | | |
| % Latino Citizen | | NC | NA | | NA | | NA | 46.0% | 45.02% | 49.7% |
| % NH White Citizen | | NC | NA | | NA | | NA | 47.6% | NC | NA |
| | | | | | | | | | | |
| % Latino Citizen VAP | | NC | NA | | NA | | NA | 32.9% | 32.02% | 38.5% |
| % NH White Citizen VAP | | NC | NA | | NA | | NA | 60.4% | NC | NA |
| | | | | | | | | | | |
| % Latino Citizen Under 18 | | NC | NA | | NA | | NA | 65.8% | 64.86% | 66.6% |
| % NH White Citizen Under 18 | | NC | NA | | NA | | NA | 28.4% | NC | NA |

NC=Not Calculated
NA=Not Available
*Population estimates by race and ethnicity are reported in the ACS, but the Census Bureau suggests that the ACS tabulations should not be used in lieu of the separate Annual Population Estimate released by the Census Bureau.

**2010 Census Demographics**

13.    Based on the 2010 Census, with the city limits adjusted for post-2010 annexations, Pasco has a total population of 62,452 and a Latino population [1] of 33,735 (54.02%).  The 2010 non-Hispanic White population is 25,257 (40.44%). The remainder minority population in Pasco (i.e., all persons who are not Latino or non-Hispanic White) is 3,460 (5.54%).

14.    In Pasco, Latinos constitute a smaller percentage of the voting-age population than the total population, while the reverse is true for non-Hispanic Whites.  Based on the 2010 Census with adjustments for annexations, Pasco has a voting-age population (VAP) of 40,558, of whom 19.183 (47.3%) are Latino.  The 2010 non-Hispanic White VAP is 19,022 (46.9%).

15.    In Pasco, Latinos comprise a larger percentage of the under-18 population (U18) than the total population.  Based on the 2010 Census with adjustments for annexations, Pasco has a U18 population of 21,894, of whom 14,552 (66.47%) are Latino.  The 2010 non-Hispanic White U18 population is 6,235 (28.48.0%).

16.    Thus, according to the 2010 Census, Latinos in Pasco represent a majority of the total population, a plurality of the voting age population, and a

---

[1] In this declaration, the terms "Latino" or "Hispanic" are used interchangeably. Unless otherwise noted. "White" refers to single race non-Hispanic White.

majority of the under-18 population.

**Post-2010 Population Estimates**

17.    The U.S. Census Bureau's annual population estimate for Pasco (as of July 1, 2015) is 69,451, which represents an increase of 6,999 persons (11.21%) since 2010, after adjusting for annexations. The U.S. Census Bureau does not publish annual population estimates by race or voting age.

18.    According to the annual population estimate published by the State of Washington Office of Financial Management (OFM), the April 1, 2016 population of Pasco is 70,560, which represents an increase of 8,108 persons (12.98%) since 2010. The OFM does not publish annual population estimates by race or voting age.

**Citizen Population by Age Estimates**

19.    According to the 5-year 2010-2014 American Community Survey (ACS)[2], which does not take into account the 2014 and 2015 annexations, Latinos represent 46% of the citizen population in Pasco and 32.9% of the citizen voting age population (CVAP). By comparison, non-Hispanic Whites comprise 47.6% of the citizen population and 60.4% of the CVAP.  Latinos constitute 65.8% of the U18 citizen population and non-Hispanic Whites represent 28.4% of the U18 citizen population.

---

[2] The midpoint of the 2010-2014 ACS period is July 1, 2012. Thus, estimates reported in the 5-year ACS are, on average, about four years behind current 2016 citizenship rates. A survey midpoint of July 1, 2016 will be reported in the 2014-2018 ACS, which will be released in December 2019.

20.     Thus, according to the 2010-2014 ACS, Latinos in Pasco are a minority of the citizen population and CVAP, but a majority of the under-18 citizen population.

21.     After adjusting the 2010-2014 ACS citizenship estimates for annexations in 2014 and 2015, the citywide Latino citizen population is 45.02%, the LCVAP is 32.02%, and the U18 citizen Latino population is 64.86%.

22.     According to the 1-year 2015 ACS (released by the U.S. Census Bureau in September 2016), Latinos are 49.7% of the citizen population, 38.5% of the CVAP, and 66.6% of the U18 citizen population. Comparable figures for the non-Hispanic White population are not available. It should be noted that the 1-year ACS estimates have a high margin of error for cities with populations as small as Pasco. Pasco is just above the 65,000 population cut-off point, below which the Census Bureau releases only 5-year ACS reports.

**Socio-Economic Comparison – Latinos vis-à-vis Whites**

23.     I am also submitting with this declaration a set of charts and tables I have prepared from the 3-year 2011-2013 ACS. (**See Exhibit B**.) This document shows that non-Hispanic Whites in Pasco outpace Latinos across a broad range of socio-economic measures.

**Impact of Post-2010 Annexations**

24.     As shown in **Figure 1** and reproduced with a red font highlight in **Figure 2**, based on the 2010 Census, annexations since 2010 have reduced the

Latino population percentage in Pasco from 55.73% to 54.02%. By the same token, the annexations have resulted in an increase in the non-Hispanic White population from 45.08% to 46.90%.

**Figure 2**

**Impact of Post-2010 Annexations and Potential Annexations**

| | 2010 Census | Percent | 2010 Census adjusted for annexations | Percent | 2010 Census adjusted for potential annexations of remaining "doughnut holes" | Percent | 2010-14 ACS* | 2010-14 ACS adjusted for annexations | 2010-14 ACS adjusted for annexations of remaining "donut holes |
|---|---|---|---|---|---|---|---|---|---|
| **Total Population** | 59,781 | 100% | 62,452 | 100% | 63,660 | 100% | * | * | * |
| **Total Latinos** | 33,314 | **55.73%** | 33,735 | **54.02%** | 34,056 | **53.50%** | * | * | * |
| **Total NH White** | 23,150 | 38.72% | 25,257 | 40.44% | 26,103 | 41.0% | * | * | * |
| | | | | | | | | | |
| **VAP Population** | 38,576 | 100.0% | 40,558 | 100% | 41,428 | 100% | * | * | * |
| **VAP Latinos** | 18,924 | **49.06%** | 19,183 | **47.30%.** | 19,357 | **46.72%** | * | * | * |
| **VAP NH White** | 17,389 | 45.08% | 19,022 | 46.90% | 19,691 | 47.53% | 60.4% | NC | NA |
| | | | | | | | | | |
| **% Latino CVAP** | | NA | | NA | | NA | **32.9%** | **32.02%** | **31.29%** |

25.    Anticipated annexations of the remaining "donut holes" (unincorporated areas of Franklin County surrounded by west Pasco) will further reduce the Latino population to 53.50% and Latino VAP to 46.72%, based on the 2010 Census. The LCVAP would drop from 32.02%, based on the 2010-2014 ACS , to 31.29%.

## II. REDISTRICTING

### Methodology and Sources

26.    I use a geographic information system software package called *Maptitude for Redistricting,* developed by the Caliper Corporation.  This software is deployed by many local and state governing bodies across the country for redistricting and other types of demographic analysis.

27.    The Census 2010 geographic boundary files that I used with *Maptitude* are created from the U.S. Census 2010 TIGER (Topologically Integrated Geographic Encoding and Referencing) files.  The population data is from the 2010 PL 94-171 data file.  This dataset is published in electronic format and is the complete count population file designed by the U.S. Census Bureau for use in legislative redistricting.[3]  The file contains basic race and ethnicity data on the population and voting age population found in units of census geography such as states, counties, municipalities, townships, reservations, school districts, census tracts, census block groups, and census blocks.

28.    *The Maptitude for Redistricting* software processes the TIGER files to produce a map for display on a computer screen.  The software also merges demographic data from the PL94-171 file to match the 2010 Census geography.

---

[3] I also used the U.S. Census 2000 TIGER file and the 2000 PL 94-171 data file to analyze population trends in Pasco over the 2000 to 2010 period.

29.   In addition, I obtained electronic geographic shapefiles from the Franklin County GIS Department website, which delineate the current precinct boundaries for Pasco and Franklin County, the current Pasco City boundaries (including the July 2015 annexation), and the five single-member district election plan adopted by the City of Pasco in 2015.[4]

30.   I also relied on a block-level geographic shapefile provided by the Defendants to the Plaintiff's attorneys, which identifies all census blocks within the current city boundaries.

31.   I created the *Plaintiff's Remedial Plan* at the census block level from the 2010 Census using *Maptitude for Redistricting* and the Defendants' block-level shapefile.  A census block is the smallest geographic tabulation area from the decennial census.  A block may be as small as a regular city block bounded by four streets, or as large as several square miles in a rural area.  Generally, a census block is bounded on all sides by visible features such as streets, rivers, and railroad tracks.

32.   The ACLU of Washington also gave me a Microsoft *Excel* file that lists all registered voters in Pasco as of November 30, 2015. I understand that this file was prepared by the Franklin County Elections Department.

---

[4] Available for download at:
http://gis.co.franklin.wa.us/download.asp

33.    In order to determine Latino registered voters, I relied on a Microsoft *Excel* file that lists over 12,000 Spanish surnames. This file was prepared by the U.S. Department of Justice (DOJ) in order to identify Latino voters. I used the Spanish surname file to identify Latino voters in the November 2015 registered voter list.

34.    I matched the November 2015 registered voter list to the Spanish surname list using a Microsoft *Access* routine. In short, I parsed the surname for all registered voters and then marked all persons with a matching Spanish surname. This match includes a few persons with surnames that only in part match Spanish surnames on the DOJ list. (For example, the compound surname "Vega de la Fuente" would be marked as a Spanish surname because both "Vega" and "Fuente" are Spanish surnames on the DOJ list.)

35.    I used *Maptitude* to geocode the November 2015 City of Pasco registered voter list. Geocoding is a technical process available in GIS software that locates voters by street number and address and converts those locations to points on a computer map. The points can then be tallied to calculate the number of registered voters and Latino registered voters by district.

36.    I developed block-level estimates of the citizen voting age population (Hispanic and non-Hispanic) from the block group estimates in the *2010-2014 American Community Survey 5-year Estimates* dataset prepared by the U.S. Census

Bureau.[5] I allocated the estimated Hispanic and non-Hispanic block group citizen voting age population to census blocks based on the complete count block-level voting age Hispanic and non-Hispanic population, according to the 2010 Census. Census block estimates of the citizen voting age population are not available from the American Community Survey or any other Census Bureau publication.

**Plaintiff's Remedial Plan**

37.    I developed the *Plaintiff's' Remedial Plan* depicted in **Figure 3** on the next page.  The plan has seven single-member districts.  Three of the districts (Districts 1, 2, and 3) are majority-LCVAP.  **Exhibit C-1** contains a similar map with additional street detail.

38.    For comparison, the map in **Exhibit C-2** overlays the color-coded *Plaintiff's Remedial Plan* with the current 5-district hybrid residency at-large plan (depicted with thick blue lines).

---

[5] This special file is released on an annual basis at the block group-level. I relied on the most recent dataset, which was released in February 2016 and is available for download at:

http://www.census.gov/rdo/data/voting_age_population_by_citizenship_and_race_cvap.html

**Figure 3**

**Plaintiff's Remedial Plan – 7 Districts – Pasco City Council**



39.    The table in **Figure 4** on the next page summarizes population statistics by district for *Plaintiff's Remedial Plan.* **Exhibit C-2** contains detailed population statistics.

**Figure 4**

### Plaintiff's Remedial Plan – Population Summary

| District | Population | % Dev | % Latino | 18+ Pop | % 18+ Latino | % 18+ NH White | % Latino CVAP | % Latino of Registered Voters |
|---|---|---|---|---|---|---|---|---|
| 1 | 8724 | -2.22% | 83.59% | 5165 | 78.64% | 16.63% | 54.78% | 65.76% |
| 2 | 8865 | -0.64% | 82.22% | 5596 | 76.86% | 18.10% | 56.29% | 65.33% |
| 3 | 8587 | -3.75% | 83.39% | 5187 | 77.71% | 19.18% | 54.08% | 61.73% |
| 4 | 9026 | 1.17% | 27.64% | 6090 | 23.04% | 70.90% | 27.37% | 19.25% |
| 5 | 8980 | 0.65% | 52.31% | 6108 | 43.57% | 50.61% | 28.98% | 27.25% |
| 6 | 9102 | 2.02% | 23.90% | 6365 | 19.51% | 73.89% | 14.24% | 15.45% |
| 7 | 9168 | 2.76% | 28.64% | 6047 | 24.52% | 66.86% | 24.04% | 20.36% |

40.    A description of the *Plaintiff's Remedial Plan* as it relates to traditional redistricting principles and additional redistricting factors follows.

*One-person, One-vote*

41.    The *Plaintiff's Remedial Plan* is drawn at the census block level, based on population counts from the 2010 Census. The *Plaintiff's Remedial Plan* complies with one-person one-vote, with an overall deviation of 6.51% from the ideal population size of 8,922. (62,452 divided by 7).

*Non-dilution of Minority Vote*

42.    The three majority-LCVAP districts range from 54.08% LCVAP in District 3 to 56.29% LCVAP in District 2. The percentage of registered voters who are Latino range from 61.73% in District 3 to 65.76% in District 1.

43.    In addition, the *Plaintiff's Remedial Plan* features an "influence district"– District 5 (52.31% Latino, 43.57%  Latino VAP, 28.98% LCVAP, and

27.25% Latino registered voters) – that roughly corresponds to citywide demographics (54.02% Latino, 47.3% Latino VAP, 30.02% LCVAP, and 29.81% Latino registered voters).

44.  An influence district is one in which Latinos (or other minorities) are not a majority of all voters, but have sufficient voting strength to occasionally affect the outcome of the election in coalition with other voters. For example, in the 2014 elections in the City of Yakima, voters in District 3 (25.2% LCVAP) elected a Latina candidate.[6]

45.  Under the 2000 Census, Plaintiff's District 5 was 34.4% Latino, with a Latino VAP of 28.5%, which was significantly lower than the corresponding 2010 Census percentages (52.31% Latino and 43.57% Latino VAP).

46.  Thus, over the 2000 to 2010 period, Plaintiff's District 5 transitioned from an area with a Census 2000 Latino population percentage (34.4%) that was significantly less than the citywide Census 2000 Latino population percentage (56.02%) to one that mirrors the 2010 citywide demographics.

47.  Given the 2000 to 2010 trend, Plaintiff's District 5 is likely to maintain or exceed the citywide Latino percentage over the next decade, and thereby remain a viable influence district.

---

[6] See Mike Faulk, *New Yakima City Council Finalized with Mendez Win*, Yakima Herald (Nov. 5, 2015), http://www.yakimaherald.com/news/elections/new-yakima-city-council-finalized-with-mendez-win/article_4c4b3dc2-8452-11e5-a5bd-9b2fd02199ca.html

.

*Contiguity*

48.    All districts in the *Plaintiff's Remedial Plan* are contiguous.  With respect to redistricting plans, "contiguity" signifies that all parts (i.e., census blocks) of each component election district are connected and there are no geographically disparate areas.

*Compactness*

49.    A visual assessment confirms that the *Plaintiff's Remedial Plan* is compact. The plan is regularly shaped to the extent possible because it is drawn using 2010 census blocks. Census blocks often take on irregular shapes in order to follow jurisdictional lines such as city limits or clearly observable boundaries such as streams or roads.

50.    In my opinion, the *Plaintiff's Remedial Plan* is also compact according to standard measures of compactness, as computed using *Maptitude for Redistricting*.[7]

51.    The table in **Figure 5** on the next page presents compactness scores for the *Plaintiff's Remedial Plan*, according to the Reock test[8] and the Polsby-Popper

---

[7] There is no bright-line rule on what constitutes a "passing grade" in terms of compactness scores. For a detailed discussion of compactness scores see *Bethune-Hill v. Virginia State Board of Elections* – 141 F.Supp.3d 505, 515, 535-546,(D. Va. 2015); cert granted 2016 WL 3128979 (U.S. 2016) –  pp. 62-66 with a district-by-district compactness analysis in the pages that follow.

test[9].

**Figure 5**

**Plaintiff's Remedial Plan – Compactness Scores**

| District | Reock | Palsy-Popper |
|:---:|:---:|:---:|
| 1 | 0.41 | 0.31 |
| 2 | 0.32 | 0.43 |
| 3 | 0.34 | 0.31 |
| 4 | 0.4 | 0.49 |
| 5 | 0.23 | 0.27 |
| 6 | 0.32 | 0.18 |
| 7 | 0.24 | 0.29 |
| **Mean Average** | **0.32** | **0.33** |

*Communities of Interest*

*52.* The *Plaintiff's Remedial Plan* is drawn to respect communities of interest reflected in socio-economic disparities between east Pasco and west Pasco as shown in **Figure 6** on the next page.

---

[8] The Reock test is an area-based measure that compares each district to a circle, which is considered to be the most compact shape possible.  For each district, the Reock test computes the ratio of the area of the district to the area of the minimum enclosing circle for the district.  The measure is always between 0 and 1, with 1 being the most compact.  The Reock test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan."  (Source: *Maptitude For Redistricting* documentation.)

[9] The Polsby-Popper test computes the ratio of the district area to the area of a circle with the same perimeter. The measure is always between 0 and 1, with 1 being the most compact. The Polsby-Popper test computes one number for each district and the minimum, maximum, mean and standard deviation for the plan. (Source: *Maptitude For Redistricting* documentation.)

**Figure 6**

### Median Household Income by Block Group



53.    The *Plaintiff's Remedial Plan* is depicted with thick black lines in

**Figure 6** and overlays block group-level median household income estimates from

the 2008 to 2012 ACS**.** Three LCVAP-majority districts are anchored in lower

income east Pasco and three White-majority districts are in higher income west

Pasco. District 5 – the seventh district – extends into both east and west Pasco,

encompassing neighborhoods that are transitioning into more ethnically diverse populations.

*Precincts*

54.    *Plaintiff's Remedial Plan* generally follows 2015 precinct boundaries. (See **Exhibit C-3**.)  Populated areas of 7 of the 67 precincts entirely within the city limits of Pasco are split by *Plaintiff's Remedial Plan* district boundaries, with a few additional splits where the affected precincts are split by the current City boundary.  Alterations to existing precinct lines have little practical relevance to voters and candidates in Pasco, because all ballots are cast by mail, and voters therefore no longer need go to a precinct-specific polling place to vote. No census blocks are split by district boundaries under *Plaintiff's Remedial Plan.*

*Incumbent Assignments*

55.    *Plaintiff's Remedial Plan* minimizes incumbent conflicts**.**  Of the six current council members, two incumbents who live in the same neighborhood (Rebecca Francik and Tom Larsen) are assigned to District 5. LCVAP-majority District 2 is without a resident incumbent. District 7—encompassing northwest Pasco — does not have an incumbent.  However, at least nine of the candidates who filed to fill the vacancy in current District 4 reside in Plaintiff's District 7. [10] (I

---

[10] Source: *Tri-City Herald*, "11 file to be Pasco City Council's newest member**"**

http://www.tri-cityherald.com/news/local/article105799716.html

am unable to identify the resident addresses for two of the candidates.) The chart in **Figure 7** details incumbent assignments by district under *Plaintiff's Remedial Plan*.

**Figure 7**

**Plaintiff's Remedial Plan Incumbent Assignments by District**

| Incumbent | District |
|-----------|----------|
| Yenney | 1 |
| Hoffmann | 2 |
| Martinez | 4 |
| Larsen | 5 |
| Francik | 5 |
| Watkins | 6 |

## IV. CONCLUSION

56.    The *Plaintiff's Remedial Plan* respects traditional redistricting criteria, including one-person one-vote, compactness, contiguity, respect for communities of interest, and the non-dilution of minority voting strength.

57.    The *Plaintiff's Remedial Plan* will afford Latinos an opportunity to elect their candidate of choice in three districts, with a reasonable opportunity to have a meaningful influence on the vote for the council member elected from District 5.

58.    As part of my work on this matter, I have reviewed several plans under consideration by the Defendants with six single-member districts and one at-large

member. In my opinion, a plan with an at-large member would not be a full and complete remedy.

59.    There are at least two factors which militate against at-large voting as a fair remedy in this lawsuit. First, there is no guarantee that dilutive annexations will not occur in the future (beyond closing the "donut holes" in west Pasco), putting further downward pressure on the citywide LCVAP and Latino registered voter percentage. Second, there is a sharp socio-economic divide between predominantly Latino east Pasco and predominantly White west Pasco as shown in the median household income map in **Figure *6* *supra*** and in the ACS charts and tables in **Exhibit B**.

60.    This geographic and socio-economic divide would disadvantage campaign funding and get-out-the vote efforts for Latino candidates in an at-large election compared to an election in a geographically smaller and less populous single-member district.

61.    Therefore, the Plaintiff's seven single-member district plan with a geographically small "influence district" (District 5) that mirrors citywide demographics would be the optimal remedial solution.

62.    The ideal population size under a 6-district plan is about 17% larger than the ideal population size under a 7-district plan. For example, based on the 2010 Census, the ideal population size in Pasco under a 7-district plan is 8,922. Under a 6-district plan, the ideal population size is 10,409. All other things equal,

campaign funding and get-out the vote efforts will be less costly under a 7-district plan than under a 6-district plan.

63.    In my opinion, even at the district level, the Plaintiff's 7-district plan is a superior Section 2 remedy compared to the 6-district/ 1at-large plans considered by the Defendants.

Executed on: October **15**, 2016

WILLIAM S. COOPER

Exhibit A

*William S. Cooper*
*P.O. Box 16066*
*Bristol, VA 24209*
*276-669-8567*
*bcooper@msn.com*

## Summary of Redistricting Work

I have a B.A. in Economics from Davidson College in Davidson, North Carolina.

Since 1986, I have prepared proposed redistricting maps of approximately 700 jurisdictions for Section 2 litigation, Section 5 comment letters, and for use in other efforts to promote compliance with the Voting Rights Act of 1965. I have analyzed and prepared election plans in over 100 of these jurisdictions for two or more of the decennial censuses – either as part of concurrent legislative reapportionments or, retrospectively, in relation to litigation involving many of the cases listed below.

Since the release of the 2010 Census in February 2011, I have developed statewide legislative plans on behalf of clients in seven states (Alabama, Florida, Georgia, Kentucky, South Carolina, Texas, and Virginia), as well as over 150 local redistricting plans in approximately 30 states – primarily for groups working to protect minority voting rights.

In March 2011, I was retained by the Sussex County, Virginia Board of Supervisors and the Bolivar County, Mississippi Board of Supervisors to draft new district plans based on the 2010 Census. In the summer of 2011, both counties received Section 5 preclearance from the Department of Justice.

Also in 2011, I was retained by way of a subcontract with Olmedillo X5 LLC to assist with redistricting for the Miami-Dade County, Florida Board of Commissioners and the Miami-Dade, Florida School Board. Final plans were adopted in late 2011 following public hearings.

1

In the fall of 2011, I was retained by the City of Grenada, Mississippi to provide redistricting services. The ward plan I developed received preclearance in March 2012.

In 2012 and 2013, I served as a redistricting consultant to the Tunica County, Mississippi Board of Supervisors and the Claiborne County, Mississippi Board of Supervisors.

I currently serve as a redistricting consultant to the City of Decatur, Ala. (in *Voketz v. City of Decatur*).

I am currently a consultant and expert for the plaintiffs in *Alabama Legislative Black Caucus et al. v. Alabama*; *Navajo Nation v. San Juan County, Utah*; *Fairley et al. v. Hattiesburg, Mississippi*; *Terrebonne Parish Branch NAACP et al. v. Jindal et al.*; *Davidson v. City of Cranston, Rhode Islan*d; *Missouri State Conference NAACP et al. v. Ferguson-Florissant School District; NAACP v. Emanuel County, Georgia* and *NAACP v. Gwinnett County*.

In *Montes v. City of Yakima* (E.D. Wash. Feb. 17, 2015) the court adopted, as a remedy for the Voting Rights Act Section 2 violation, a seven single-member district plan that I developed for the Latino plaintiffs.  In *Pope v. Albany County* (N.D.N.Y. Mar. 24, 2015), the court approved, as a remedy for the Section 2 violation, a plan drawn by the defendants, creating a new Black-majority district.  The plaintiffs consented to that plan, and the plan was be implemented for elections in 2015.

On January 14, 2016, in *NAACP v. Fayette County*, the Fayette County, Georgia Commission and Board of Education adopted a settlement plan that I developed for the plaintiffs under a court-ordered mediation. The plan was signed into law by Governor Deal in March 2016.

Since 2011, I have served as a redistricting and demographic consultant to the

2

Massachusetts-based Prison Policy Initiative and to Demos for a nationwide project to end prison-based gerrymandering. I have analyzed proposed and adopted election plans in about 25 states as part of my work with these two organizations.

During the 2000s, I analyzed census data and prepared draft election plans involving about 300 local-level jurisdictions in 25 states. I produced these plans at the request of local citizens' groups, national organizations such as the NAACP and, in a few instances, by contract with local governments. Election plans I developed for two counties – Sussex County, Virginia and Webster County, Mississippi –  were adopted and precleared in 2002 by the U.S. Department of Justice. A ward plan I prepared for the City of Grenada, Mississippi was precleared in August 2005. A county council plan I developed for Native American plaintiffs in a Section 2 lawsuit (*Blackmoon v. Charles Mix County*) was adopted by Charles Mix County, South Dakota in November 2005. A county supervisors' plan I produced for Bolivar County, Mississippi was precleared in January 2006. A plan I drafted for Latino plaintiffs in Bethlehem, Pennsylvania (*Pennsylvania Statewide Latino Coalition v. Bethlehem Area School District*) was adopted in March 2009. Plans I developed for minority plaintiffs in Columbus County, North Carolina and Cortez-Montezuma School District in Colorado were adopted in 2009.

In addition, during the post-2000 reapportionment process, I drafted proposed statewide legislative plans on behalf  of clients in eight states – Florida, Montana, New Mexico, North Dakota, South Dakota, Tennessee, Virginia, and Wyoming.  In August 2005, a federal court ordered the State of South Dakota to remedy a Section 2 voting rights violation and adopt a state legislative plan I developed (*Bone Shirt v. Hazeltine*).

From 1986 to 2016, I have prepared election plans for Section 2 litigation in Alabama, Connecticut, Florida, Georgia, Louisiana, Maryland, Mississippi, Missouri,

Montana, Nebraska, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South

Carolina, South Dakota, Tennessee, Utah, Virginia, Washington, and Wyoming.

I have testified at trial as an expert witness on redistricting and demographics in

federal courts in the following voting rights cases (approximate most recent testimony dates

are in parentheses). I filed declarations and was deposed in most of these cases.

**Alabama**
*Alabama Legislative Black Caucus et al. v. Alabama et al. (2013)*

**Colorado**
*Cuthair v. Montezuma-Cortez School Board (1997)*

**Georgia**
*Cofield v. City of LaGrange (1996)*
*Love v. Deal (1995)*
*Askew v. City of Rome (1995)*
*Woodard v. Lumber City (1989)*

**Louisiana**
*Knight v. McKeithen (1994)*
*Reno v. Bossier Parish* (1995)
*Wilson v. Town of St. Francisville (1997)*

**Maryland**
*Cane v. Worcester County (1994)*

**Mississippi**
*Addy v Newton County (1995)*
*Boddie v. Cleveland  (2003)*
*Boddie v. Cleveland School District (2010)*
*Ewing v. Monroe County(1995)*
*Fairley v. Hattiesburg (2014)*
*Fairley v. Hattiesburg (2008)*
*Jamison v. City of Tupelo (2006)*
*Gunn v. Chickasaw County   (1995)*
*NAACP v. Fordice (1999)*
*Nichols v. Okolona (1995)*
*Smith v. Clark (1995)*

**Montana**
*Old Person v. Cooney (1998)*
*Old Person v. Brown (on remand) (2001)*

**Missouri**
*Missouri NAACP v. Ferguson-Florissant School District (2016)*

**Nebraska**
*Stabler v. Thurston County (1995)*

***New York***
*Arbor Hills Concerned Citizens v. Albany County (2003)*
*Pope v. County of Albany (2015)*

**South Carolina**
*Smith v. Beasley (1996)*

**South Dakota**
*Bone Shirt v. Hazeltine (2004)*
*Cottier v. City of Martin (2004)*

**Tennessee**
*Cousins v. McWherter (1994)*
*Rural West Tennessee  African American Affairs Council v. McWherter (1993)*

**Virginia**
*Henderson v. Richmond County (1988)*
*McDaniel v. Mehfoud (1988)*
*White v. Daniel (1989)*
*Smith v. Brunswick County (1991)*

***Wyoming***
*Large v. Fremont County (2007)*

In addition, I have filed declarations or been deposed in these cases:

**Alabama**
*Voketz v. City of Decatur (2014)*

**Florida**
*Calvin v. Jefferson County (2016)*
*Thompson v. Glades County (2001)*
*Johnson v. DeSoto County (1999)*
*Burton v. City of Belle Glade (1997)*

**Georgia**
*Georgia State Conference NAACP, et al. v. Fayette County (2015)*
*Knighton v. Dougherty County (2002)*
*Johnson v. Miller (1998)*
*Jones v. Cook County (1993)*

5

**Kentucky**
*Herbert v. Kentucky State Board of Elections (2013)*


**Louisiana**
*Terrebonne Parish NAACP v. Jindal, et al. (2016)*
*NAACP v. St. Landry Parish Council (2005)*
*Rodney v. McKeithen (1993)*
*Prejean v. Foster (1998)*


**Maryland**
*Fletcher  v. Lamone (2011)*

**Mississippi**
*Partee v. Coahoma County (2015)*
*Figgs v. Quitman County (2015)*
*West v. Natchez (2015)*
*Williams v. Bolivar County (2005)*
*Clark v. Calhoun County (on remand)(1993)*
*Houston v. Lafayette County (2002)*
*Wilson v. Clarksdale (1992)*
*Stanfield v. Lee County(1991)*
*Teague v. Attala County (on remand)(1993)*


**Montana**
*Alden v. Rosebud County (2000)*


**North Carolina**
*Lewis v. Alamance County (1991)*
*Gause v. Brunswick County (1992)*
*Webster v. Person County (1992)*


**Rhode Island**
*Davidson v. City of Cranston (2015)*


**South Carolina**
*Vander Linden v. Campbell (1996)*


**South Dakota**
*Emery v. Hunt (1999)*
*Kirkie v. Buffalo County (2004*


**Tennessee**
*NAACP v. Frost, et al. (2003)*


**Utah**
*Navajo Nation v. San Juan County (2016)*

**Virginia**
*Moon v. Beyer (1990)*


**Washington**
*Montes v. City of Yakima (2014)*


*# # #*

# Exhibit B

# Selected Socio-Economic Data

## Pasco city, Washington

## Latino and White, Not Hispanic

## Data Set: 2011-2013 American Community Survey 3-Year Estimates

www.fairvote2020.org

www.fairdata2000.com

30-Apr-16

**C02003. RACE - Universe:  TOTAL POPULATION**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **66,289** | **49** | **100.0%** |
| Population of one race: | 64,381 | 580 | 97.1% |
| White | 41,222 | 2,052 | 62.2% |
| Black or African American | 1,244 | 472 | 1.9% |
| American Indian and Alaska Native | 308 | 203 | 0.5% |
| Asian alone | 1,379 | 300 | 2.1% |
| Native Hawaiian and Other Pacific Islander | 23 | 39 | 0.0% |
| Some other race | 20,205 | 2,056 | 30.5% |
| Population of two or more races: | 1,908 | 577 | 2.9% |
| Two races including Some other race | 677 | 411 | 1.0% |
| Two races excluding Some other race, and three or more races | 1,231 | 429 | 1.9% |
| Population of two races: | 1,898 | 575 | 2.9% |
| White; Black or African American | 646 | 384 | 1.0% |
| White; American Indian and Alaska Native | 273 | 165 | 0.4% |
| White; Asian | 287 | 199 | 0.4% |
| Black or African American; American Indian and Alaska Native | 0 | 113 | 0.0% |
| All other two race combinations | 692 | 413 | 1.0% |
| Population of three races | 10 | 17 | 0.0% |
| Population of four or more races | 0 | 113 | 0.0% |

Note: Hispanics may be of any race. See Table C03002 and chart.

Source: U.S. Census Bureau, 2011-2013 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Population by Race

### Pasco city, Washington



Source:   C02003. RACE - Universe:  TOTAL POPULATION
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**C03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **66,289** | **49** | **100.0%** |
| Not Hispanic or Latino: | 29,664 | 841 | 44.7% |
| White alone | 25,886 | 872 | 39.1% |
| Black or African American alone | 975 | 355 | 1.5% |
| American Indian and Alaska Native alone | 308 | 203 | 0.5% |
| Asian alone | 1,318 | 309 | 2.0% |
| Native Hawaiian and Other Pacific Islander alone | 0 | 113 | 0.0% |
| Some other race alone | 23 | 38 | 0.0% |
| Two or more races: | 1,154 | 477 | 1.7% |
| Two races including Some other race | 129 | 207 | 0.2% |
| Two races excluding Some other race, and three or more races | 1,025 | 432 | 1.5% |
| Hispanic or Latino | 36,625 | 846 | 55.3% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

**Non-Hispanic by Race and Hispanic Population**

**Pasco city, Washington**



Source:   C03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B03002. HISPANIC OR LATINO ORIGIN BY RACE**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

|  | Pasco city, Washington | | |
|---|---|---|---|
|  | Population | Margin of Error (+/-) | % of Total |
| Hispanic or Latino: | 36,625 | 846 | **100.0%** |
| White alone | 15,336 | 2,182 | 41.9% |
| Black or African American alone | 269 | 260 | 0.7% |
| American Indian and Alaska Native alone | 0 | 113 | 0.0% |
| Asian alone | 61 | 61 | 0.2% |
| Native Hawaiian and Other Pacific Islander alone | 23 | 39 | 0.1% |
| Some other race alone | 20,182 | 2,056 | 55.1% |
| Two or more races: | 754 | 409 | 2.1% |
| Two races including Some other race | 548 | 376 | 1.5% |
| Two races excluding Some other race, and three or more races | 206 | 120 | 0.6% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

# Hispanic or Latino Origin by Race

## Pasco city, Washington



Source:   B03002. HISPANIC OR LATINO ORIGIN BY RACE
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**C01001. SEX BY AGE**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **36,625** | **846** | **100.0%** | **25,886** | **872** | **100.0%** |
| Under 18 years | 15,659 | NC | 42.8% | 6,108 | NC | 23.6% |
| 18 to 64 years | 19,834 | NC | 54.2% | 16,492 | NC | 63.7% |
| 65 years and over | 1,132 | NC | 3.1% | 3,286 | NC | 12.7% |
| Male: | 18,843 | 633 | 51.4% | 12,974 | 530 | 50.1% |
| Under 18 years | 7,945 | 403 | 21.7% | 3,080 | 321 | 11.9% |
| 18 to 64 years | 10,310 | 497 | 28.2% | 8,371 | 399 | 32.3% |
| 65 years and over | 588 | 307 | 1.6% | 1,523 | 164 | 5.9% |
| Female: | 17,782 | 513 | 48.6% | 12,912 | 508 | 49.9% |
| Under 18 years | 7,714 | 424 | 21.1% | 3,028 | 283 | 11.7% |
| 18 to 64 years | 9,524 | 305 | 26.0% | 8,121 | 352 | 31.4% |
| 65 years and over | 544 | 67 | 1.5% | 1,763 | 144 | 6.8% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Population by Age

## Pasco city, Washington



Source:   C01001. SEX BY AGE
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B05003. SEX BY AGE BY CITIZENSHIP STATUS**

Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total by Age | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total by Age |
| Total: | **36,625** | **846** | **100.0%** | **25,886** | **872** | **100.0%** |
| **Under 18 years:** | **15,659** | **NC** | **100.0%** | **6,108** | **NC** | **100.0%** |
| Native | 14,214 | NC | 90.8% | 6,108 | NC | 100.0% |
| Foreign born: | 1,445 | NC | 9.2% | 0 | NC | 0.0% |
| Naturalized U.S. citizen | 19 | NC | 0.1% | 0 | NC | 0.0% |
| Not a U.S. citizen | 1,426 | NC | 9.1% | 0 | NC | 0.0% |
| **18 years and over:** | **20,966** | **NC** | **100.0%** | **19,778** | **NC** | **100.0%** |
| Native | 7,222 | NC | 34.4% | 18,751 | NC | 94.8% |
| Foreign born: | 13,744 | NC | 65.6% | 1,027 | NC | 5.2% |
| Naturalized U.S. citizen | 2,769 | NC | 13.2% | 824 | NC | 4.2% |
| Not a U.S. citizen | 10,975 | NC | 52.3% | 203 | NC | 1.0% |
| **Male:** | 18,843 | 633 | 51.4% | 12,974 | 530 | 50.1% |
| **Under 18 years:** | 7945 | 403 | **100.0%** | 3080 | 321 | **100.0%** |
| Native | 7,337 | 541 | 92.3% | 3,080 | 321 | 100.0% |
| Foreign born: | 608 | 394 | 7.7% | 0 | 113 | 0.0% |
| Naturalized U.S. citizen | 19 | 34 | 0.2% | 0 | 113 | 0.0% |
| Not a U.S. citizen | 589 | 401 | 7.4% | 0 | 113 | 0.0% |
| **18 years and over:** | **10,898** | **444** | **100.0%** | **9,894** | **421** | **100.0%** |
| Native | 3,412 | 713 | 31.3% | 9,346 | 567 | 94.5% |
| Foreign born: | 7,486 | 698 | 68.7% | 548 | 495 | 5.5% |
| Naturalized U.S. citizen | 1,454 | 489 | 13.3% | 448 | 495 | 4.5% |
| Not a U.S. citizen | 6,032 | 781 | 55.3% | 100 | 90 | 1.0% |

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total by Age | White, Not Hispanic | Margin of Error (+/-) | % of NHW by Age |
| **Female:** | 17,782 | 513 | 48.6% | 12,912 | 508 | 49.9% |
| **Under 18 years:** | **7,714** | **424** | **100.0%** | **3,028** | **283** | **100.0%** |
| Native | 6,877 | 546 | 89.1% | 3,028 | 283 | 100.0% |
| Foreign born: | 837 | 454 | 10.9% | 0 | 113 | 0.0% |
| Naturalized U.S. citizen | 0 | 113 | 0.0% | 0 | 113 | 0.0% |
| Not a U.S. citizen | 837 | 454 | 10.9% | 0 | 113 | 0.0% |
| **18 years and over:** | **10,068** | **319** | **100.0%** | **9,884** | **382** | **100.0%** |
| Native | 3,810 | 577 | 37.8% | 9,405 | 399 | 95.2% |
| Foreign born: | 6,258 | 602 | 62.2% | 479 | 253 | 4.8% |
| Naturalized U.S. citizen | 1,315 | 404 | 13.1% | 376 | 236 | 3.8% |
| Not a U.S. citizen | 4,943 | 566 | 49.1% | 103 | 74 | 1.0% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Citizenship Status of Voting Age Population (18 and Over)

### Pasco city, Washington



Source:   B05003. SEX BY AGE BY CITIZENSHIP STATUS
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES - Universe: POPULATION 1 YEAR AND OVER**

Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Total: | **35,759** | **893** | **100.0%** | **25,510** | **884** | **100.0%** |
| Same house 1 year ago | 29,912 | 1,748 | 83.6% | 22,325 | 1,094 | 87.5% |
| Moved within same county | 3,710 | 1,321 | 10.4% | 757 | 508 | 3.0% |
| Moved from different county within same state | 1,403 | 681 | 3.9% | 2,067 | 706 | 8.1% |
| Moved from different state | 690 | 598 | 1.9% | 361 | 233 | 1.4% |
| Moved from abroad | 44 | 69 | 0.1% | 0 | 113 | 0.0% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Geographical Mobility in the Past Year (Population 1 Year and Over)

## Pasco city, Washington



Source:   B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES - Universe: POPULATION 1 YEAR AND OVER

Data Set: 2011-2013 American Community Survey 3-Year Estimates

**C08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | 14159 | 929 | **100.0%** | 12359 | 806 | **100.0%** |
| Car, truck, or van - drove alone | 10542 | 954 | 74.5% | 10856 | 849 | 87.8% |
| Car, truck, or van - carpooled | 2871 | 692 | 20.3% | 900 | 298 | 7.3% |
| Public transportation (excluding taxicab) | 225 | 177 | 1.6% | 32 | 51 | 0.3% |
| Taxicab, motorcycle, bicycle, walked, or other means | 304 | 188 | 2.1% | 271 | 167 | 2.2% |
| Worked at home | 217 | 173 | 1.5% | 300 | 171 | 2.4% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Means of Transportation to Work (Workers 16 Years and Over)

## Pasco city, Washington



Source:  C08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **16,645** | **496** | **100.0%** | **17,742** | **584** | **100.0%** |
| Less than high school diploma | 9,285 | NC | 55.8% | 1,234 | NC | 7.0% |
| High school graduate, GED, or alternative | 3,681 | NC | 22.1% | 4,999 | NC | 28.2% |
| Some college or associate's degree | 2,888 | NC | 17.4% | 7,414 | NC | 41.8% |
| Bachelor's degree or higher | 791 | NC | 4.8% | 4,095 | NC | 23.1% |
| Male: | 8,572 | 344 | 51.5% | 8,886 | 410 | 50.1% |
| Less than high school diploma | 5,227 | 562 | 31.4% | 698 | 258 | 3.9% |
| High school graduate, GED, or alternative | 1,611 | 499 | 9.7% | 2,514 | 464 | 14.2% |
| Some college or associate's degree | 1,273 | 388 | 7.6% | 3,645 | 486 | 20.5% |
| Bachelor's degree or higher | 461 | 226 | 2.8% | 2,029 | 433 | 11.4% |
| Female: | 8,073 | 292 | 48.5% | 8,856 | 320 | 49.9% |
| Less than high school diploma | 4,058 | 565 | 24.4% | 536 | 240 | 3.0% |
| High school graduate, GED, or alternative | 2,070 | 472 | 12.4% | 2,485 | 449 | 14.0% |
| Some college or associate's degree | 1,615 | 459 | 9.7% | 3,769 | 522 | 21.2% |
| Bachelor's degree or higher | 330 | 177 | 2.0% | 2,066 | 376 | 11.6% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Educational Attainment for the Population 25 Years and Older

## Pasco city, Washington



Source:   C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER**

Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **31,940** | **746** | **100.0%** | **23,793** | **819** | **100.0%** |
| Speak only English | 3,543 | NC | 11.1% | 22,309 | NC | 93.8% |
| Speak another language | 28,397 | NC | 88.9% | 1,484 | NC | 6.2% |
| Speak English "very well" | 13,658 | NC | 42.8% | 1,186 | NC | 5.0% |
| Speak English "less than very well" | 14,739 | NC | 46.1% | 298 | NC | 1.3% |
| Native: | 16,800 | 1,307 | 52.6% | 22,766 | 945 | 95.7% |
| Speak only English | 2,985 | 721 | 9.3% | 22,013 | 976 | 92.5% |
| Speak another language | 13,815 | 1,370 | 43.3% | 753 | 305 | 3.2% |
| Speak English "very well" | 9,942 | 1,224 | 31.1% | 607 | 288 | 2.6% |
| Speak English "less than very well" | 3,873 | 930 | 12.1% | 146 | 98 | 0.6% |
| Foreign born: | 15,140 | 1,305 | 47.4% | 1,027 | 683 | 4.3% |
| Speak only English | 558 | 291 | 1.7% | 296 | 155 | 1.2% |
| Speak another language | 14,582 | 1,328 | 45.7% | 731 | 623 | 3.1% |
| Speak English "very well" | 3,716 | 894 | 11.6% | 579 | 625 | 2.4% |
| Speak English "less than very well" | 10,866 | 1,086 | 34.0% | 152 | 124 | 0.6% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Speak English "Less than Very Well" (Population 5 Years and Over)

## Pasco city, Washington



Source:   B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **6,547** | **429** | **100.0%** | **6,849** | **495** | **100.0%** |
| Income in the past 12 months below poverty level: | 2,155 | 435 | 32.9% | 351 | 170 | 5.1% |
| Married-couple family: | 1,013 | 376 | 15.5% | 195 | 135 | 2.8% |
| With related children under 18 years | 882 | 368 | 13.5% | 39 | 66 | 0.6% |
| Other family: | 1,142 | 313 | 17.4% | 156 | 98 | 2.3% |
| Male householder, no wife present | 200 | 145 | 3.1% | 37 | 48 | 0.5% |
| With related children under 18 years | 200 | 145 | 3.1% | 25 | 44 | 0.4% |
| Female householder, no husband present | 942 | 284 | 14.4% | 119 | 78 | 1.7% |
| With related children under 18 years | 897 | 287 | 13.7% | 119 | 78 | 1.7% |
| Income in the past 12 months at or above poverty level: | 4,392 | 559 | 67.1% | 6,498 | 493 | 94.9% |
| Married-couple family: | 3,116 | 477 | 47.6% | 5,065 | 518 | 74.0% |
| With related children under 18 years | 2,308 | 503 | 35.3% | 2,312 | 372 | 33.8% |
| Other family: | 1,276 | 348 | 19.5% | 1,433 | 354 | 20.9% |
| Male householder, no wife present | 482 | 193 | 7.4% | 555 | 267 | 8.1% |
| With related children under 18 years | 413 | 193 | 6.3% | 308 | 188 | 4.5% |
| Female householder, no husband present | 794 | 293 | 12.1% | 878 | 286 | 12.8% |
| With related children under 18 years | 703 | 274 | 10.7% | 395 | 222 | 5.8% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Family Households Below Poverty in the Past 12 Months

## Pasco city, Washington



Source:  C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2011-2013 American Community Survey 3-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

## Pasco city, Washington



Source:   C17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino By Age | White, Not Hispanic | Margin of Error (+/-) | % of NHW By Age |
| **Total:** | **36,391** | **841** | **100.0%** | **25,441** | **839** | **100.0%** |
| Income in the past 12 months below poverty level: | 12,049 | 2,153 | 33.1% | 1,914 | 589 | 7.5% |
| Under 18 years | 6,660 | NC | 43.0% | 488 | NC | 8.2% |
| 18 to 59 years | 5,082 | 1,014 | 26.4% | 983 | 329 | 6.7% |
| 60 years and over | 307 | NC | 18.2% | 443 | NC | 9.2% |
| Income in the past 12 months at or above poverty level: | 24,342 | 2,668 | 66.9% | 23,527 | 962 | 92.5% |
| Under 18 years | 8,821 | 1,534 | 57.0% | 5,433 | NC | 91.8% |
| 18 to 59 years | 14,144 | 1,227 | 73.6% | 13,742 | 682 | 93.3% |
| 60 years and over | 1,377 | NC | 81.8% | 4,352 | NC | 90.8% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Population Below Poverty in the Past 12 Months

## Pasco city, Washington



Source:   B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

|  | Pasco city, Washington | | | |
|---|---|---|---|---|
|  | Latino | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median household income in the past 12 months (in 2013 inflation-adjusted dollars) | $ 33,645 | $ 5,319 | $ 66,222 | $ 3,614 |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

# Median Household Income in the Past 12 Months

## Pasco city, Washington



Source:   B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | |
|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median family income in the past 12 months (in 2013 inflation-adjusted dollars) | $ 37,303 | $ 5,413 | $ 71,538 | $ 6,592 |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Median Family Income in the Past 12 Months

## Pasco city, Washington



Source:   B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | |
|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median nonfamily household income in the past 12 months (in 2013 inflation-adjusted dollars) | $ 20,962 | $ 5,913 | $ 42,115 | $ 18,829 |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Median Non-Family Income in the Past 12 Months

## Pasco city, Washington



Source:   B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | |
|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Per capita income in the past 12 months (in 2013 inflation-adjusted dollars) | $ 11,563 | $ 950 | $ 29,210 | $ 1,574 |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Per capita Income in the Past 12 Months

## Pasco city, Washington



Source:   B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS)
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS**

Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | |
| --- | --- | --- | --- | --- |
| | Latino | Margin of Error (+/-) | White, Not Hispanic | Margin of Error (+/-) |
| Median earnings in the past 12 months (in 2013 inflation-adjusted dollars) -- | | | | |
|   Total: | $ 19,222 | $ 1,361 | $ 37,979 | $ 3,369 |
| Male -- | | | | |
|   Total | $ 21,030 | $ 1,652 | $ 50,969 | $ 2,167 |
|   Worked full-time, year-round in the past 12 months | $ 27,997 | $ 2,018 | $ 57,090 | $ 5,434 |
|   Other | $ 11,804 | $ 1,631 | $ 11,985 | $ 5,351 |
| Female -- | | | | |
|   Total | $ 16,006 | $ 1,770 | $ 29,487 | $ 3,832 |
|   Worked full-time, year-round in the past 12 months | $ 22,236 | $ 2,686 | $ 38,608 | $ 3,396 |
|   Other | $ 9,430 | $ 2,546 | $ 12,279 | $ 2,464 |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Median earnings in the Past 12 Months (16 Years and Over with Earnings)

### Pasco city, Washington



Source:   B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2013 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **20,936** | **602** | **100.0%** | **19,739** | **631** | **100.0%** |
| Veteran | 160 | NC | 0.8% | 2,346 | NC | 11.9% |
| Nonveteran | 20,776 | NC | 99.2% | 17,393 | NC | 88.1% |
| Male: | 10,868 | 446 | 51.9% | 9,855 | 427 | 49.9% |
| 18 to 64 years: | 10,280 | 504 | 49.1% | 8,332 | 404 | 42.2% |
| Veteran | 160 | 132 | 0.8% | 1,218 | 291 | 6.2% |
| Nonveteran | 10,120 | 497 | 48.3% | 7,114 | 479 | 36.0% |
| 65 years and over: | 588 | 307 | 2.8% | 1,523 | 164 | 7.7% |
| Veteran | 0 | 113 | 0.0% | 881 | 165 | 4.5% |
| Nonveteran | 588 | 307 | 2.8% | 642 | 192 | 3.3% |
| Female: | 10,068 | 319 | 48.1% | 9,884 | 382 | 50.1% |
| 18 to 64 years: | 9,524 | 305 | 45.5% | 8,121 | 352 | 41.1% |
| Veteran | 0 | 113 | 0.0% | 208 | 181 | 1.1% |
| Nonveteran | 9,524 | 305 | 45.5% | 7,913 | 397 | 40.1% |
| 65 years and over: | 544 | 67 | 2.6% | 1,763 | 144 | 8.9% |
| Veteran | 0 | 113 | 0.0% | 39 | 37 | 0.2% |
| Nonveteran | 544 | 67 | 2.6% | 1,724 | 144 | 8.7% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Veterans in the Civilian Population 18 Years and Over

## Pasco city, Washington



Source:   C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

|  | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
|  | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **8,258** | **437** | **100.0%** | **9,751** | **485** | **100.0%** |
| HH received Food Stamps/SNAP in the past 12 months | 3,238 | 562 | 39.2% | 1,151 | 339 | 11.8% |
| HH did not receive Food Stamps/SNAP in the past 12 months | 5,020 | 523 | 60.8% | 8,600 | 521 | 88.2% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Pasco city, Washington



Source:   B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **22,521** | **661** | **100.0%** | **20,116** | **665** | **100.0%** |
| In labor force: | 16,030 | NC | 71.2% | 13,487 | NC | 67.0% |
| In Armed Forces | 30 | NC | 0.1% | 39 | NC | 0.2% |
| Civilian: | 15,725 | NC | 69.8% | 13,125 | NC | 65.2% |
| Employed | 14,290 | NC | 63.5% | 12,560 | NC | 62.4% |
| Unemployed | 1,710 | NC | 7.6% | 888 | NC | 4.4% |
| Not in labor force | 6,491 | NC | 28.8% | 6,629 | NC | 33.0% |
| Male: | 11,584 | 483 | 51.4% | 10,075 | 449 | 50.1% |
| 16 to 64 years: | 10,996 | 548 | 48.8% | 8,552 | 420 | 42.5% |
| In labor force: | 8,906 | 656 | 39.5% | 7,239 | 474 | 36.0% |
| In Armed Forces | 30 | 49 | 0.1% | 39 | 47 | 0.2% |
| Civilian: | 8,876 | 656 | 39.4% | 7,200 | 479 | 35.8% |
| Employed | 8113 | 664 | 36.0% | 6773 | 481 | 33.7% |
| Unemployed | 763 | 273 | 3.4% | 427 | 213 | 2.1% |
| Not in labor force | 2,090 | 518 | 9.3% | 1,313 | 385 | 6.5% |
| 65 years and over: | 588 | 307 | 2.6% | 1,523 | 164 | 7.6% |
| In labor force: | 135 | 159 | 0.6% | 172 | 74 | 0.9% |
| Employed | 135 | 159 | 0.6% | 172 | 74 | 0.9% |
| Unemployed | 0 | 113 | 0.0% | 0 | 113 | 0.0% |
| Not in labor force | 453 | 316 | 2.0% | 1,351 | 165 | 6.7% |

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Female: | 10,937 | 378 | 48.6% | 10,041 | 415 | 49.9% |
| 16 to 64 years: | 10,393 | 369 | 46.1% | 8,278 | 386 | 41.2% |
| In labor force: | 6,849 | 581 | 30.4% | 5,925 | 513 | 29.5% |
| In Armed Forces | 0 | 113 | 0.0% | 0 | 113 | 0.0% |
| Civilian: | 6,849 | 581 | 30.4% | 5,925 | 513 | 29.5% |
| Employed | 5,902 | 657 | 26.2% | 5,464 | 556 | 27.2% |
| Unemployed | 947 | 362 | 4.2% | 461 | 265 | 2.3% |
| Not in labor force | 3,544 | 574 | 15.7% | 2,353 | 413 | 11.7% |
| 65 years and over: | 544 | 67 | 2.4% | 1,763 | 144 | 8.8% |
| In labor force: | 140 | 134 | 0.6% | 151 | 107 | 0.8% |
| Employed | 140 | 134 | 0.6% | 151 | 107 | 0.8% |
| Unemployed | 0 | 113 | 0.0% | 0 | 113 | 0.0% |
| Not in labor force | 404 | 151 | 1.8% | 1,612 | 145 | 8.0% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Employment Status for the Population 16 years and over

## Pasco city, Washington



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2011-2013 American Community Survey 3-Year Estimates

## Unemployment of Working Age Population  (Ages 16 to 64)
## (As a Percent of 16-64 Civilian Labor Force)

### Pasco city, Washington



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **14,290** | **948** | **100.0%** | **12,560** | **783** | **100.0%** |
| Management, professional, and related occupations | 1,518 | NC | 10.6% | 4,118 | NC | 32.8% |
| Service occupations | 2,294 | NC | 16.1% | 2,386 | NC | 19.0% |
| Sales and office occupations | 2,067 | NC | 14.5% | 3,181 | NC | 25.3% |
| Natural resources, construction, and maintenance occupations: | 4,563 | NC | 31.9% | 1,629 | NC | 13.0% |
| Production, transportation, and material moving occupations | 3,848 | NC | 26.9% | 1,246 | NC | 9.9% |
| Male: | 8,248 | 644 | 57.7% | 6,945 | 493 | 55.3% |
| Management, business, science, and arts occupations: | 547 | 272 | 3.8% | 2,095 | 376 | 16.7% |
| Service occupations | 913 | 366 | 6.4% | 827 | 342 | 6.6% |
| Sales and office occupations | 932 | 369 | 6.5% | 1,312 | 334 | 10.4% |
| Natural resources, construction, and maintenance occupations: | 3,236 | 735 | 22.6% | 1,555 | 363 | 12.4% |
| Production, transportation, and material moving occupations | 2,620 | 556 | 18.3% | 1,156 | 406 | 9.2% |
| Female: | 6,042 | 675 | 42.3% | 5,615 | 562 | 44.7% |
| Management, professional, and related occupations | 971 | 276 | 6.8% | 2,023 | 376 | 16.1% |
| Service occupations | 1,381 | 424 | 9.7% | 1,559 | 407 | 12.4% |
| Sales and office occupations | 1,135 | 352 | 7.9% | 1,869 | 465 | 14.9% |
| Natural resources, construction, and maintenance occupations: | 1,327 | 321 | 9.3% | 74 | 79 | 0.6% |
| Production, transportation, and material moving occupations | 1,228 | 408 | 8.6% | 90 | 69 | 0.7% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Occupation for the Civilian Employed 16 Years and Over Population

### Pasco city, Washington



Source:   C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B25003. TENURE - Universe: OCCUPIED HOUSING UNITS**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **8,258** | **437** | **100.0%** | **9,751** | **485** | **100.0%** |
| Owner occupied | 4,276 | 415 | 51.8% | 7,572 | 522 | 77.7% |
| Renter occupied | 3,982 | 593 | 48.2% | 2,179 | 390 | 22.3% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.h

## Home Owners and Renters by Household

### Pasco city, Washington



Source:   B25003. TENURE - Universe: OCCUPIED HOUSING UNITS
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B25014. OCCUPANTS PER ROOM  -  Universe: OCCUPIED HOUSING UNITS**
Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **8,258** | **437** | **100.0%** | **9,751** | **485** | **100.0%** |
| 1.00 or less occupants per room | 6,097 | 601 | 73.8% | 9,558 | 488 | 98.0% |
| 1.01 or more occupants per room | 2,161 | 447 | 26.2% | 193 | 112 | 2.0% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.ht

**More than One Person per Room (Crowding) by Household**

**Pasco city, Washington**



Source:   B25014. OCCUPANTS PER ROOM  -   Universe: OCCUPIED HOUSING UNITS
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**B18101: AGE BY DISABILITY STATUS**

Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| **Total:** | **36,539** | **843** | **100.0%** | **25,589** | **869** | **100.0%** |
| Under 18 years: | 15,659 | 530 | 42.9% | 6,108 | 468 | 23.9% |
| With a disability | 348 | 229 | 1.0% | 321 | 191 | 1.3% |
| No disability | 15,311 | 587 | 41.9% | 5,787 | 495 | 22.6% |
| 18 to 64 years: | 19,748 | 662 | 54.0% | 16,288 | 574 | 63.7% |
| With a disability | 1,276 | 383 | 3.5% | 1,475 | 332 | 5.8% |
| No disability | 18,472 | 744 | 50.6% | 14,813 | 611 | 57.9% |
| 65 years and over: | 1,132 | 337 | 3.1% | 3,193 | 228 | 12.5% |
| With a disability | 93 | 95 | 0.3% | 893 | 223 | 3.5% |
| No disability | 1,039 | 382 | 2.8% | 2,300 | 232 | 9.0% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Disability by Age

## Pasco city, Washington



Source:   B18101: AGE BY DISABILITY STATUS
Data Set: 2011-2013 American Community Survey 3-Year Estimates

**C27001: HEALTH INSURANCE COVERAGE STATUS BY AGE**

Data Set: 2011-2013 American Community Survey 3-Year Estimates

| | Pasco city, Washington | | | | | |
|---|---|---|---|---|---|---|
| | Latino | Margin of Error (+/-) | % of Latino Total | White, Not Hispanic | Margin of Error (+/-) | % of NHW Total |
| Total: | **36,539** | **843** | **100.0%** | **25,589** | **869** | **100.0%** |
| Under 18 years: | 15,659 | 530 | 42.9% | 6,108 | 468 | 23.9% |
| With health insurance coverage | 14,551 | 787 | 39.8% | 5,793 | 467 | 22.6% |
| No health insurance coverage | 1,108 | 597 | 3.0% | 315 | 301 | 1.2% |
| 18 to 64 years: | 19,748 | 662 | 54.0% | 16,288 | 574 | 63.7% |
| With health insurance coverage | 11,100 | 1,080 | 30.4% | 13,968 | 690 | 54.6% |
| No health insurance coverage | 8,648 | 1,044 | 23.7% | 2,320 | 556 | 9.1% |
| 65 years and over: | 1,132 | 337 | 3.1% | 3,193 | 228 | 12.5% |
| With health insurance coverage | 771 | 360 | 2.1% | 3,193 | 228 | 12.5% |
| No health insurance coverage | 361 | 289 | 1.0% | 0 | 113 | 0.0% |

Source: U.S. Census Bureau, 2011-2013 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

## Lack of Health Insurance Coverage by Age

## Pasco city, Washington



Source:   C27001: HEALTH INSURANCE COVERAGE STATUS BY AGE
Data Set: 2011-2013 American Community Survey 3-Year Estimates

# Exhibit C-1



Pasco -- 7 Districts
Water Area
Highway
District
1
2
3
4
5
6
7
0 .4 .8 1.2
Miles
Plaintiff's Remedial Plan
1
2
3
4
5
6
7
HILLCREST DR
PHEASANT RUN
RICKY RD
QUAIL RUN RD
IRIS LN
DESERET DR
KAU TRL
QUAIL RD
ROBERTA RD
MELODY LN
N RD 44
KOHLER RD
RD 116
DENT
NORFOLK DR
EDELMAN RD
MIA LN
MIDLAND LN
RD 92
RD 90
STUTZ DR
CORD DR
CHEHALIS LN
ENTIAT CT
POWERLINE RD
N RD 68
THREE RIVERS DR
N RD 58
N RD 56
CURLEW LN
RD 52
PORTO LN
SANDIFUR PKY
E FOSTER WELLS RD
N RAILROAD AVE
N GLADE RD
FOSTER WELLS RD
INDUSTRIAL WAY
US HWY 395
RAILROAD AVE
4TH AVE
CAPITOL AVE
HARRIS RD
SAVARY DR
SATURNA DR
QUADRA DR
LATIMER CT
I 182
SHORELINE CT
RUTH DR
CANDLESTICK DR
LUCENA DR
MONTEREY DR
BURDEN BLVD
ADOBE DR
SEDONA DR
HORIZON DR
HOMERUN RD
SALEM DR
SAHARA DR
SONORA DR
MOJAVE DR
INDIAN RIDGE DR
RD 36
ROCKWELL AVE
FAIRCHILD ST
JASON AVE
KING ST
BAKER ST
STEARMAN AVE
CRESCENT RD
CORONADO ST
PRAIRIE LN
SUNSET TRL
CAMPOLINA LN
RD 106
WILLOW WAY
COURT ST
CHAPEL HILL BLVD
WOODBINE DR
BELL ST
ARGENT ST
RD 61
RD 64
W DRADIE ST
RD 44
ARGENT PL
YARNEY LN
ARGENT RD
SUN WILLOWS BLVD
N RD 96
FRANKLIN RD
RD 76
W LIVINGSTON RD
RICHARDSON RD
MELVILLE RD
WERNETT RD
W ELLA ST
W JAY ST
20TH AVE
N 18TH AVE
EMPIRE DR
N 4TH AVE
RAINIER AVE
N OREGON ST
US HWY 12
SHEPPERD ST
DIETRICH RD
CHIWANA DR
RD 88
RD 84
RD 80
RD 72
RD 68
RD 67
RD 60
W LEOLA ST
PEARL ST
AGATE ST
N 37TH PL
W AGATE ST
N 23RD AVE
N 12TH AVE
N 10TH AVE
N 6TH AVE
N 1ST AVE
N 3RD AVE
N CEDAR AVE
E LEWIS ST
COMMERCIAL AVE
SUNSET LN
RD 77
ZINNIA CT
IVY LN
CHRISTOPHER LN
RD 62
RD 59
RD 56
RD 54
MARIE ST
HENRY ST
RD 40
W MARIE ST
D ST
BROWN ST
W HENRY ST
E BROADWAY ST
E ADELIA ST
NIXON ST
PARK ST
RD 34
N RD 32
RD 28
N RD 26
24TH AVE
W NIXON ST
W SHOSHONE ST
E LEWIS PL
SYLVESTER ST
RD 49
RIVERHAVEN ST
W YAKIMA ST
W HOPKINS ST
S FRONT AVE
S WEHE AVE
BEECH AVE
S SYCAMORE AVE
CEDAR AVE
ANACONDA AVE
TIERRA VIDA LN
US RT 395 S
ATOM DR
S 25TH AVE
W LEWIS ST
W LENA ST
S 13TH LN
W A ST
S 5TH AVE
S 1ST AVE
A ST
E B CIR
W WASHINGTON ST
S MAITLAND AVE
S 10TH AVE
S RD 40 E
3RD ST
7TH ST
E WAREHOUSE ST
E DOCK ST
SE RD 33
E COMMERCE ST
SACAJAWEA PARK RD
182
395
12
240
397

Exhibit C-2



Pasco -- 7 Districts
Water Area
Highway
Current 5 Districts
July 2015 annexation
District
1
2
3
4
5
6
7
0 .4 .8 1.2
Miles
Plaintiff's Remedial Plan
HILLCREST DR
PHEASANT RUN
RICKY RD
QUAIL RUN RD
IRIS LN
DESERET DR
QUAIL RD
ROBERTA RD
MELODY LN
KAU TRL
KOHLER RD
RD 116
DENT
NORFOLK DR
EDELMAN RD
POWERLINE RD
E FOSTER WELLS RD
STUTZ DR
THREE RIVERS DR
CORD DR
SANDIFUR PKY
SAVARY DR
RUTH DR
MONTEREY DR
LOPEZ DR
CANDLESTICK DR
LUCENA DR
BOGUMILL DR
BURDEN BLVD
HARRIS RD
CRESCENT RD
SHORELINE CT
MALTESE DR
HOMERUN RD
SALEM DR
SAHARA DR
SONORA DR
MOJAVE DR
INDIAN RIDGE DR
ROCKWELL AVE
FAIRCHILD ST
SUNSET TRL
CHAPEL HILL BLVD
WOODBINE DR
COLBY CT
BELL ST
ARGENT ST
ARGENT PL
ARGENT RD
BAKER ST
W DRADIE ST
W LIVINGSTON RD
RICHARDSON RD
WERNETT RD
FRANKLIN RD
MELVILLE RD
W LEOLA ST
W ELLA ST
PEARL ST
AGATE ST
W AGATE ST
SUN WILLOWS BLVD
US HWY 12
SHEPPERD ST
MARIE ST
W MARIE ST
HENRY ST
BROWN ST
W HENRY ST
NIXON ST
PARK ST
W SHOSHONE ST
W YAKIMA ST
E LEWIS PL
SYLVESTER ST
RIVERHAVEN ST
W LEWIS ST
W LENA ST
A ST
TIERRA VIDA LN
E B CIR
W WASHINGTON ST
S 10TH AVE
E WAREHOUSE ST
E DOCK ST
E COMMERCE ST
SACAJAWEA PARK RD
CHIWANA DR
SUNSET LN
COURT ST
WILLOW WAY
182
395
12
240
397
1
2
3
4
5
6
7

Exhibit C-3

# Population Summary Report

**Pasco City Council  --Plaintiff's Remedial Plan -- 7 districts**

| District | Population | Deviation | % Deviation | Latino | % Latino | NH White | % NH White | % Latino of all citizens |
|---|---|---|---|---|---|---|---|---|
| 1 | 8724 | -198 | -2.22% | 7292 | 83.59% | 1074 | 12.31% | 74.86% |
| 2 | 8865 | -57 | -0.64% | 7289 | 82.22% | 1214 | 13.69% | 72.78% |
| 3 | 8587 | -335 | -3.75% | 7161 | 83.39% | 1195 | 13.92% | 69.99% |
| 4 | 9026 | 104 | 1.17% | 2495 | 27.64% | 5936 | 65.77% | 30.88% |
| 5 | 8980 | 58 | 0.65% | 4697 | 52.31% | 3816 | 42.49% | 46.11% |
| 6 | 9102 | 180 | 2.02% | 2175 | 23.90% | 6291 | 69.12% | 19.85% |
| 7 | 9168 | 246 | 2.76% | 2626 | 28.64% | 5731 | 62.51% | 31.05% |
| **Total** | **62452** | | | **33735** | **54.02%** | **25257** | **40.44%** | **45.02%** |

**Ideal district size = 8,922**

**Total Deviation**                6.51%

| District | 18+_Pop | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White | | % Latino CVAP | % Latino of Registered Voters |
|---|---|---|---|---|---|---|---|---|
| 1 | 5165 | 4062 | 78.64% | 859 | 16.63% | | 54.78% | 65.76% |
| 2 | 5596 | 4301 | 76.86% | 1013 | 18.10% | | 56.29% | 65.33% |
| 3 | 5187 | 4031 | 77.71% | 995 | 19.18% | | 54.08% | 61.73% |
| 4 | 6090 | 1403 | 23.04% | 4318 | 70.90% | | 27.37% | 19.25% |
| 5 | 6108 | 2661 | 43.57% | 3091 | 50.61% | | 28.98% | 27.25% |
| 6 | 6365 | 1242 | 19.51% | 4703 | 73.89% | | 14.24% | 15.45% |
| 7 | 6047 | 1483 | 24.52% | 4043 | 66.86% | | 24.04% | 20.36% |
| **Total** | **40558** | **19183** | **47.30%** | **19022** | **46.90%** | | **32.02%** | **29.81%** |

Note:

(1)% LCVAP  calculated by disaggregating 2010-2014 ACS block group estimates for 18+ citizen Hispanics and Non-Hispanics to 2010 census blocks.
(3) Surname match of registered voters as of Nov. 30, 2015

Exhibit C-4



Pasco -- 7 Districts
Water Area
Voting_Precincts
District
1
2
3
4
5
6
7

0    .4    .8    1.2
Miles
Plaintiff's Remedial Plan

1

## <u>CERTIFICATE OF SERVICE</u>

2  I hereby certify that on October 15, 2016, I caused the foregoing document to be:

3  ☒    electronically filed with the Clerk of the Court using the CM/ECF system
        which will send notification of such filing to the following:

4

5  Emily Chiang              echiang@aclu-wa.org
   Brendan V. Monahan        brendan.monahan@stokeslaw.com
   Cristin Kent Aragon       caragon@yarmuth.com
6  Gregory Landis            glandis@yarmuth.com
   Leland Barrett Kerr       lkerr@kerrlawgroup.net
7  John A. Safarli           jsafarli@floyd-ringer.com

8                                    /s/La Rond Baker

9                                    La Rond Baker, WSBA No. 43610
                                     lbaker@aclu-wa.org
10                                   AMERICAN CIVIL LIBERTIES UNION
                                     OF WASHINGTON FOUNDATION
11                                   901 Fifth Avenue, Suite 630
                                     Seattle, Washington 98164
12                                   Telephone: (206) 624-2184

13

14

15

16

17

18

19

20

21

22

23

24

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

CERTIFICATE OF SERVICE - 1