HON. LONNY R. SUKO

Leland B. Kerr, WSBA No. 6059
lkerr@kerrlawgroup.net
KERR LAW GROUP
7025 W. Grandridge Blvd., Ste. A
Kennewick, WA 99336
(509) 735-1542

John A. Safarli, WSBA No. 44056
jsafarli@floyd-ringer.com
Casey M. Bruner, WSBA No. 50168
cbruner@floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 W. Thomas Street, Ste. 500
Seattle, WA 98119
(206) 441-4455

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERTHA ARANDA GLATT<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PASCO, *et al.*,<br><br>Defendants. | No. 4:16-CV-05108-LRS<br><br>DECLARATION OF JOHN A. SAFARLI IN SUPPORT OF CITY'S MOTION FOR ENTRY OF PROPOSED REMEDIAL PLAN AND FINAL INJUNCTION |

DECLARATION OF JOHN A. SAFARLI IN SUPPORT OF CITY'S MOTION FOR ENTRY OF PROPOSED REMEDIAL PLAN AND FINAL INJUNCTION

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

I, John A. Safarli, hereby declare:

1. I am one of the attorneys representing Defendants in the above-captioned matter. I am over the age of 18 and am competent to testify.

2. On September 15, 2016, representatives from both parties met to discuss potential proposals. Plaintiff's representatives made clear that they would oppose anything other than a plan with seven single-member districts.

3. Attached as Exhibit 1 to my declaration is a true and correct copy of the current City Council map.

4. Attached as Exhibit 2 to my declaration is a true and correct copy of Ordinance No. 4209, which adopted the district boundaries and created two majority-minority districts.

5. Attached as Exhibit 3 to my declaration is a true and correct copy of the modifications to the City Council boundaries made on July 1, 2015.

6. Attached as Exhibit 4 to my declaration is correspondence between the City and the Franklin County Auditor.

7. Attached as Exhibit 5 to my declaration is a true and correct copy of Ordinance No. 4218.

8. Attached as Exhibit 6 to my declaration is a true and correct copy of the election results from the August 4, 2015 primary for Position 1 (District 1).

DECLARATION OF JOHN A. SAFARLI IN SUPPORT OF CITY'S MOTION FOR ENTRY OF PROPOSED REMEDIAL PLAN AND FINAL INJUNCTION - 1

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484

9. Attached as Exhibit 7 to my declaration is a true and correct copy of the election results from the November 3, 2015 general election for Position 1 (District 1), highlighted to show the precincts located in District 1.

10. Attached as Exhibit 8 to my declaration is a true and correct copy of the election results from the November 8, 2005 general election, highlighted to show the results of election for Position 7.

11. Attached as Exhibit 9 to my declaration is a true and correct copy of a portion of the minutes from the City Council's September 19, 2016 meeting.

12. Attached as Exhibit 10 to my declaration is a true and correct copy of Ordinance No. 4315 and accompanying documents showing the proposal approved by the City for submission to this Court.

13. Attached as Exhibit 11 to my declaration is an illustrative chart summarizing the current staggered election system and the two methods of implementing the City's proposed remedial plan.

14. Attached as Exhibit 12 to my declaration is a true and correct copy of the election results from the November 3, 2015 general election for Position 6 (at-large), highlighted to show the precincts located in District 1.

15. Attached as Exhibit 13 to my declaration is the Expert Report of Peter Morrison, the City's demographer.

DECLARATION OF JOHN A. SAFARLI IN SUPPORT OF CITY'S MOTION FOR ENTRY OF PROPOSED REMEDIAL PLAN AND FINAL INJUNCTION - 2

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA  98119
TEL 206 441-4455
FAX 206 441-8484

1 | I declare under penalty of perjury that the foregoing is true and correct.

2

3 |     Executed on October 15, 2016.

4 |     <u>s/ John A. Safarli</u>
    John A. Safarli, WSBA No. 44056

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF JOHN A. SAFARLI IN SUPPORT OF CITY'S MOTION FOR ENTRY OF PROPOSED REMEDIAL PLAN AND FINAL INJUNCTION - 3

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Emily Chiang | echiang@aclu-wa.org, ewixler@aclu-wa.org |
| La Rond Baker | lbaker@aclu-wa.org, ewixler@aclu-wa.org |
| Breanne Schuster | bschuster@aclu-wa.org, breanne.schuster@gmail.com |
| Brendan V. Monahan | bvm@stokeslaw.com, debbie.wilson@stokeslaw.com, lori.busby@stokeslaw.com, stephanie.salinas@stokeslaw.com |
| Leland B. Kerr | lkerr@kerrlawgroup.net, kdebevec@kerrlawgroup.net |
| Cristin J Aragon | caragon@yarmuth.com |
| Gregory P Landis | glandis@yarmuth.com, vskoulis@yarmuth.com |

By:  s/ John Safarli
John A. Safarli, WSBA No. 44056
jsafarli@floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 W. Thomas Street, Ste. 500
Seattle, WA 98119
(206) 441-4455

DECLARATION OF JOHN A. SAFARLI IN SUPPORT OF CITY'S MOTION FOR ENTRY OF PROPOSED REMEDIAL PLAN AND FINAL INJUNCTION - 4

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484