**Exhibit 2**

Declaration of John A. Safarli in Support of City's Motion for Entry of Proposed Remedial Plan and Final Injunction

*Glatt v. City of Pasco, et al.*

No. 4:16-CV-05108-LRS

ORDINANCE NO. 4209

AN ORDINANCE of the City of Pasco, Washington amending Chapter 1.10 of the Pasco Municipal Code regarding Voting Districts.

WHEREAS, state law requires that each voting district shall be as nearly equal in population as possible to each and every other voting district within the City; and further by Ordinance, the City Council is required to re-establish district boundaries whenever the population of any district exceeds by ten percent or more the population of any other district; provided that no change to the boundaries of any district shall be made within ninety days prior to the date of a general municipal election, nor within twelve months after the districts have been established or altered; and

WHEREAS, the City has experienced an increase in and redistribution of population since the voting districts were last established, having occurred more than twelve months prior; and

WHEREAS, the City Council, over the course of multiple public workshop meetings, has considered the demographic makeup of the community with the goal of providing for equal voting opportunity for all citizens, including the City's sizeable Latino population; and,

WHEREAS, two public hearings, after due notice, were held by the City Council on January 26 and February 23, 2015 to receive and consider public comment on the alternative district plans; and

WHEREAS, the City Council, after due and deliberate consideration, has determined the preferred plan, pursuant to RCW 29.70.100, for amending said voting districts, **NOW, THEREFORE,**

THE CITY COUNCIL OF THE CITY OF PASCO, WASHINGTON, DOES ORDAIN AS FOLLOWS:

**Section 1.** That Section 1.10.030 entitled "District Two" of the Pasco Municipal Code, shall be and hereby is amended and shall read as follows:

**1.10.030 DISTRICT TWO.** Voting district two shall encompass the area within the City of Pasco comprised of precinct numbers five, six, seven, nine, ten, , twelve, sixteen*, less that portion which is located north of Court Street and west of 24th Avenue, seventeen, and eighteen, (5, 6, 7, 9, 10, 12, 16*, 17 and 18,) as those precincts are described on the maps and property descriptions on file with the Auditor of Franklin County.

**Section 2.** That Section 1.10.040 entitled "District Three" of the Pasco Municipal Code, shall be and hereby is amended and shall read as follows:

**1.10.040 DISTRICT THREE.** Voting district three shall encompass the area within the City of Pasco comprised of precinct numbers, eight, eleven, fourteen, fifteen, sixteen* (that portion which is located north of Court Street and west of 24th Avenue) twenty-two, twenty-

Exhibit 2, Page 001

three, twenty-four, thirty-two, thirty-three, thirty-four, thirty-five thirty-eight, forty-two and forty-four (8, 11,14, 15, 16*, 22, 23, 24, 32, 33, 34, 35, 38, 42 and 44) as those precincts are described on the maps and property descriptions on file with the Auditor of Franklin County.

Section 3. That Section 1.10.050 entitled "District Four" of the Pasco Municipal Code, shall be and hereby is amended and shall read as follows:

**1.10.050 DISTRICT FOUR.** Voting district four shall encompass the area within the City of Pasco comprised of precinct numbers thirty-seven, thirty-nine, forty, forty-three, forty-five, forty-six, forty-seven, fifty, fifty-one fifty-five, and that portion of sixty-four* which is located within the City (north of Argent Road), (37, 39, 40, , 43, , 45, 46, 47, 50, 51, 55, and 64*) as those precincts are described on the maps and property descriptions on file with the Auditor of Franklin County.

Section 4. That Section 1.10.060 entitled "District Five" of the Pasco Municipal Code, shall be and hereby is amended and shall read as follows:

**1.10.060 DISTRICT FIVE.** Voting district five shall encompass the area within the City of Pasco comprised of precinct numbers nineteen, twenty, twenty-one, twenty-five, twenty-six, twenty-seven, twenty-eight, twenty-nine, thirty, thirty-one, thirty-six, forty-one, forty-eight, forty-nine, fifty-two, fifty-three, fifty-four, fifty-six, fifty-seven, fifty-eight, fifty-nine, sixty, sixty-two and sixty-three (19, 20, 21, 25, 26, 27, 28, 29, 30, 31, 36, 41, 48, 49, 52, 53, 54, 56, 57, 58, 59, 60, 62 and 63) as those precincts are described on the maps and property descriptions on file with the Auditor of Franklin County.

Section 5. This Ordinance shall take full force and effect five days after its approval, passage and publication as required by law.

**PASSED** by the City Council of the City of Pasco, Washington, and approved as provided by law this 2nd day of March, 2015.

_____
Matt Watkins, Mayor

ATTEST:                                                     APPROVED AS TO FORM:

_____                                   _____
Debra Clark, City Clerk                                     Leland B. Kerr, City Attorney



City of Pasco Council Districts

Option 3a

## Demographic Parameters of Adopted Plan

| Adopted Plan 3a | | | | | |
|---|---|---|---|---|---|
| City Council District | Total Population (2014) | Deviation From Ideal | Citizen Voting-age Population (2008-12) | | |
| | | | Total (all groups) | Hispanic | % Hispanic |
| 1 | 13,948 | 2.91% | 3,982 | 2,415 | 60.6% |
| 2 | 12,907 | -4.77% | 4,741 | 2,465 | 52.0% |
| 3 | 13,709 | 1.14% | 5,773 | 1,363 | 23.6% |
| 4 | 13,647 | 0.69% | 7,168 | 1,488 | 20.8% |
| 5 | 13,559 | 0.04% | 7,026 | 1,186 | 16.9% |
| Citywide | 67,770 | | 28,690 | 8,917 | 31.1% |
| Ideal (1/5): | 13,554 | +7.68% | | | |

Sources: State of Washington, Office of Financial Management, official April 1, 2014 population estimate. US Census Bureau, 2008-2012 American Community Survey, Tables B05003 (adjusted for annexations).