**Exhibit 6**

Declaration of John A. Safarli in Support of City's Motion for Entry of Proposed Remedial Plan and Final Injunction

*Glatt v. City of Pasco, et al.*

No. 4:16-CV-05108-LRS



Franklin County Auditor | Elections | August 4, 2015 Primary

## August 4, 2015 Primary

Last updated on 08/18/2015 1:58 PM

| City of Pasco District 1 Councilmember, District 1, Position 1 | | | | |
|---|---|---|---|---|
| Precinct | Al Yenney | Elias Bustos | Bertha Alicia Coria | Juan Bolaños |
| Total | 159 | 31 | 45 | 22 |
| Pct 001 | 70 | 3 | 14 | 7 |
| Pct 002 | 25 | 11 | 11 | 1 |
| Pct 003 | 16 | 3 | 10 | 10 |
| Pct 004 | 27 | 5 | 5 | 2 |
| Pct 013(*) | * | * | * | * |
| Pct 102(*) | * | * | * | * |

\* Precincts were consolidated to protect voter privacy.

Download CSV

« Back

© 2009 Franklin County Information Services. All Rights Reserved.