# Exhibit 7

Declaration of John A. Safarli in Support of City's Motion for Entry of Proposed Remedial Plan and Final Injunction

*Glatt v. City of Pasco, et al.*

No. 4:16-CV-05108-LRS



Franklin County Auditor | Elections | November 3, 2015 General Election

## November 3, 2015 General Election

Last updated on 11/23/2015 4:10 PM

| City of Pasco Councilmember, District 1, Position 1 | | |
|---|---|---|
| Precinct | Al Yenney | Bertha Alicia Coria |
| Total | 5114 | 1930 |
| Pct 001 | 69 | 67 |
| Pct 002 | 50 | 51 |
| Pct 003 | 21 | 29 |
| Pct 004 | 36 | 21 |
| Pct 005 | 24 | 16 |
| Pct 006 | 31 | 44 |
| Pct 007 | 51 | 26 |
| Pct 008 | 138 | 24 |
| Pct 009 | 31 | 26 |
| Pct 010 | 59 | 31 |
| Pct 011 | 49 | 21 |
| Pct 012 | 41 | 23 |
| Pct 013 | 28 | 18 |
| Pct 014 | 35 | 33 |
| Pct 015 | 42 | 25 |
| Pct 016 | 6 | 3 |
| Pct 017 | 47 | 29 |
| Pct 018 | 33 | 12 |
| Pct 019 | 99 | 31 |
| Pct 020 | 34 | 11 |
| Pct 021 | 33 | 8 |
| Pct 022 | 135 | 46 |

| Precinct | | |
|---|---:|---:|
| Pct 023 | 172 | 60 |
| Pct 024 | 67 | 19 |
| Pct 025 | 29 | 6 |
| Pct 026 | 75 | 14 |
| Pct 027 | 43 | 15 |
| Pct 028 | 41 | 21 |
| Pct 029 | 43 | 16 |
| Pct 030 | 30 | 9 |
| Pct 031 | 44 | 7 |
| Pct 032 | 194 | 74 |
| Pct 033 | 88 | 23 |
| Pct 034 | 128 | 38 |
| Pct 035 | 91 | 23 |
| Pct 036 | 159 | 43 |
| Pct 037 | 91 | 53 |
| Pct 038 | 81 | 35 |
| Pct 039 | 88 | 32 |
| Pct 040 | 91 | 43 |
| Pct 041 | 87 | 26 |
| Pct 042 | 80 | 37 |
| Pct 043 | 58 | 37 |
| Pct 044 | 66 | 57 |
| Pct 045 | 155 | 47 |
| Pct 046 | 122 | 54 |
| Pct 047 | 13 | 6 |
| Pct 048 | 115 | 39 |
| Pct 049 | 152 | 36 |
| Pct 050 | 124 | 42 |
| Pct 051 | 113 | 46 |
| Pct 052 | 22 | 11 |
| Pct 053 | 57 | 44 |
| Pct 054 | 52 | 23 |

| | | |
|---|---:|---:|
| Pct 055 | 160 | 62 |
| Pct 056 | 64 | 27 |
| Pct 057 | 94 | 13 |
| Pct 058 | 21 | 3 |
| Pct 059 | 179 | 33 |
| Pct 060 | 75 | 10 |
| Pct 062 | 213 | 45 |
| Pct 063 | 121 | 34 |
| Pct 065 | 13 | 8 |
| Pct 066 | 169 | 27 |
| Pct 067(*) | * | * |
| Pct 102(*) | * | * |

\* Precincts were consolidated to protect voter privacy.

Download CSV

« Back

© 2009 Franklin County Information Services. All Rights Reserved.