**Exhibit 8**

Declaration of John A. Safarli in Support of City's Motion for Entry of Proposed Remedial Plan and Final Injunction

*Glatt v. City of Pasco, et al.*

No. 4:16-CV-05108-LRS

```
TeamWork Version 6.1 . Serial Number 1118

General Election-Franklin County, Pasco, WA                    Page   4
November 8, 2005                        Printed on 11/29/99 at 01:12 pm
** Final Report **                              05 dgk
Number   7.
====================================|========================================
CITY PASCO                  34/  34 |CITY OF KAHLOTUS                 1/   1
COUNCIL MEMBER DIST 2         100.0 |COUNCIL MEMBER @LARGE P4       100.0
------------------------------------|----------------------------------------
MIKE GARRISON       NP    4395 60.6 |RON E HOPKINS       NP        34  72.3
FRED NIMMO          NP    1910 26.4 | Writein Votes                 0   0.0
  Writein Votes             51  0.7 | Blank Votes                  13  27.7
  Blank Votes              883 12.2 | Over Votes                    0   0.0
  Over Votes                 9  0.1 |========================================
====================================|CITY OF KAHLOTUS                 1/   1
CITY OF PASCO               34/  34 |COUNCIL MEMBER @LARGE P5       100.0
COUNCIL MEMBER DIST 3         100.0 |----------------------------------------
------------------------------------|CAROL L WILLIAMS    NP        41  87.2
ROBERT HOFFMANN     NP    5055 69.7 | Writein Votes                 0   0.0
  Writein Votes            144  2.0 | Blank Votes                   6  12.8
  Blank Votes             2045 28.2 | Over Votes                    0   0.0
  Over Votes                 4  0.1 |========================================
====================================|CITY OF KAHLOTUS                 1/   1
CITY OF PASCO               34/  34 |COUNCIL MEMBER @LARGE P6       100.0
COUNCIL MEMBER  DIST 4        100.0 |----------------------------------------
------------------------------------|JERRY BECKNER       NP        39  83.0
JOYCE OLSON         NP    3190 44.0 | Writein Votes                 0   0.0
EILEEN CRAWFORD     NP    3188 44.0 | Blank Votes                   8  17.0
  Writein Votes             37  0.5 | Over Votes                    0   0.0
  Blank Votes              827 11.4 |========================================
  Over Votes                 6  0.1 |CITY OF MESA                     1/   1
====================================|MAYOR @LARGE POSITION 6        100.0
CITY OF PASCO               34/  34 |----------------------------------------
COUNCIL MEMBER @LARGE P7      100.0 |PATTI BAILIE       NP         47  83.9
------------------------------------| Writein Votes                 1   1.8
TOM LARSEN          NP    3284 45.3 | Blank Votes                   8  14.3
JOE CRUZ            NP    3231 44.6 | Over Votes                    0   0.0
  Writein Votes             42  0.6 |========================================
  Blank Votes              686  9.5 |TOTAL REGISTRATION
  Over Votes                 5  0.1 |AND TURNOUT
====================================|----------------------------------------
CITY OF KAHLOTUS             1/   1 |REGISTRATION                  19916
COUNCIL MEMBER @LARGE P2      100.0 |
------------------------------------|PRECINCT TURNOUT              11945  60.0
DON WATT            NP      33 70.2 |
  Writein Votes              3  6.4 |ABSENTEE TURNOUT                       0.0
  Blank Votes               11 23.4 |
  Over Votes                 0  0.0 |TOTAL TURNOUT                 11945  60.0
====================================|========================================
CITY OF KAHLOTUS             1/   1 |
COUNCIL MEMBER @LARGE P3      100.0 |
------------------------------------|
WILLIAM HARDER JR   NP      41 87.2 |
  Writein Votes              0  0.0 |
  Blank Votes                6 12.8 |
  Over Votes                 0  0.0 |
====================================|
```

Exhibit 8, Page 001