**Exhibit 9**

Declaration of John A. Safarli in Support of City's Motion for Entry of Proposed Remedial Plan and Final Injunction

*Glatt v. City of Pasco, et al.*

No. 4:16-CV-05108-LRS

| | MINUTES | |
|---|---|---|
| REGULAR MEETING | PASCO CITY COUNCIL | SEPTEMBER 19, 2016 |

**MOTION:** Ms. Francik moved to direct staff to prepare for submission of a 6-1 voting system for City Council elections to the Federal Court. Mr. Hoffmann seconded. Motion carried by the following Roll Call vote: Yes - Watkins, Francik, Hoffmann, Larsen, Martinez. No - Yenney.

Mr. Strebel noted a public hearing on potential district boundaries is scheduled for October 3rd, with Council adopting district boundaries on October 10th.

He also noted applications for the District 4 vacancy are due September 30th, with interviews and an appointment to be made no later than October 24th.

**ADJOURNMENT:**

There being no further business, the meeting was adjourned at 7:42 p.m.

**APPROVED:**                    **ATTEST:**

_____      _____
Matt Watkins, Mayor                        Debra Clark, City Clerk

PASSED and APPROVED this 3rd day of October, 2016