**Exhibit 11**

Declaration of John A. Safarli in Support of City's Motion for Entry of Proposed Remedial Plan and Final Injunction

*Glatt v. City of Pasco, et al.*

No. 4:16-CV-05108-LRS

## Current Election System

| Position in Current Election System | Current Incumbent | Term Expiration |
|---|---|---|
| Position 1 (District 1) **Majority-minority** | Al Yenney | 2019 |
| Position 2 (District 2) **Majority-minority** | Bob Hoffman | 2017 |
| Position 3 (District 3) | Saul Martinez | 2017 |
| Position 4 (District 4) | *Vacant (will be filled by appointment)* | 2017 |
| Position 5 (District 5) | Rebecca Francik | 2019 |
| Position 6 (at-large) | Matt Watkins | 2019 |
| Position 7 (at-large) | Tom Larsen | 2017 |

## Implementing City's Proposal with Staggered Elections

| Position in the City's Proposed Remedial Plan | Current Incumbent Who Would Reside in Position | Term Expiration |
|---|---|---|
| Position 1 (District 1) **Majority-minority** | *No incumbent* | 2017 |
| Position 2 (District 2) **Majority-minority** | Al Yenney | 2019 |
| Position 3 (District 3) | Saul Martinez | 2017 |
| Position 4 (District 4) | *Individual appointed to fill vacancy* | 2017 |
| Position 5 (District 5) | Tom Larsen / Rebecca Francik | 2019 |
| Position 6 (District 6) **Majority minority** | Bob Hoffman | 2017 |
| Position 7 (at-large) | Matt Watkins | 2019 |

### Implementing City's Proposal with New Elections in 2017

| Position in the City's Proposed Remedial Plan | Current Incumbent Who Would Reside in Position | Duration of Term Elected in 2017 |
|---|---|---|
| Position 1 (District 1) **Majority-minority** | *No incumbent* | Four year |
| Position 2 (District 2) **Majority-minority** | Al Yenney | Two year (with four year terms thereafter) |
| Position 3 (District 3) | Saul Martinez | Four year |
| Position 4 (District 4) | *Individual appointed to fill vacancy* | Four year |
| Position 5 (District 5) | Tom Larsen / Rebecca Francik | Two year (with four year terms thereafter) |
| Position 6 (District 6) **Majority minority** | Bob Hoffman | Four year |
| Position 7 (at-large) | Matt Watkins | Two year (with four year terms thereafter) |

Exhibit 11, Page 002