# Exhibit 12

Declaration of John A. Safarli in Support of City's Motion for Entry of Proposed Remedial Plan and Final Injunction

*Glatt v. City of Pasco, et al.*

No. 4:16-CV-05108-LRS



Franklin County Auditor | Elections | November 3, 2015 General Election

## November 3, 2015 General Election

Last updated on 11/23/2015 4:10 PM

| City of Pasco Councilmember, At Large, Position 6 | | |
|---|---|---|
| Precinct | Matt Watkins | Bertha Aranda Glatt |
| Total | 4615 | 2400 |
| Pct 001 | 66 | 70 |
| Pct 002 | 48 | 51 |
| Pct 003 | 23 | 28 |
| Pct 004 | 29 | 30 |
| Pct 005 | 24 | 17 |
| Pct 006 | 31 | 44 |
| Pct 007 | 36 | 39 |
| Pct 008 | 121 | 44 |
| Pct 009 | 30 | 27 |
| Pct 010 | 59 | 33 |
| Pct 011 | 53 | 16 |
| Pct 012 | 32 | 34 |
| Pct 013 | 20 | 26 |
| Pct 014 | 36 | 33 |
| Pct 015 | 46 | 21 |
| Pct 016 | 4 | 5 |
| Pct 017 | 37 | 37 |
| Pct 018 | 31 | 14 |
| Pct 019 | 92 | 39 |
| Pct 020 | 33 | 11 |
| Pct 021 | 21 | 17 |
| Pct 022 | 132 | 48 |

| | | |
|---|---:|---:|
| Pct 023 | 152 | 72 |
| Pct 024 | 61 | 28 |
| Pct 025 | 25 | 6 |
| Pct 026 | 54 | 37 |
| Pct 027 | 35 | 20 |
| Pct 028 | 37 | 26 |
| Pct 029 | 44 | 18 |
| Pct 030 | 29 | 10 |
| Pct 031 | 35 | 15 |
| Pct 032 | 197 | 74 |
| Pct 033 | 68 | 42 |
| Pct 034 | 112 | 59 |
| Pct 035 | 93 | 26 |
| Pct 036 | 135 | 66 |
| Pct 037 | 88 | 50 |
| Pct 038 | 73 | 43 |
| Pct 039 | 81 | 35 |
| Pct 040 | 82 | 51 |
| Pct 041 | 79 | 31 |
| Pct 042 | 71 | 52 |
| Pct 043 | 57 | 35 |
| Pct 044 | 63 | 62 |
| Pct 045 | 139 | 61 |
| Pct 046 | 101 | 74 |
| Pct 047 | 11 | 7 |
| Pct 048 | 102 | 56 |
| Pct 049 | 137 | 50 |
| Pct 050 | 97 | 62 |
| Pct 051 | 105 | 57 |
| Pct 052 | 19 | 16 |
| Pct 053 | 65 | 36 |
| Pct 054 | 45 | 29 |

Exhibit 12, Page 002

| | | |
|---|---:|---:|
| Pct 055 | 160 | 57 |
| Pct 056 | 70 | 17 |
| Pct 057 | 87 | 20 |
| Pct 058 | 12 | 8 |
| Pct 059 | 164 | 48 |
| Pct 060 | 71 | 15 |
| Pct 062 | 188 | 73 |
| Pct 063 | 110 | 42 |
| Pct 065 | 13 | 9 |
| Pct 066 | 130 | 60 |
| Pct 067(*) | * | * |
| Pct 102(*) | * | * |

\* Precincts were consolidated to protect voter privacy.

Download CSV

« Back

© 2009 Franklin County Information Services. All Rights Reserved.