**Exhibit 13**


Declaration of John A. Safarli in Support of City's Motion for Entry of Proposed
Remedial Plan and Final Injunction


*Glatt v. City of Pasco, et al.*

No. 4:16-CV-05108-LRS

## EXPERT REPORT OF PETER A. MORRISON, Ph.D.

*Glatt v. City of Pasco, et al.*
No. 4:16-CV-05108-LRS

1.  I am an applied demographer and am retired from The RAND Corporation, where I was Senior Demographer and the founding director of RAND's Population Research Center.  I have provided testimony in litigation pertaining to the Voting Rights Act and districting plans and have constructed and/or evaluated numerous proposed local redistricting plans.  I have made invited presentations on demographic aspects of redistricting to members and/or staff of the U. S. House of Representatives Subcommittee on the Census, the County Counsels' Association of California, the League of California Cities, the National League of Cities, and the Population Association of America.  I have served on the U.S. Census Bureau Advisory Committee on Population Statistics, 1989-1995; and as an invited participant on the Bureau's Working Group on 2010 Race and Ethnicity.  I have been elected as President of the Southern Demographic Association and to the Board of Directors of the Population Association of America, which are the two leading associations of professional demographers; and have taught students at the RAND Graduate School.

2.  Details of my academic background, including all publications in the last ten years and work as an expert, including all cases in which I have testified by deposition or at trial in the last four years, are furnished in the attached vita (Appendix A).

3.  The City of Pasco, Washington has retained me as an expert to develop alternative potential redistricting plans it might adopt in order to afford the City's Latino voters an equal opportunity to elect representatives of their choice.  My evaluation relies on official sources of demographic and electoral data from, respectively, the U.S. Census Bureau and the Franklin County Elections Department.  I reserve the right to revise and supplement my opinion, to the extent additional or different information is provided.

## OVERVIEW OF CITY'S PROPOSAL

4.  I have developed the "6-1" redistricting plan which the Pasco City Council has approved.  In this plan, six of City's council members would be elected by the voters in each of the City's six single-member districts; a seventh council member would be elected at-large.  The plan includes all the territory within Pasco's city limits as of mid-2016 and is balanced on the total population of that 2016 territory as enumerated on the latest official decennial census of 2010.  Based on my visual

inspection, the City's 2016 boundaries appear to be closely coextensive with the boundaries of the Pasco School District, which has a 71% Latino student body.[1]

5. This plan features three majority-minority districts—that is, districts in which Latinos constitute the majority of all of that district's eligible voters (the citizen voting-age population). This plan also features one council seat that would be elected at-large by all the City's eligible voters, among whom Latinos constitute 38.5% of the citizen voting-age population as of 2015.[2] I estimate that this citywide Latino share of eligible voters will reach 43% by 2021, when the City may next consider adjusting its election district boundaries based on the 2020 decennial census.

6. The details of the plan are shown in Table 1 below. For the City of Pasco as of 2016, District 1 has a population of 3,148 eligible voters, of whom 54.0% are Latino. District 2 has a population of 3,488 eligible voters, of whom 52.3% are Latino. District 6 has a population of 3,998 eligible voters, of whom 56.0% are Latino. These estimates are based on a 2010-2014 5-year American Community Survey ("ACS") estimate. This estimate is a rolling average of survey data collected over 5 years from 2010 to 2014. Table 1 below shows that the Latino citywide eligible voter population is 31.9%, which is also based on the 2010-2014 5-year ACS estimate. However, the recently-released 2015 1-year ACS estimate shows that Latinos are 38.5% of the citywide population of eligible voters. The plan's total population balance (Total Deviation from Ideal) is +9.55%, which falls within the acceptable range.

7. The plan balances several traditional redistricting criteria. First, its districts are compact and contiguous. Second, district boundaries align with the boundaries of virtually all the City's existing precincts. Third, boundaries respect incumbents' residential locations, although two Council members would reside in a single district (District 5).

8. The plan affords Latinos the opportunity to elect their favored candidates of choice in each of three districts (Districts 1, 2, and 6). I base that statement, first, on the fact that Latinos are well over 50% of the residents in each district who are eligible to vote, based on data centered on 2012. Second, for these three districts as a whole, I estimate that Latinos' constituted approximately 58% of all registered voters as of the November 2014 general election. (My estimates are based on data I had readily accessible for the November 2014 general election.) Such evidence assures me that in forthcoming elections, Latinos in Districts 1, 2, and 6 now have the ability to elect their favored candidate of choice by district in three of the City's six districts.

---

[1] Source: http://www.psd1.org/domain/4 .

[2] This 38.5% Latino share of the city's citizen voting-age population was derived from the 2015 one-year American Community Survey (Tables B05003 and B05003I), accessible at www.census.gov .

9.  For the entire City, newly-released 2015 one-year American Community Survey data show that Latinos now constitute 38.5% of all voting-age citizens citywide.  These current 2015 data, in conjunction with my estimate that Latinos were approximately 44% of all registered voters citywide in 2014, convince me that Latinos now constitute at least two-fifths of eligible voters citywide.

## RATIONALE FOR PLAN M8

10.  In formulating the plan, my intent was to assure that (1) Latinos would now have the present *ability* to elect three favored candidate of choice by district; and (2) Latinos could realize their growing citywide electoral strength to elect a fourth--or even fifth--favored candidate of choice at large.

11.  As noted above, Latinos constitute approximately 44% of all registered voters citywide in 2014 and an estimated 38.5% of the citizen voting-age population citywide in 2015.  Together, both these percentages strongly support the conclusion that Latinos are—and can voice the interests of—two-fifths of the city's electorate.  Their current and anticipated future numbers assure Latinos across the city the increasing prospect of forming useful coalitions with non-Latino voters to elect a fourth favored candidate of choice.

## SUPPORTING RESEARCH

12.  Scholarly studies suggest that these new prospects—three "opportunity districts" plus a fourth citywide "influence" opportunity—might energize Latinos to register and turn out to vote in future elections.[3]  Competitiveness has been shown to be among the strongest correlates of voter turnout. In a competitive environment, more people see that their vote can make a difference and go to the polls.  Forming heavily Latino districts in Pasco may result in multiple viable Latinos competing for office, citywide as well as by district, thereby encouraging participation.

13.  A Latino has yet to win an open seat contest to the Pasco Council.  Extrapolating from this research, a widespread perception among Latinos that three newly-adopted single-member

---

[3] Research shows that as Blacks seek to elect the first member from their group to an office, turnout will increase (Browning et al. 1984; Preston 1987; Edds 1990; Greene 1991; Lublin and Tate 1995; Gilliam and Kaufmann 1998; Lublin and Voss 2000; Gay 2001; Vanderleeuw and Sowers 2007;  Bullock et al. 2008).  A study of Black and Latino activities in 10 California cities concludes "We may be seeing the resurgence in minority turnout predicted by analysts who said that minority voting would increase when minorities believe voting will achieve specific goals" (Browning et al. 1984, 254, also see Hamilton 1980).

districts offer Latinos refreshingly good odds of winning may encourage both Latinos and fellow minorities to turn out in record numbers.

14. Heightened competition among minority candidates can have a downside.  Multiple Hispanic candidates could split the Hispanic vote which, if a single Anglo is in the candidate pool, could result in the Anglo winning a plurality.  A majority-vote requirement, mandating that the surviving Latino faces the other candidate in a runoff, would be one way to avoid that downside.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2016

_____

Peter A. Morrison, Ph.D.

5

**Table 1**

| Plan M8 | | | | |
|---|---|---|---|---|
| **District** | **Total CVAP (2010-14)** | **Hispanic CVAP** | **Total Pop (2010)** | **% Hispanic CVAP** |
| 1 | 3,148 | 1,701 | 10,048 | **54.0%** |
| 2 | 3,488 | 1,825 | 10,009 | **52.3%** |
| 3 | 7,828 | 2,136 | 10,532 | 27.3% |
| 4 | 6,535 | 1,542 | 10,062 | 23.6% |
| 5 | 7,744 | 1,007 | 11,003 | 13.0% |
| 6 | 3,998 | 2,239 | 10,798 | **56.0%** |
| **Total** | **32,742** | **10,450** | **62,452** | 31.9% |
| *Total deviation from ideal:* | | | | 9.55% |
| Note: Equalizes 2010 population (census enumerated) within 2016 city limits. | | | | |

*Note: The CVAP and Hispanic CVAP figures are based on the 2010-2014 5-year ACS estimate.  The recently-released 2015 1-year ACS estimate shows that Latinos are now 38.5% of the citywide CAP, a nearly 7.0% increase from the 2010-2014 5-year ACS estimate.

## STUDIES CITED

Browning, Rufus P., Dale Rogers Marshall, and David H. Tabb.  1984.  *Protest is Not Enough.*  Berkeley, CA:  University of California Press.

Bullock, Charles S., III, Scott E. Buchanan and Christopher Grant.  2008.  "African-American Political Success and Participation among Blacks and Whites," presented at the Citadel Symposium on Southern Politics, Charleston, SC, March 6-7.

Edds, Margaret. 1990.  *Overcoming the Odds.*  Chapel Hill, NC:  Algonquin Books.

Gay, Claudine.  2001.  "The Effect of Black Congressional Representation on Political Participation." *American Political Science Review* 95 (September):  589-602.

Gilliam, Franklin D., Jr., and Karen Kaufmann.  1998.  "Is there an Empowerment Life Cycle?  Long-term Black Empowerment and Its Influence on Voter Participation."  *Urban Affairs Review* 33 (July): 741-766.

Greene, Melissa Fay.  1991. *Praying for Sheetrock.*  Reading, MA: Addison – Wesley.

Hamilton, Charles V.  1980.  "On Politics," in *The State of Black America.*  New York:  National Urban League.

Lublin, David Ian, and Katherine Tate.  1995. "Racial Group Competition in Urban Elections."  In Paul E. Patterson, ed., *Classifying by Race*, Princeton:  Princeton University Press.

Lublin, David, and Stephen Voss.  2000.  "Boll-Weevil Blues:  Polarized Congressional Delegations into the 21st Century."  *American Review of Politics* 21 (Winter):  427-450.

Preston, Michael B. 1987.  "The Election of Harold Washington:  An Examination of the SES Model in the 1983 Chicago Mayoral Election."  In Michael B. Preston, Lenneal J. Henderson, Jr., and Paul L. Puryear, eds., *The New Black Politics*, 2nd ed. New York:  Longman.

Vanderleeuw, James M., and Thomas E. Sowers. 2007. "Race, Roll-Off, and Racial Transition:  The Influence of Political Change and Racial Group Voter Roll-Off in Urban Elections."  *Social Science Quarterly* 88 (December):  937-952.

## <u>CASES I HAVE TESTIFIED IN SINCE AUGUST 2012</u>

1. ZORAIDA RIOS-ANDINO et al. v.  ORANGE COUNTY.  UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION.  Expert Report on behalf of Defendant.

2. JAMES FIGGS AND ROBERT JACKSON v. QUITMAN COUNTY, MS.  UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF MISSISSIPPI, GREENVILLE DIVISION.  Affidavit in Support of Defendants' Motion for Summary Judgment.

3. U.S. v. TOWNHOMES OF KINGS LAKE, HOA, INC. et al.  MIDDLE DISTRICT OF FLORIDA. DJ# 175-17M-499.  Declaration on behalf of Plaintiff U.S. Department of Justice.

4. EVENWEL v. PERRY, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.
Declaration on behalf of Plaintiffs seeking to enjoin Texas from conducting further state Senate elections under Plan S172 and asking the court to require the Texas Legislature to reapportion state senatorial voting districts in conformity with the Fourteenth Amendment.

5. EVENWEL et al. v. ABBOTT et al., UNITED STATES SUPREME COURT.
"Brief of Demographers Peter A. Morrison, et al. as *Amici Curiae* in Support of Appellants," in Evenwel et al. v. Abbott et al.

6. PAULETTE KREMMEL v. FAIRLIFE LLC, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF ILLINOIS.  Declaration on behalf of Defendants.
.

(Updated: August 21, 2016)

# PETER A. MORRISON

## CONTACT INFORMATION

E-MAIL: PETERMORRISON@ME.COM

VOICE: (508) 228-8018; CELL: (310) 266-9580

## EDUCATION

B.A., Sociology, 1962, Dartmouth College
Ph.D., Sociology, 1967, Brown University

## PROFESSIONAL EXPERIENCE

2009-present — President, Peter A. Morrison & Associates, Inc., Nantucket, MA
1969-2009 — Senior Staff Demographer and Resident Consultant, The RAND Corporation, Santa Monica, California
1979-1990 — Founding Director, Population Research Center, RAND
1967-1969 — Assistant Professor, Department of Sociology, and Research Associate, Population Studies Center, University of Pennsylvania, Philadelphia

## AREAS OF EXPERTISE

Dr. Morrison's principal expertise centers on applications of demographic analysis in tracking socioeconomic trends and envisioning their consequences for public policy and business. Domestic applications include demographic analysis for electoral redistricting; store site selection; human resource analysis; evaluating employment discrimination claims; evaluating effectiveness of school desegregation remedies; forecasting school enrollments; gauging minority representation within jury pools; and various applications of census and administrative data in monitoring local demographic contexts. International applications include business concerns with corporate strategic planning and globally emerging middle-class consumer markets; identifying and quantifying demographic precursors of expanding consumer markets; comparing and evaluating individual markets; and analyzing forthcoming demographic trends to spot potential business opportunities.

Dr. Morrison performs studies for the private sector and conducts executive briefings on these topics through his consulting firm, founded in 1984. Clients have included American Express, American Stores, Corning, Inc., Ford Motor Co., Marriott International, NBC, New Directions for News, Times Mirror, University of California, and CIBC Securities (Canada).

Exhibit 13, Page 008

Dr. Morrison has taught at The RAND Graduate School and lectures periodically before Congressional, academic, and business audiences.  He has given testimony before subcommittees of the U.S. Senate and House of Representatives and addressed meetings of the National Science Board, The Conference Board, National League of Cities, National Conference of State Legislatures, University of California Management Institute, American Bar Association, American Society of Newspaper Editors, newsroom seminars for the Casey Journalism Center, County Counsels Association of California, American College of Surgeons, National Association of Homebuilders, Missouri Legislative Forum, World Future Society, and Volunteers of America.

He has served as advisor to the Committee for Economic Development, the Congressional Research Service, and committees of the National Academy of Sciences, U.S. Census Bureau, Department of Agriculture, National Institutes of Health, California Energy Commission, California Governor's Council on Growth Management, Center for California Studies, and United Way.

## PROFESSIONAL ORGANIZATIONS/HONORS

Invited participant, U.S. Census Bureau Working Group on 2010 Race and Ethnicity

Member, L.A. Unified School District Enrollment Analysis Technical Advisory Committee

Visiting Lecturer, Helsinki School of Economics and Business Administration, summer 2001

U.S. Census Bureau Advisory Committee on Population Statistics, 1989-1995 (Chair, 1990).

Population Association of America:  Board of Directors, 1978-1980; Public Affairs Committee, 1979-1986; Chair, Nominations Committee, 1981-1982; annual Program Organizing Committee, 1995, 1998; Local Arrangements Committee, 2000; Committee on Applied Demography, 1995-1999, Chair, 1998; Development Committee, 2006-2012.

Southern Demographic Association: Board of Directors, 1999-present; Vice President, 2001; President, 2003.

Center for Spatially Integrated Social Science, UC Santa Barbara: Advisory Board, 2000-

Research Advisory Board, Committee for Economic Development, 1988-1991.

Regents' Lecturer, UCLA, Spring 1987.

Social Science Research Council's Committee on the Survey of Income and Program Participation, 1985-1988.

National Advisory Child Health and Human Development Council, National Institute of Health, 1984-1987.

Population Research Committee, National Institute of Child Health and Human Development, 1977-1979.

Committee on Behavioral and Social Aspects of Energy Consumption and Production, National Academy of Sciences, 1980-1982.

Committee on Urbanization and Population Redistribution, International Union for Scientific Study of Population, Chairman, 1976-1979.

Advisory Subcommittee for Applied Social and Behavioral Sciences, National Science Foundation, 1978-1981.

Future of Rural America Advisory Committee, FHA, 1978-1981.

Editorial Advisory Committee, *Urban Studies,* 1985-1995.

Editorial Advisory Board, *J. Australian Population Assoc., 1995-1998.*

## RECENT MEDIA APPEARANCES:

*Interviews*: CNBC; New York Times; Los Angeles Times; USA Today; Time Magazine; Seattle Times; AMA/Marketing News

*Commentary*: Washington Post; New York Times; Wall Street Journal; International Herald Tribune; Pittsburgh Post-Gazette; Los Angeles Times; Atlanta Constitution; Houston Chronicle; San Jose Mercury News; Providence Journal

## RECENT PRESENTATIONS:

- 10/22/2015:  At Nantucket Historical Association's "Food for Thought" series:
  **"Immigration on Nantucket: What You Should Know"**
  https://www.youtube.com/watch?v=u17rINVweZs  (Morrison presentation starts at minute 2:10)

- 01/08/2015: To Waterbury, CT **"Alderman by District Reapportionment Commission"** Meeting
  https://www.youtube.com/watch?v=aj6qE3JECg0&feature=youtu.be
  (Morrison presentation start at minute 23:10)

- 01/14/2015: To Waterbury, CT **"Aldermen by District Reapportionment Commission"** meeting:
  https://www.youtube.com/watch?v=98Vp4y11_sc  (Morrison presentation starts at minute 9:10)

- 12/2014: **"Investing in Nantucket's Future"**  http://vp.telvue.com/preview?id=T02542&video=223735
  (Morrison presentation starts at minute 1:30)

- 11/2013:  **"Growing Old: How Aging Populations Will Transform Our Lives and Times"**
  http://www.youtube.com/watch?v=kJvS_hhgLDk&feature=c4-overview-vl&list=PLjgJVmnztYsTqYVn_ijBhCGxA5-7DMtGw (Morrison presentation starts at minute 1:05)

-

Exhibit 13, Page 010

**SELECTED RECENT PUBLICATIONS/PAPERS/POLICY BRIEFS**

*Access abstracts of selected publications at:* www.rand.org/pubs/authors/m/morrison_peter_a.html

"From Legal Theory to Practical Application: A How-To for Performing Vote Dilution Analysis," *Social Science Quarterly* (forthcoming), coauthor.

"Projecting Future Demand for Assisted Living in the US: A Case Study," chapter in D. A. Swanson, ed., *Frontiers Applied Demography* (forthcoming 2017).
 Access at:

"We have the data to make voting fair. Let's use it." op-ed in *The Washington Post,* 10/22/2015
 Access at: http://www.washingtonpost.com/news/in-theory/wp/2015/10/22/we-have-the-data-to-make-voting-fair-lets-use-it/

Supreme Court of the United States.  "Brief of Demographers Peter A. Morrison, Thomas M. Bryan, William A. V. Clark, Jacob S. Siegel, David A. Swanson, and The Pacific Research Institute as *Amici Curiae* in Support of Appellants," in Evenwel et al. v. Abbott et al.
 Access at: http://www.scotusblog.com/wp-content/uploads/2015/08/Demographers-Amicus.pdf

"Exploring the Blizzard Babies Phenomenon," op-ed in *Providence Journal*, March 3, 2015.
 Access at: www.providencejournal.com/article/20150303/OPINION/150309836

"A Method to Forecast Hispanic Voting Strength at Local Scales," presented at Applied Demography Conference, San Antonio, Texas, January 8-10, 2014.

"Quantifying the Effect of Age Structure on Voter Registration," *Social Science Quarterly* (2014).
 Access at: http://onlinelibrary.wiley.com/doi/10.1111/ssqu.12059/abstract

"Forecasting Hispanics' Ripening Voting Strength at Local Scales," presented at 2012 Annual Meeting of Southern Demographic Association, Williamsburg, VA

"Gauging Hispanics' Effective Voting Strength in Proposed Redistricting Plans: Lessons Learned Using ACS Data," (coauthored with T. Bryan), for National Academy of Sciences Workshop on the Benefits (and Burdens) of the American Community Survey, Case Studies/Agenda Book, chap. 5 (2012).

"Chinese Workers Could Replace Mexican Immigrants," op-ed in *Houston Chronicle*, Aug. 12, 2011 (coauthored with Dudley Poston, Jr.).
 Access at: www.chron.com/opinion/outlook/article/Chinese-workers-could-replace-Mexican-immigrants-2077827.php

"Integrating Census Data to Support a Motion for Change of Venue," *Population Research & Policy Review* (coauthored with Dean Judson), 2011.
 Access at: http://paa2011.princeton.edu/papers/111043

"An Evaluation of Additive and Hierarchical Classifications of Race/Ethnicity as Measured on Census 2000," coauthor (under review).

"Using the Census Bureau's Surname List to Improve Estimates of Race/Ethnicity and Associated Disparities," *Health Services and Outcomes Research Methodology* 9(2), pp.69-83 (coauthor).  Access at: www.rand.org/pubs/external_publications/EP20090611.html

"Teaching Business Demography Using Case Studies," presented at the International Union for

Exhibit 13, Page 011

the Scientific Study of Population Seminar on Applications of Demography in Business, Sydney Australia, October 2007 (coauthor).  Appears in *Population Research & Policy Review.*

"Targeting Spatial Clusters of Elderly Consumers in the USA," presented at the International Union for the Scientific Study of Population Seminar on Applications of Demography in Business, Sydney Australia, October 2007 (coauthored with Thomas Bryan).  Appears in *Population Research & Policy Review.*

"Assessing the Need for a New Medical School: A Case Study in Applied Demography," *Population Research & Policy Review* (coauthor).

 "A New Method for Estimating Race/Ethnicity and Associated Disparities Where Administrative Records Lack Self-Reported Race/Ethnicity," coauthor, *Health Services Research Journal* 43(5), Oct. 2008.  Access at: http://www.ncbi.nlm.nih.gov/pmc/articles/PMC2653886/

"Forecasting the Supply of and Demand for Physicians in the Inland Southern California Area" (coauthor), RAND Technical Report TR524, 2007.

"Evaluating a Claim of Discriminatory Annexation Using Demographic Analysis: An Instructional Case," at 2005 annual Southern Demographic Association meetings.

"Evaluating Evidence of Discrimination in Multi-Ethnic Housing Markets," *Population Research & Policy Review,* 2008 (coauthored with William A. V. Clark).

 "Methods for Gauging the Target Populations that Community Colleges Serve," *Population Research & Policy Review* 26(1), 2007 (coauthored with L. Santibañez, G. Gonzalez, S. J. Carroll).

"Lingering Effects of Discrimination: Tracing Persistence Over Time in Local Populations," *Population Research & Policy Review,* 2006.

"China: Bachelor Bomb," *New York Times,* op-ed 09/14/2005 (coauthored with Dudley Poston)
   Access at: http://www.rand.org/blog/2005/09/china-bachelor-bomb.html

"Small-Area and Business Demography," chapter in D. Poston and M. Micklin, *Handbook of Population,* 2005 (coauthored with Stan Smith).

 "Future Demographic Challenges to California School Districts," presented at 2005 annual Population Association of America meetings, session on School Demography.

"Demographic Overview of California's K-12 Public School Student Population," chap. 2 in S. J. Carroll et al., *California's K-12 Public Schools: How Are They Doing?*  RAND MG-186, 2005.

"Counting on Demography: Fostering Applications of the Social Sciences," invited plenary address at the 2005 Southwestern Social Science Association meetings, New Orleans

"How Migration Flows Shape the Elderly Population of Metropolitan Pittsburgh," at 2004 annual Southern Demographic Association meetings, Hilton Head, SC (coauthored with Chris Briem)

"The Bright Lights in Pittsburgh's Future," op ed appearing in *Pittsburgh Post-Gazette,* Sept. 19,

2004 (coauthored with Barry Balmat)

"New Approaches to Spotting Enclaves of the Elderly Who Have Aged in Place," presented at 2004 Population Association of America meetings (coauthored with Tom Bryan).

"Developing an Arab-American Surname List: Potential Demographic and Health Research Applications," at 2003 Southern Demographic Association meetings (coau. with B. Kestenbaum, D. Lauderdale, A. Abrahamse, S. El-Badry).

"A Demographic Overview of Metropolitan Pittsburgh," RAND Issue Paper IP-256 (2003).

"Confronting a Race-Based School Admissions Policy," *Chance* 16(1), 2003.

"An Overview of Business Demography in the U.S.A.," invited paper for the Australian Population Association's 11th Biennial Conference, Sydney, October 2002.

"Internal Migration and Short-Distance Mobility," Chapter 19 in D. Swanson, et al., *The Methods and Materials of Demography*, rev. ed., 2003 (coau. with T.M. Bryan and D.A. Swanson).

"Business Demography," in P. Demeny and J. McNicholl, eds., *Encyclopedia of Population*, 2003 (coauthored with Stan Smith).

"A National Legacy of Migration," in Carla Blank, *Rediscovering America* (2003).

Review of J. S. Siegel, *Applied Demography: Applications to Business, Government, Law, and Public Policy* in *Population and Development Review* 28(1), 2002.

"A Demographic Perspective on Our Nation's Future," RAND Documented Briefing, 2001.

"Using First Names to Estimate Racial Proportions in Populations," presented at the 2001 Population Association of America meetings.

"At-Large Elections Under Legal Challenge: Where Demographic Analysis Fits In," presented at the 2000 Population Association of America meetings.

"Meeting Local Information Needs: A Case Study in Team Applied Demography," *Applied Demography Newsletter*, Population Association of America, Spring 2002 (coauthored).

"Gauging Future Prospects for a Neighborhood Vehicle: Where Demographic Analysis Fits In," at 1999 Southern Demographic Association meetings, San Antonio.

"Forecasting Enrollments for Immigrant Entry-Port School Districts," *Demography*, Nov. 2000.

"Charting Alternatives to a Segregated School Admissions Policy: Where Demographic Analysis Fits In," at 1998 Population Association of America meetings, Chicago (abridged version appears in *Chance*).

"Unveiling the Demographic 'Action' in Class Actions," *Population Research and Policy Review*, 1999.

"Family Policies and Demographic Realities," chapter in J.W. Hughes and J.J. Seneca, eds., *America's Demographic Tapestry: Baseline for the New Millennium*, Rutgers Univ. Press, 1999.

"Applying Demographic Analysis in Affirmative Action Disputes: An Instructional Case," *Population Research and Policy Review*, 1998.

"Demographic Influences on Latinos' Political Empowerment: Comparative Local Illustrations," *Population Research and Policy Review*, 1998.

"Demographic Change and School District Response: Assessing Alleged Discriminatory Effects of Boundary Changes," under review (with W.A.V. Clark).

"Forecasting Enrollments During Court-Ordered Desegregation," *Population Research and Policy Review*, 1996.

"Applying Demographic Analysis to Store Site Selection," *Population Research and Policy Review,* 1996 (with A. F. Abrahamse).

"Tracking Growth of Emerging Consumer Markets Worldwide: Where Demographic Analysis Fits In," presented at Sixth International Conference on Applied and Business Demography, Bowling Green, OH (coauthored).

"Tying Knots in the American Tapestry," Op-ed article, *Los Angeles Times,* Sept. 18, 1995.
    Access at: http://articles.latimes.com/1995-09-18/local/me-47167_1_ethnic-identity

"Broadening Client Perspectives on Business Concerns," *Applied Demography*, Summer 1995.

"Demographic Foundations of Political Empowerment in Multi-Minority Cities," *Demography*, May, 1995 (with W.A.V. Clark).

"Demographic Perspectives on the Voting Rights Act," RAND P-7905, 1995 (briefing cohosted by U. S. House Subcommittee on Census and The Population Resource Center, Oct.19,1994).

*Demographics: A Casebook for Business and Government*, Westview Press, 1994 (coeditor).

"Empowered or Disadvantaged?  Applications of Demographic Analysis to Political Redistricting," chapter in *Demographics* (cited above).

"A Riot of Color: The Demographic Setting of Civil Disturbance in Los Angeles," RAND P-7819 (with Ira S. Lowry).  Condensed version appears in Mark Baldassare (ed.), *The Los Angeles Riots:  Lessons for the Urban Future*, Westview, 1994.
    Access at: www.rand.org/content/dam/rand/pubs/papers/2009/P7819.pdf

"Surname Analysis for Estimating Local Concentration of Hispanics and Asians," *Population Research and Policy Review*, 1994 (with A. F. Abrahamse).

"The Demographic Context of Army Family Support Policy," chapter in M.J. Eitelberg and S.L. Mehay (eds.), *Marching Toward the 21st Century* (Greenwood Press, 1994).

"Strategic Sleuths," *Forecast Magazine*, Nov/Dec 1993.

Exhibit 13, Page 014

"Congress and the Year 2000:  Peering into the Demographic Future," *Business Horizons*, Nov/Dec 1993 (condensation of RAND N-3279 cited below).

"A California That Can Work:  People, Productivity, and Energy," RAND P-7828 (invited testimony before the California Energy Commission, June 1993).

"Goodbye Past, Hello Future:  California's Demographic Shift," Op-ed article, *Los Angeles Times*, September 13, 1993.

"More than Meets the Eye," *Chance*, May 1993.

"Employment Discrimination:  How Demographic Analysis Fits In," presented at Fourth International Conf. on Applied Demography, Bowling Green, Ohio, September 1992.

"Is 'Aging in Place' a Blueprint for the Future?"  Association of American Geographers Meeting, San Diego, RAND, P-7794, 1992.

"Gauging Hispanic Voting Strength:  Pitfalls and Paradoxes," *Population Research and Policy Review*, 1992 (with W.A.V. Clark).

"Local Redistricting: The Demographic Context of Local Boundary Drawing," *National Civic Review*, Winter/Spring 1992 (with W.A.V. Clark).

"Mirroring the Mosaic:  Redistricting in a Context of Cultural Pluralism," RAND, P-7789, 1992.

"Testimony before House Subcommittee on Census and Population," RAND, P-7784, 1992.

"Healthier Childhoods and Family Responsibility:  Two Issue Papers," RAND, P-7788, 1992.

"How Demographic Analysis Supports Redistricting," for Mandatory Continuing Legal Education course sponsored by County Counsels Association of California, January 1992.

"California's Future:  More to Come," Op-ed article, *The Los Angeles Times*, Dec. 3, 1991.

*Soldiers' Families:  Tracking Their Well-Being During Peacetime and War*, RAND, N-3405-A, 1992 (coauthor).

"California's Demographic Outlook:  Implications for Growth Management," RAND, P-7738, 1991.

"The Changing Demographic Context of Postsecondary Education," RAND, P-7737, 1991.

"The Demographer's Role in the Local Boundary-Drawing Process," RAND, P-7711, 1991 (coauthor).

"Looking In From Outside:  Enhancing Demographic Perspectives on Business Concerns," given at 1991 Population Association of America meetings.

"Demographic Paradoxes in the Los Angeles Voting Rights Case," *Evaluation Review*, 1991 (with W.A.V. Clark).

9

"Future Images—Childhood, The Workplace, Our Communities," RAND  P-7656, 1990.

"The Changing Demographic Context of Municipal Governance," RAND P-7654, 1990.

"Pitfalls in Estimating Eligible Voters Among Hispanics," coauthored, given at 1990 Population Association of America meetings.

"Demographic Factors Reshaping Ties to Family and Place," *Research on Aging*, Dec. 1990.

"Applied Demography:  Its Growing Scope and Future Direction," *The Futurist*, March/April 1990.

"A Demographic Perspective on Future Issues," *Congressional Research Service CRS Review*, Jan/Feb 1990.

"Leaving School Early:  'Stopping Out' and Dropping Out Among American Youth," given at the 1989 American Sociological Association meetings (with Jane Mauldon).

*A Taste of the Country:  A Collection of Calvin Beale's Writings*, editor and author of introduction (Penn State Univ. Press), 1990.

*Families in the Army:  Looking Ahead*, RAND, R-3691-A, 1989 (coauthor).

"Quantifying Legal Standards in Section 2 Voting Rights Cases," paper given at Population Association of America.

*Congress and the Year 2000:  A Demographic Perspective on Future Issues*, RAND, N-3279, March 1991.

"What Tomorrow's Demographers Will Be Called Upon to Do," RAND  P-7469, 1988.

*Beyond Stereotypes: Who Becomes a Single Teenage Mother?*, RAND R-3489, 1988 (coau.).

"Government Must Help Families With Long-term Care for Elderly," op-ed article, *The Atlanta Constitution*, April 19, 1988.

"Teens Willing  to Consider Single Parenthood:  Who is at Greatest Risk?" *Family Planning Perspectives*, Jan/Feb, 1988 (coauthor).

*The Current Demographic Context of Federal Social Programs*, RAND, N-2785, 1988.

"Demographic Factors Reshaping the U.S. Market for New Housing," RAND, P-7467, 1988.

"Applied Demography:  Its Current Scope and Future Direction in the United States," RAND Paper, 1988.

*Public Libraries Face California's Ethnic and Racial Diversity*, RAND, R-3656, 1988 (coauthor, Chapter 4).

"Changing Demographics:  What to Watch For," *Business Economics*, 1987.

"Continuity and Change Across the Population Sciences," RAND,  P-7281, 1986.

"Pro-Family Laws May Miss the Mark," op-ed article in *The Wall Street Journal*, Dec. 5, 1986.

*Changing Family Structure:  Who Cares for America's Dependents?* RAND, N-2518, 1986.

"Accounting for the Educational Shortfalls of Mothers," *Journal of Marriage and the Family*, 1986 (coauthored).

"The Prism of Migration," *Social Science Quarterly*, 1986 (with Julie DaVanzo).

*How Demographic Shifts Will Affect the IRS and Its Mission*, RAND, P-7170, 1985.

"Characteristics of Migrants from Metropolitan to Nonmetropolitan Areas in the U.S.A.," *Espace Populations Societes*, 1985 (with Kevin McCarthy).

*Demographics and Business Decisionmaking:  Prospects and Possibilities for the 1980s*, RAND, P-7017, 1984. Appears in *Marketing Review*, Fall 1985.

"Tracking People," *Group Practice Journal*, July/August 1984.

*Demographic Forces Reshaping Small Communities in the 1980s*, RAND, N-1887, 1982 (coauthor).  Appears in *Southwestern Review of Management and Economics*, 1984.

*Population Movements:  Their Forms and Functions in Urbanization and Development*, published by Ordina for International Union for the Scientific Study of Population, 1983 (editor and author of Chap. 1).

*Current Demographic Trends and Federal Policy:  An Overview*, RAND, N-2030, 1983.

"Is Population Deconcentration Lengthening Commuting Distances?" *Population Research and Policy Review*, 1983 (with Kevin McCarthy).

*Migration Sequences:  Who Moves Back and Who Moves On?*, RAND,   R-2548-NICHD, 1982 (with Julie DaVanzo).

*Demographic Challenges in America's Future*, RAND, R-2911, 1982 (with William P. Butz).


"Different Approaches to Monitoring Local Demographic Change," chapter in E. S. Lee and H. F. Goldsmith, eds., *Population Estimates: Methods for Small Area Analysis*, Sage, 1982.

"The Energy Situation and the World of Californians," in *Regional Perspectives on Energy Issues*, (The Conference Board, July 1982).

*Demographic Certainties and Uncertainties in the Future of Social Security*, RAND, N-1742-NICHD, 1981 (invited Senate testimony).  Appears in *Challenge:  The Magazine of Economic*

*Affairs*, Jan.-Feb., 1982.

"There Are Just Too Many Uncertainties," op-ed article, *The Sacramento Bee*, 9/20/81.

*Teenage Parenthood: A Review of Risks and Consequences*, RAND N-1714, 1981 (coau.).

*Teenage Parents:  Their Ambitions and Attainments*, RAND, R-2771, 1981 (coau.).

"Return and Other Sequences of Migration in the U.S.," *Demography*, 1981 (coau.).

"How Demographers Can Help Legislators," *Policy Analysis*, 1980.

*Accommodating the Demography of the 1980s*, Midcontinent Perspective Series, Midwest Research Institute, December 1980.

*City Data:  A Catalog of Data Sources for Small Cities*, RAND, R-2612, 1980 (coauthored).

*Consequences of Parenthood in Late Adolescence: Findings from the National Longitudinal Study of High School Seniors,* RAND, N-1343-NICHD, 1979 (coauthored).

"Demographic Trends Impinging on Energy Use," chapter in Charles T. Unseld et al., *Sociopolitical Effects of Energy Use and Policy*, National Academy of Sciences, Washington, D.C., 1979.

*The Future Demographic Context of the Health Care Delivery System*, RAND, N-1347, 1979.

"The Transition to Zero Population Growth in the Midwest," chapter in C. C. Roseman (ed.), *Population Redistribution in the Midwest.*

"Current Demographic Change in Regions of the United States," chapter in V. L. Arnold (ed.), *Alternatives to Confrontation:  A National Policy Toward Regional Change*; condensed version appears in *American Demographics*, May 1979.

*Overview of Demographic Trends Shaping the Nation's Future*, RAND, P-6128, 1978 (testimony before Joint Economic Committee of Congress).

*The Current Demographic Context of National Growth and Development*, RAND, P-5514, 1975 (Congressional testimony); published in condensed form in L. S. Bourne and J. W. Simmons (eds.), *Systems of Cities*, Oxford Univ. Press, 1978, Chap. 6.6.

"Emerging Public Concerns Over U.S. Population Movements in an Era of Slowing Growth," in T. Espenshade and W. Serow (eds.), *The Economic Consequences of Slowing Population Growth*, 1978.

"The Image of 'Elsewhere' in the American Tradition of Migration" (coauthored), in W. H. McNeill and R. S. Adams (eds.), *Human Migration:  Patterns, Policies, Implications*, Indiana University Press, Bloomington, Indiana, 1978.

"New York State's Transition to Stability:  The Demographic Outlook," in Ben Chinitz (ed.), *The Declining of New York in the 1970s:  A Demographic and Economic Analysis*, Praeger, 1978.

*Toward A Policy Planner's View of the Urban Settlement System*, RAND, P-5357, 1975; condensed version appears in L. S. Bourne and J. W. Simmons (eds.), *Systems of Cities*, Oxford University Press, 1978, Chap. 7.3.

"The Changing Demographic and Economic Structure of Nonmetropolitan Areas in the U.S.," *International Regional Science Review*, 2(2), 1977 (with Kevin McCarthy).

"Forecasting Population of Small Areas:  An Overview," in *Population Forecasting for Small Areas*, Oak Ridge Associated Universities, Oak Ridge, Tennessee, 1977.

"Demographic Trends That Will Shape Future Housing Demand," *Policy Sciences*, 1977.

"The Functions and Dynamics of the Migration Process" (Chap. 4); and "Urban Growth and Decline in the U.S.:  A Study of Migration's Effects in Two Cities" (Chap. 14), in A. Brown and E. Neuberger (eds.), *Internal Migration:  A Comparative Perspective*, Academic Press, 1977.

*San Jose and St. Louis in the 1960s:  A Case Study of Changing Urban Populations*, RAND,  R-1313-NSF, 1973; adaptation appears in S. Goldstein and D. Sly (eds.), *Patterns of Urbanization: Comparative Country Studies*, International Union for Scientific Study of Population, Liege, Belgium, 1977.

*Rural Renaissance in America?  The Revival of Population Growth in Remote Areas*, Population Reference Bureau, Inc., 1976.

*National Longitudinal Study of High School Seniors:  An Agenda for Policy Research*, RAND, R-1964-HEW, 1976 (coauthored).

*The Demographic Context of Educational Policy Planning*, Occasional Paper of the Aspen Institute for Humanistic Studies, 1976.

"A Method for Monitoring Small-Area Population Changes in Cities," *Review of Public Data Use*, April 1975 (coauthored).

*Recent Research Insights into Local Migration Flows*, RAND, P-5379, 1975 (coauthored).

*Population Movements and the Shape of Urban Growth:  Implications for Public Policy*, RAND, R-1072-CPG, 1972 (Commission on Population Growth and the American Future, *Research Reports*, Vol. V, 1973); adaptation appears in J. Friedmann and W. Alonso, *Regional Policy: Readings in Theory and Applications*, MIT Press, 1975.

"Urban Growth and Decline:  San Jose and St. Louis in the 1960s," *Science*, 1974.

*Review of Federal Programs to Alleviate Rural Deprivation*, RAND, R-1651, 1974 (coauth.).

13

"A Demographic Assessment of New Cities and Growth Centers as Population Redistribution Strategies," *Public Policy*, 1973.

*Dimensions of the Population Problem in the United States* RAND, R-864-CPG, 1972 (Comm. on Population Growth and the Amer. Future, *Research Reports*, Vol. V, 1973).

*How Population Movements Shape National Growth*, RAND, P-5007, 1973 (Congressional Seminar on National Growth Policy).

*Migration from Distressed Areas: Its Meaning for Regional Policy*, RAND, R-1103, 1973.

"Theoretical Issues in the Design of Population Mobility Models," *Environment and Planning*, 1973.

*The Impact and Significance of the Rural-Urban Migration in the United States*, RAND, P-4752, 1972 (testimony before U.S. Senate Subcommittee on Migratory Labor and Public Welfare).

"Chronic Movers and the Future Redistribution of Population," *Demography*, 1971.

*Demographic Information for Cities: A Manual for Estimating and Projecting Local Population Characteristics*, RAND R-618, 1971.

"The Role of Migration in California's Growth," in K. Davis and F. Styles (eds.), *California's Twenty Million: Research Contributions to Public Policy*, Institute of International Studies, University of California, Berkeley, 1971.

"Duration of Residence and Prospective Migration," *Demography*, 1967.

(Updated: May 2016)

Exhibit 13, Page 020