IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

BERTHA ARANDA GLATT                    Case No.   4:16-CV-05108-LRS
          Plaintiff,

v.

CITY OF PASCO, *et al.*
          Defendants.

### SUPPLEMENTAL DECLARATION OF WILLIAM S. COOPER

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. §1746 and Rules 702 and 703 of the Federal Rules of Evidence, does hereby declare and say:

1.      My name is William S. Cooper. I serve as a demographic and redistricting expert for the Plaintiffs in this matter. I submitted a declaration in this case on October 15, 2016.

2.      I submit this supplemental declaration to comment on several erroneous or misleading statements by Peter Morrison, the expert for the Defendants, in his October 15, 2016 Declaration.

3.      My comments are referenced paragraph-by-paragraph from Dr. Morrison's Declaration. For comparison, **Exhibits A-1**, **A-2**, **A-3**, and **A-4** include a demographic summary and maps depicting the Defendants' Plan in the same style as the demographic summary and maps for the Plaintiff's Plan attached to my

October 15, 2016 Declaration.[1]

**Pasco School District Boundary**

*Morrison ¶ 4*

4.　　Contrary to Dr. Morrison's "visual assessment", Pasco city boundaries are not "closely coextensive" with Pasco School District. To be sure, all of Pasco is within the Pasco School District, but the school district extends north to encompass an extensive rural area outside of the city limits. (See **Exhibit B**.)

5.　　The Pasco School District encompasses an area of about 302 square miles, while the city of Pasco encompasses an area of about 38.7 square miles. According to the 2010 census, the Pasco School District has a population of 68,155, of whom 35,463 (52.03%) are Latino. After adjusting for post-2010 Census annexations, the city of Pasco has a population of 62,452, of whom 33,735 (54.02%) are Latino.

6.　　 Based on the 2010-2014 American Community Survey (ACS), Pasco School District has a Latino citizen voting age population (LCVAP) of 29.66% and a Latino citizen population of 42.20%.  After adjusting for post-2010 Census annexations, the city of Pasco has an LCVAP of 32.02%, with a Latino citizen population of 45.02%.

7.　　Because the city and school district are not one and the same, there is no logical reason for Dr. Morrison to refer to student demographics (71% Latino)

---

[1] See October 15, 2016 Declaration of William S. Cooper, exhibits C-1, C-2, C-3, and C-4.

for the Pasco School District as background information for the rationale behind the development of an election plan for the City of Pasco. The appropriate city-specific metrics are the under -18 (U18) population (66.47% Latino), as reported in the 2010 Census, and the U18 Latino citizen population estimates from the ACS – 64.86% Latino (5-year 2010-2014 ACS) and 66.6% Latino (1-year 2015 ACS) .[2]

**Current LCVAP Estimates**

*Morrison ¶ 6*

8.    Dr. Morrison uses a different method to disaggregate block group-level CVAP data to census blocks than my method. But the bottom line CVAP percentage differences between the two methods for Pasco by district and citywide are not significant. [3]

9.    The 2015 1-year ACS LCVAP estimate indicates that Latinos represent 38.5% of citizen voting age population in Pasco. But as noted in my October 15, 2016 Declaration, there is a wide margin of error in the 1-year ACS because just one of about 40 households is surveyed in a single year.[4] The 1-year ACS margin of error intervals are shown in **Exhibit C**. Moreover, the 2015 ACS estimates are based on city boundaries as of January 1, 2015, so the 2015 annexations in

---

[2] See October 15, 2016 Declaration of William S. Cooper ¶ 15 and ¶¶ 22-23.

[3] My method disaggregates Hispanic CVAP and non-Hispanic CVAP to the block level. Dr. Morrison's method disaggregates Hispanic CVAP and total CVAP to the block level. Dr. Morrison's method tends to slightly understate the LCVAP in areas where there are a large number of non-citizen Latinos.

[4] See October 15, 2016 Declaration of William S. Cooper ¶ 22.

predominantly non-Hispanic west Pasco are not factored into the ACS estimate.[5] Due to the 2015 annexations and the large margin of error inherent in the 1-year ACS for a small city like Pasco, the 2016 ACS, which will be released in September 2017, could show a drop in the citywide LCVAP compared to the 2015 LCVAP estimate.

**Projected LCVAP and 2021 Redistricting**

*Morrison ¶ 5*

10.    Dr. Morrison has not provided details on how he projected 43% for the 2021 Pasco LCVAP, but I agree that such a percentage is within the realm of possibility in the future 2021 1-year ACS estimate – assuming there are no further major annexations of predominantly non-Hispanic areas beyond the "donut holes" in west Pasco.

11.    The 5-year ACS estimates must be used for redistricting purposes because the 1-year ACS estimates are not available for small geographic areas (census tracts and block groups) below the city level. Therefore, the LCVAP calculations in the potential 2021 redistricting will be based on block group estimates from the 5-year 2016-2020 ACS, with a survey midpoint of 2018.

---

[5]See: "Geography Boundaries by Year - Vintage of Geographic Areas for ACS Estimates"

http://www.census.gov/programs-surveys/acs/geography-acs/geography-boundaries-by-year.html

12.   In my opinion, it is unlikely that the citywide 5-year LCVAP estimate will be above 40% during the 2021 redistricting cycle.  A 2021 survey midpoint for the 5-year ACS will not be available until the 2019-2023 ACS, which will be released at the block group level in January 2025.

13.   According to the 1-year 2015 ACS, Pasco has a 49.7% Latino citizen population. After adjusting for post-Census 2010 annexations, based on the 5-year 2010-14 ACS, Pasco has a 45.02% Latino citizen population.

14.   In sum, while it is probable that for the 2021 redistricting cycle Pasco will be Latino citizen-majority under the 2016-2020 ACS – assuming no further dilutive annexations – Pasco will clearly not have a majority of Latino citizens of voting age by the 2021 cycle.

**Precinct Splits**

*Morrison ¶ 7*

15.   Dr. Morrison erroneously states that district boundaries under Defendants' Plan "align with virtually all the City's existing precincts". In fact, the Defendants' Plan splits populated areas in 9 of the 67 precincts encompassing all or part of Pasco.

**Latino Registered Voters**

*Morrison ¶ 9*

16.   Dr. Morrison's estimate that Latinos represent 44% of all registered voters citywide is incorrect and substantially overstates the current citywide Latino

registered voter percentage. Dr. Morrison has provided no supporting documentation as to how he arrived at a 44% Latino registration rate except for an unexplained  reference to November 2014 election data in paragraph 8 of his declaration .

17.    As explained in my October 15, 2016 Declaration, I employed the standard method for determining Latino registered voters in Section 2 Voting Rights Act litigation.[6]  I matched the City of Pasco's November 2015 registered voter list surnames to a U.S. Department of Justice list of over 12,000 Spanish surnames.  Of the 23,674 registered voters in Pasco in November 2015, I found 7,019 (29.65%) whose surnames matched the DOJ list. [7]

18.    The Latino voter registration rate (29.65%) in Pasco is about 2.5 percentage points below the citywide LCVAP of 32.02% based on the 5-year 2010-2014 ACS. Pasco's Latino voter registration rate/LCVAP gap also parallels recent levels of Latino voter registration in Yakima, Washington (2013) and Wenatchee, Washington (2016).  In both jurisdictions, Latino registration trailed the 5-year LCVAP estimate by 3 to 4 percentage points, according to my analysis in *Montes v.*

---

[6] See October 15, 2016 Declaration of William S. Cooper ¶¶ 32-35. I used the same surname matching methodology in *Montes v. City of Yakima*, *Washington* (E.D. Wash. Aug. 22, 2014) and in my 2016 consulting work for the Electoral Process Committee of the City of Wenatchee, Washington.

[7] Of the 23,674 voters, 98.8% (23,385) were geocoded with census block-level precision using *Maptitude for Redistricting*. Latino voters comprise 29.8% of the geocoded list of registered voters. As explained in ¶35 of my October 15, 2916 Declaration, geocoding is a technical process available in GIS software that locates voters by street number and address and converts those locations to points on a computer map.

*Yakima* and my consulting work with the Electoral Process Committee of the City of Wenatchee.[8]

**At-Large Voting**

19.    As explained in my October 15, 2016 Declaration, due to socio-economic disparities, Latino citizenship status, and Latino voter registration rates the hybrid 6-district, 1 at-large position in Defendants' Plan will not afford Latinos an opportunity to elect a fourth candidate of choice at-large to Pasco's City Council now or in the foreseeable future.[9]

Executed on: November 1, 2016

<u>William S. Cooper</u>
WILLIAM S. COOPER

---

[8] In Yakima, the citywide LCVAP was 22.66% according to the 2008-2012 ACS, compared to a surname-matched Latino voter registration rate of 19.56%. In Wenatchee, the citywide LCVAP was 16.36% according to the 2010-2014 ACS, compared to a surname-matched Latino voter registration rate of 12%.

[9] See October 15, 2016 Declaration of William S. Cooper ¶¶ 58-63.

# Exhibit A-1



Pasco -- 6 Districts
Water Area
Highway
District
1
2
3
4
5
6
Other
0 .4 .8 1.2
Miles
Defendants' Remedial Plan
1
2
3
4
5
6
182
395
12
240
397
HILLCREST DR
PHEASANT RUN
RICKY RD
QUAIL RUN RD
IRIS LN
DESERET DR
KAU TRL
QUAIL RD
ROBERTA RD
MELODY LN
N RD 44
N RAILROAD AVE
KOHLER RD
RD 116
DENT
NORFOLK DR
EDELMAN RD
POWERLINE RD
E FOSTER WELLS RD
MIA LN
MIDLAND LN
RD 92
RD 90
STUTZ DR
CHEHALIS LN
ENTIAT CT
N RD 68
THREE RIVERS DR
N RD 58
N RD 56
CURLEW LN
RD 52
PORTO LN
N GLADE RD
FOSTER WELLS RD
INDUSTRIAL WAY
US HWY 395
CORD DR
SANDIFUR PKY
SAVARY DR
THETIS DR
HARRIS RD
I 182
LATIMER CT
QUADRA DR
RUTH DR
CANDLESTICK DR
LUCENA DR
MONTEREY DR
BURDEN BLVD
ADOBE DR
4TH AVE
RAILROAD AVE
CAPITOL AVE
SHORELINE CT
CRESCENT RD
CORONADO ST
CAMPOLINA LN
HOMERUN RD
SALEM DR
SAHARA DR
SONORA DR
MOJAVE DR
HORIZON DR
SEDONA DR
RD 36
ROCKWELL AVE
JASON AVE
RD 106
PRAIRIE LN
SUNSET TRL
WILLOW WAY
COURT ST
CHAPEL HILL BLVD
WOODBINE DR
INDIAN RIDGE DR
TAMARISK DR
FAIRCHILD ST
STEARMAN AVE
BAKER ST
KING ST
BELL ST
ARGENT ST
ARGENT PL
YARNEY LN
ARGENT RD
N RD 96
FRANKLIN RD
RD 76
RD 64
RD 61
W DRADIE ST
W LIVINGSTON RD
MELVILLE RD
RICHARDSON RD
WERNETT RD
SUN WILLOWS BLVD
EMPIRE DR
N 4TH AVE
RAINIER AVE
US HWY 12
N OREGON ST
RD 88
RD 84
RD 80
CHIWANA DR
SUNSET LN
RD 72
RD 68
RD 67
RD 60
W LEOLA ST
PEARL ST
W ELLA ST
W JAY ST
N 23RD AVE
20TH AVE
N 18TH AVE
N 12TH AVE
N 1ST AVE
SHEPPERD ST
DIETRICH RD
RD 77
ZINNIA CT
IVY LN
CHRISTOPHER LN
RD 62
RD 59
RD 56
AGATE ST
W AGATE ST
N 37TH PL
MARIE ST
RD 40
W MARIE ST
BROWN ST
W OCTAVE ST
E BROADWAY ST
E ADELIA ST
N CEDAR AVE
E LEWIS ST
COMMERCIAL AVE
HENRY ST
PARK ST
RD 54
RD 44
MARGARET ST
NIXON ST
D ST
W HENRY ST
W MARGARET ST
W NIXON ST
SYLVESTER ST
RD 49
RIVERHAVEN ST
RD 34
N RD 32
RD 28
N RD 26
24TH AVE
W YAKIMA ST
W CLARK ST
S FRONT AVE
S WEHE AVE
BEECH AVE
S SYCAMORE AVE
CEDAR AVE
E LEWIS PL
POISON CT
TIERRA VIDA LN
A ST
E B CIR
ATOM DR
S 25TH AVE
W LEWIS ST
W HOPKINS ST
W COLUMBIA ST
S 1ST AVE
W LENA ST
W C ST
W WASHINGTON ST
S MAITLAND AVE
S 10TH AVE
E WAREHOUSE ST
E DOCK ST
SE RD 33
E COMMERCE ST
SACAJAWEA PARK RD
S RD 40 E
3RD ST
7TH ST

Exhibit A-2

# Population Summary Report

**Pasco City Council  -- Defendants' Remedial Plan**

| District | Population | Deviation | % Deviation | Latino | % Latino | NH White | % NH White | % Latino of all citizens | 2010-14 ACS Estimated Citizens |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10048 | -361 | -3.47% | 7801 | 77.64% | 1824 | 18.15% | 75.39% | 6900 |
| 2 | 10009 | -400 | -3.84% | 8287 | 82.80% | 1449 | 14.48% | 70.51% | 6805 |
| 3 | 10532 | 123 | 1.18% | 3037 | 28.84% | 6789 | 64.46% | 30.57% | 11984 |
| 4 | 10062 | -347 | -3.33% | 3039 | 30.20% | 6095 | 60.57% | 31.22% | 10335 |
| 5 | 11003 | 594 | 5.71% | 2591 | 23.55% | 7727 | 70.23% | 17.38% | 10329 |
| 6 | 10798 | 389 | 3.74% | 8980 | 83.16% | 1373 | 12.72% | 72.61% | 7630 |
| **Total** | **62452** | | | **33735** | **54.02%** | **25257** | **40.44%** | **45.02%** | **53983** |

**Total Deviation**          **9.55%**

| District | 18+_Pop | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White | % Latino of CVAP | % Latino of Registered Voters |
|---|---|---|---|---|---|---|---|
| 1 | 6191 | 4386 | 70.84% | 1481 | 23.92% | 53.67% | 56.22% |
| 2 | 6100 | 4697 | 77.00% | 1208 | 19.80% | 53.91% | 63.06% |
| 3 | 7115 | 1734 | 24.37% | 4940 | 69.43% | 27.18% | 20.84% |
| 4 | 6538 | 1688 | 25.82% | 4249 | 64.99% | 23.57% | 20.12% |
| 5 | 8045 | 1534 | 19.07% | 6036 | 75.03% | 12.97% | 14.70% |
| 6 | 6569 | 5144 | 78.31% | 1108 | 16.87% | 55.57% | 63.78% |
| **Total** | **40558** | **19183** | **47.30%** | **19022** | **46.90%** | **32.02%** | **29.81%** (geocoded) |
| | | | | | | | **29.65%** (all voters) |

**Note:**

(1)% LCVAP  calculated by disaggregating 2010-2014 ACS block group estimates for 18+ citizen Hispanics and Non-Hispanics to 2010 census blocks.
(3) Surname match of registered voters as of Nov. 30, 2015

Exhibit A-3



Pasco -- 6 Districts
Water Area
Highway
Current 5 Districts
July 2015 annexation
District
1
2
3
4
5
6
Other
0 .4 .8 1.2
Miles
Defendants' Remedial Plan
1
2
3
4
5
6
HILLCREST DR
PHEASANT RUN
RICKY RD
QUAIL RUN RD
IRIS LN
DESERET DR
KAU TRL
QUAIL RD
ROBERTA RD
MELODY LN
N RD 44
N RAILROAD AVE
E FOSTER WELLS RD
KOHLER RD
RD 116
DENT
NORFOLK DR
EDELMAN RD
POWERLINE RD
CHEHALIS LN
ENTIAT CT
N RD 68
MIA LN
MIDLAND LN
RD 92
RD 90
STUTZ DR
CORD DR
THREE RIVERS DR
SANDIFUR PKY
PORTO LN
N GLADE RD
FOSTER WELLS RD
INDUSTRIAL WAY
US HWY 395
CAPITOL AVE
SAVARY DR
THETIS DR
RUTH DR
CANDLESTICK DR
LUCENA DR
MONTEREY DR
ADOBE DR
BURDEN BLVD
HARRIS RD
SHORELINE CT
CRESCENT RD
I 182
OLIVER DR
CAMPOLINA LN
CORONADO ST
RD 106
WELSH DR
SUNSET TRL
WILLOW WAY
COURT ST
MERLOT DR
BELL ST
HOMERUN RD
SALEM DR
SAHARA DR
SONORA DR
MOJAVE DR
HORIZON DR
SEDONA DR
RD 36
ROCKWELL AVE
FAIRCHILD ST
JASON AVE
RAILROAD AVE
4TH AVE
CHAPEL HILL BLVD
WOODBINE DR
INDIAN RIDGE DR
TAMARISK DR
ARGENT ST
ARGENT PL
ARGENT RD
YARNEY LN
STEARMAN AVE
BAKER ST
KING ST
RAINIER AVE
W DRADIE ST
W LIVINGSTON RD
RICHARDSON RD
WERNETT RD
MELVILLE RD
N RD 96
FRANKLIN RD
RD 88
RD 84
RD 80
RD 76
CHIWANA DR
SUNSET LN
W LEOLA ST
PEARL ST
AGATE ST
W ELLA ST
W AGATE ST
W JAY ST
SUN WILLOWS BLVD
EMPIRE DR
N 4TH AVE
N OREGON ST
US HWY 12
SHEPPERD ST
DIETRICH RD
RD 77
ZINNIA CT
IVY LN
RD 72
RD 68
RD 67
RD 62
RD 60
RD 59
RD 56
RD 54
CHRISTOPHER LN
MARIE ST
W MARIE ST
HENRY ST
PARK ST
MARGARET ST
NIXON ST
N 37TH PL
RD 40
RD 44
D ST
SYLVESTER ST
RD 49
RIVERHAVEN ST
RD 34
N RD 32
BROWN ST
W HENRY ST
W OCTAVE ST
W MARGARET ST
W NIXON ST
W YAKIMA ST
W HOPKINS ST
20TH AVE
N 18TH AVE
N 12TH AVE
N 1ST AVE
E BROADWAY ST
E CLARK ST
N CEDAR AVE
E LEWIS ST
E LEWIS PL
COMMERCIAL AVE
S SYCAMORE AVE
OWEN AVE
CEDAR AVE
POISON CT
A ST
TIERRA VIDA LN
E B CIR
RD 28
N RD 26
24TH AVE
ATOM DR
S 25TH AVE
W LEWIS ST
W LENA ST
W COLUMBIA ST
S 1ST AVE
S OREGON AVE
W C ST
W WASHINGTON ST
S 10TH AVE
S MAITLAND AVE
E WAREHOUSE ST
E DOCK ST
E COMMERCE ST
SE RD 33
SACAJAWEA PARK RD
S RD 40 E
3RD ST
7TH ST
182
395
12
240
397

Exhibit A-4



Exhibit B



Pasco and Pasco School District
City of Pasco
Water Area
Highway
Pasco School District
0 1 2 3
Miles
Pasco School District
RINGOLD RD
GLENWOOD RD
N BELLEVUE RD
ELTOPIA RD
FIR WAY
W FIR RD
FIR RD
ELM RD
ELM LN
E ELM RD
DOGWOOD RD
CEDAR RD
COTTONWOOD DR
W SAGEMOOR RD
HAWORTH RD
E SAGEMOOR RD
SUNSET LOOP
BIRCH RD
CLOVER LN
ALDER RD
CRESTLOCH LN
KRUSE RD
PHEND RD
SELPH LANDING RD
E VINEYARD DR
FEED LOT RD
VOSS RD
E FOSTER WELLS RD
W HERMAN RD
MURPHY RD
VOTOW RD
E BLACKMAN RIDGE RD
BLANTON RD
SMITH CANYON RD
HOOPER RD
HOLLY DR
HOPE VALLEY RD
RYE GRASS COULEE RD
BENGEN LN
US HWY 395
N COLUMBIA RIVER RD
COLUMBIA RIVER RD
DEPARTMENT OF ENERGY RES RD
GEORGE WASHINGTON WAY
HORN RAPIDS RD
BATTELLE BL
STATE HWY 240
SNYDER RD
BY PASS HWY
HARRIS RD
POWERLINE RD
DESERET DR
ROBERTA RD
JANET RD
RD 116
MIA LN
OVERTON RD
HOMERUN RD
SUNSET TRL
BELL ST
ARGENT PL
ARGENT RD
W JAY ST
W RUBY ST
PEARL ST
HENRY ST
C ST
RIVERHAVEN ST
CHIWANA DR
COLUMBIA DR SE
W QUINAULT AVE
W HOOD AVE
W 1ST PL
W 10TH AVE
W 20TH AVE
CLOVER IS
SUNSET ST
E 7TH AVE
E SCHUSTER RD
E LEWIS PL
A ST
SACAJAWEA PARK RD
VALLEY DR
DRAKE LN
ERDMAN LN
GALLANT RD
E HUMORIST RD
ALDERSON RD
MOORE RD
DUNES RD
W HWY 124
CAMPGROUND RD
ADKINS RD
WALKLEY RD
WELLAND RD
INDUSTRIAL WAY
CAPITOL AVE
N OREGON ST
4TH AVE
N 3RD AVE
N 8TH AVE
24TH AVE
SE RD 27
US HWY 12
HANSON LOOP
I 182
BARTLETT RD
BROADMOOR ST
BEAR DR
W GRANDRIDGE BLVD
W CLEARWATER AVE
WESTGATE WAY
FUJI WAY
QUEENSGATE DR
KEENE RD
CLEAR VW LOOP
182
82
395
240
397
12

Exhibit C



B05003 | SEX BY AGE BY NATIVITY AND CITIZENSHIP STATUS
Universe: Total population
2015 American Community Survey 1-Year Estimates

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Data and Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

| | Pasco city, Washington | |
| | Estimate | Margin of Error |
|---|---|---|
| Total: | 68,097 | +/-4,032 |
| Male: | 35,298 | +/-2,377 |
| Under 18 years: | 12,338 | +/-1,394 |
| Native | 11,866 | +/-1,374 |
| Foreign born: | 472 | +/-383 |
| Naturalized U.S. citizen | 0 | +/-195 |
| Not a U.S. citizen | 472 | +/-383 |
| 18 years and over: | 22,960 | +/-1,501 |
| Native | 15,212 | +/-1,836 |
| Foreign born: | 7,748 | +/-1,545 |
| Naturalized U.S. citizen | 2,095 | +/-938 |
| Not a U.S. citizen | 5,653 | +/-1,642 |
| Female: | 32,799 | +/-2,183 |
| Under 18 years: | 11,152 | +/-1,102 |
| Native | 10,760 | +/-1,123 |
| Foreign born: | 392 | +/-340 |
| Naturalized U.S. citizen | 0 | +/-195 |
| Not a U.S. citizen | 392 | +/-340 |
| 18 years and over: | 21,647 | +/-1,441 |
| Native | 13,994 | +/-1,581 |
| Foreign born: | 7,653 | +/-1,361 |
| Naturalized U.S. citizen | 2,782 | +/-1,139 |
| Not a U.S. citizen | 4,871 | +/-1,444 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2015 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

10/28/2016

Estimates of urban and rural population, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2015 American Community Survey 1-Year Estimates

Explanation of Symbols:

   1.  An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.

   2.  An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.

   3.  An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.

   4.  An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.

   5.  An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.

   6.  An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.

   7.  An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.

   8.  An '(X)' means that the estimate is not applicable or not available.


AMERICAN
FactFinder

B05003I | SEX BY AGE BY NATIVITY AND CITIZENSHIP STATUS (HISPANIC OR LATINO)
Universe: People who are Hispanic or Latino
2015 American Community Survey 1-Year Estimates

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Data and Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

|  | Pasco city, Washington | |
|---|---|---|
|  | Estimate | Margin of Error |
| Total: | 38,883 | +/-2,859 |
| Male: | 20,537 | +/-1,660 |
| Under 18 years: | 8,283 | +/-1,052 |
| Native | 7,811 | +/-1,082 |
| Foreign born: | 472 | +/-383 |
| Naturalized U.S. citizen | 0 | +/-195 |
| Not a U.S. citizen | 472 | +/-383 |
| 18 years and over: | 12,254 | +/-880 |
| Native | 5,166 | +/-1,458 |
| Foreign born: | 7,088 | +/-1,551 |
| Naturalized U.S. citizen | 1,673 | +/-794 |
| Not a U.S. citizen | 5,415 | +/-1,627 |
| Female: | 18,346 | +/-1,580 |
| Under 18 years: | 7,612 | +/-843 |
| Native | 7,256 | +/-846 |
| Foreign born: | 356 | +/-331 |
| Naturalized U.S. citizen | 0 | +/-195 |
| Not a U.S. citizen | 356 | +/-331 |
| 18 years and over: | 10,734 | +/-906 |
| Native | 4,357 | +/-1,143 |
| Foreign born: | 6,377 | +/-1,195 |
| Naturalized U.S. citizen | 1,936 | +/-922 |
| Not a U.S. citizen | 4,441 | +/-1,418 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2015 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural population, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2015 American Community Survey 1-Year Estimates

Explanation of Symbols:

1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.

2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.

3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.

4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.

5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.

6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.

7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.

8. An '(X)' means that the estimate is not applicable or not available.

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on November 1, 2016, I caused the foregoing document to be:

3

☒    electronically filed with the Clerk of the Court using the CM/ECF system
which will send notification of such filing to the following:

4

5
Emily Chiang            echiang@aclu-wa.org
Brendan V. Monahan      Brendan.Monahan@stokeslaw.com

6
Jaime Cuevas, Jr.       Jaime.Cuevas@stokeslaw.com
Cristin Kent Aragon     caragon@yarmuth.com

7
Gregory Landis          glandis@yarmuth.com
Leland Barrett Kerr     lkerr@kerrlawgroup.net
John A. Safarli         jsafarli@floyd-ringer.com

8

9
/s/La Rond Baker

10
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org

11
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION

12
901 Fifth Avenue, Suite 630

13
Seattle, Washington 98164
Telephone: (206) 624-2184

14

15

16

17

18

19

20

21

22

23

24

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
FOUNDATION
901 Fifth Ave, Suite 630
Seattle, WA 98164
(206) 624-2184

CERTIFICATE OF SERVICE - 1