IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

BERTHA ARANDA GLATT                    Case No.  4:16-CV-05108-LRS
    Plaintiff,

v.

CITY OF PASCO, *et al.*
    Defendants.

**SECOND SUPPLEMENTAL DECLARATION OF WILLIAM S. COOPER**

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. §1746 and Rules 702 and 703 of the Federal Rules of Evidence, does hereby declare and say:

1. My name is William S. Cooper. I serve as a demographic and redistricting expert for Plaintiff in this matter. I submitted declarations in this case on October 15, 2016 and November 1, 2016.

2. I submit this supplemental declaration in order to provide updated voter registration counts for the City of Pasco, as of November 1, 2016. In addition, I comment on two issues relating to delayed voter electoral participation (until 2019) and councilmember representation in Latino-majority District 2 under Defendants' Remedial Plan ("Defendants' Plan"), with a staggered election cycle. As a final note, I also clarify that the Latino citizen voting age population (LCVAP) percentage in District 5 under Plaintiff's Plan is about the same as the citywide

LCVAP percentage.

**Current Citywide Voter Registration Statistics**

3.     Since November 2015, there has been an increase in the number of registered voters in Pasco from 23,674 in November 2015, as reported by the Franklin County Auditor, to 24,374 in November 2016, as reported by the Washington Secretary of State.[1] The number of registered voters in Pasco increased by 1,060 voters, or 4.48%.

4.     I do not have access to a current November 2016 list of registered voters by surname and address for the City of Pasco. Such a list in electronic format would allow me to update the November 2015 voter registration statistics by district and ethnicity, as reported in my October 15, 2016 Declaration and November 1, 2016 Supplemental Declaration.[2]

5.     Assuming that 50% of the 1,060 new registered voters in Pasco were Latino, the citywide November 2016 Latino registered voter rate would be 30.81%.[3]

---

[1] Source: Washington Secretary of State Elections Division, *City Registration Demographics updated 11/1/2016. Registered Voters by City and Gender*, https://www.sos.wa.gov/elections/research/City-Registration-Demographics.aspx (last accessed Nov. 15, 2016).

[2] Surname matching and subsequent geocoding by district is a simple technical procedure which should require no more than three or four hours from start to finish.

[3] This assumes that there is no change in the underlying Latino registered voter rate to account for churn associated with registered voters who have moved in or out of Pasco since November 2015.

This Latino registered voter rate is calculated by allocating 530 of the 1,060 new voters to the November 2015 count of 7,091 Latino registered voters, resulting in an estimated 7,621 Latino registered voters in November 2016, and then dividing by the total number of registered voters in November 2016 of 24,374.

6. Therefore, it is unlikely that the percentage of Latino registered voters, which was 29.65%[4] in November 2015, would have increased by more than about a percentage point since November 2015.

**Staggered Elections and Impact on Latino Voters in District 2 under Defendants' Plan**

7. Defendants have indicated their intent to delay elections until 2019 in Latino-majority District 2 under Defendants' Plan. This delay will have an unfair impact on District 2 Latino voters for the two reasons outlined below.

8. First, Councilmember Yenney, who would represent Defendants' District 2, would not represent the same voters under Defendants' Plan as under the City of Pasco's admittedly unlawful 5-2 election system ("2015 Plan").

9. Specifically, portions of Precincts 016 and 017, and all of Precinct 018 in District 2 under Defendants' Plan were previously in Councilmember Hoffman's district under the 2015 Plan. These voters did not have an opportunity to vote in the

---

[4] *See* November 1, 2016 Declaration of William S. Cooper ¶ 17.

3

2015 primary election contest between Mr. Yenney and three Latino candidates.[5]

10. Second, under a staggered election cycle with Defendants' District 2 not scheduled for an election until 2019, voters in portions of Precincts 016 and 017 and all of Precinct 018 will be denied the opportunity to cast a ballot in a district-based election for another three years.[6] This is because under the 2015 Plan the affected voters in Defendants' District 2 lived in Mr. Hoffman's district, and Mr. Hoffman was elected under the at-large plan that was in place in 2013. Thus, under a staggered election cycle, the affected voters in Defendants' District 2 – 532 registered voters, of whom 245 are Latino (46%), according to the November 2015 registered voter list – will have had to wait six years (from 2013 to 2019) to cast a ballot in a district-based primary or general election.

11. The affected population (2,391 persons of all ages) in District 2 is 54.33% Latino citizens, with an LCVAP of 35.32%, based on the 2010-2014 American Community Survey (ACS) 5-year estimates. (See map in **Exhibit A**.)[7]

---

[5] Also, portions of Precincts 001, 002, and 004 and all of Precinct 003, which were previously in Mr. Yenney's district under the 2015 Plan, are no longer in his district. All told, just 1,537 voters of the 2,071 registered voters in District 2 under Defendants' Plan had an opportunity to vote in the 2015 primary election involving Mr. Yenney.

[6] The affected area and population is the same as that referenced in ¶ 9 *supra*.

[7] The affected area includes the densely-populated Flamingo Village Mobile Home Park (adjacent to the U.S Highway 395 bridge) that I visited when I was in Pasco for a "windshield survey" on April 7, 2016.

12.     In sum, Latino voters in Defendants' District 2 would be adversely impacted by the proposed two-year delay in District 2 elections under Defendants' Plan. Latino voters in Precincts 016, 017, and 018 will be particularly impacted, as discussed in ¶ 10 *supra*.

**Plaintiff's Plan District 2 LCVAP versus Citywide LCVAP**

13.     Defendants assert that "the citywide LCVAP is 38.5% – almost ten percentage points higher than Plaintiff's District 5" and that therefore "the City's at-large position is much more Hispanic-influenced than the Plaintiff's next closest district."[8] Defendants arrive at this erroneous conclusion by comparing estimates from the 1-year 2015 citywide ACS LCVAP estimates with the 5-year 2010-2014 ACS estimates.  However, the proper comparison must be between the citywide 5-year 2010-2014 ACS LCVAP estimates and the district-level 5-year 2010 ACS estimates, because 1-year ACS LCVAP estimates are not available for census block groups, and district-level LCVAP estimates must be based on LCVAP estimates for census block groups, which can be obtained only by looking at the citywide 5-year 2010-2014 ACS LCVAP estimates and the district-level 2010 ACS LCVAP estimates, as I have done.[9]

---

[8] Dkt. 28 at p.10.

[9] *See* October 15, 2016 Declaration of William S. Cooper ¶ 21.

14. After taking into account the 2014 and 2015 annexations, based on the 5-year 2010-14 ACS estimates, the citywide LCVAP is 32.09%, which is just 3 points higher than the estimated 28.98% LCVAP in Plaintiff's District 5 – not 10 points as Defendants assert.[10]

15. According to the November 2015 registered voter list, Latinos represent 29.65% of citywide registered voters and 27.25% of registered voters in Plaintiff's District 5.[11]

16. Therefore, in fact, Plaintiff's District 5 is roughly commensurate with citywide LCVAP and Latino registered voter rates.

Executed on:  November 15, 2016

_____
WILLIAM S. COOPER

---

[10] *See* October 15, 2016 Declaration of William S. Cooper ¶ 11.

[11] *See* October 15, 2016 Declaration of William S. Cooper ¶ 39, Figure 4.

# Exhibit A



District 2 area (in blue) with no 2015 district primary
Districts
Water Area
Voting_Precincts
2015 Council
District
1
2
3
4
5
6
Other
0 .1 .2 .3
Miles
Defendants' Remedial Plan
District 2 voters who did not
particpate in a district
primary election in 2015
3
1
5
6
2
PASCO
Columbia River
016
011
006
003
020
017
007
012
019
015
014
010
009
005
021
018
013
004
002
ARGENT RD
STEARMAN AVE
SAINT HELENS ST
ADAMS ST
RICKENBACKER DR
YARNEY LN
N 20TH
SUN WILLOWS BLVD HENLEY DR
PRESTWICK LN
I 182
W JAY ST
W ELLA ST
PEARL ST
OPAL ST
W AGATE ST
W RUBY ST
W JAN ST
W LEOLA ST
CARTMELL ST
W BROWN ST
W MARIE ST
W OCTAVE ST
W HENRY PL
W HENRY ST
W PARK ST
W NIXON ST
SYLVESTER ST
W SYLVESTER ST
W IRVING ST
W YAKIMA ST
W SHOSHONE ST
HOPKINS ST
W BONNEVILLE ST
W LEWIS ST
W CLARK ST
W COLUMBIA ST
W SOUTH ST
W A ST
W LENA ST
W WASHINGTON ST
W RIVER ST
W METALINE AVE
W KLAMATH AVE
W COLUMBIA DR
W GRAND RONDE AVE
CLOVER IS
E JAMES
SUPERIOR ST
SALT LAKE ST
E SPOKANE ST
E BROADWAY ST
E SHEPPARD ST
SKYCREST
E ALVINA ST
ALVINA ST
E BONNEVILLE ST
E CLARK ST
E COLUMBIA ST
E LEWIS PL
A ST
PASCO KAHLOTUS
E AINSWORTH ST
E CRANE ST
N OREGON ST
N 2ND AVE
N 1ST AVE
N 3RD AVE
N 4TH AVE
5TH AVE
4TH AVE
EMPIRE DR
N 26TH AVE
N 23RD AVE
N 22ND AVE
20TH AVE
N 19TH AVE
N 18TH DR
N 18TH AVE
N 16TH AVE
N 14TH AVE
N 13TH AVE
N 12TH AVE
N 10TH AVE
N 15TH AVE
N RD 26
N RD 33
N RD 32
RD 35
RD 36
US HWY 395
LAKE UMATILLA
GEIGER DR
ELDORADO
CRYSTAL DR
ATOM DR
S 23RD AVE
N 11TH AVE
N 9TH AVE
N 8TH AVE
N 7TH AVE
N 6TH AVE
N 5TH AVE
S 2ND AVE
S 1ST AVE
S FRONT AVE
S OREGON AVE
S 13TH LN
S 13TH AVE
S 12TH AVE
S 11TH AVE
S 10TH AVE
S 9TH AVE
S 8TH AVE
S 7TH AVE
S 6TH AVE
S 5TH AVE
S 4TH AVE
S 3RD AVE
S GREY AVE
S MYRTLE AVE
S WALNUT AVE
S CHESTNUT ST
S LINDSAY ST
S MAITLAND AVE
N CHARLES ST
N WEHE AVE
N OWEN AVE
N DOUGLAS AVE
N SYCAMORE AVE
N HUGO AVE
N CEDAR AVE
N ARBUTUS AVE
MADRONA AVE
E LEWIS ST
S WEHE AVE
BEECH AVE
DOUGLAS AVE
S ELM AVE
S SYCAMORE AVE
HUGO AVE
CEDAR AVE
WALDEMAR AVE
POISON CT
ANACONDA AVE
MANZANITA LN
ISLAND DR
N LYLE
RD 15
E DOCK
EXIT
395
182
12
397

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2016, I caused the foregoing document to be:

☒   electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Emily Chiang | echiang@aclu-wa.org |
| Brendan V. Monahan | Brendan.Monahan@stokeslaw.com |
| Jaime Cuevas, Jr. | Jaime.Cuevas@stokeslaw.com |
| Cristin Kent Aragon | caragon@yarmuth.com |
| Gregory Landis | glandis@yarmuth.com |
| Leland Barrett Kerr | lkerr@kerrlawgroup.net |
| John A. Safarli | jsafarli@floyd-ringer.com |
| Casey M. Bruner | cbruner@floyd-ringer.com |

/s/La Rond Baker
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org
AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

CERTIFICATE OF SERVICE - 1