1  Emily Chiang, WSBA No. 50517
   La Rond Baker, WSBA No. 43610
2  AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON
   FOUNDATION
3  901 Fifth Avenue, Suite 630
   Seattle, Washington 98164
4  Telephone: (206) 624-2184
   Email: echiang@aclu-wa.org, lbaker@aclu-wa.org
5
   Brendan V. Monahan, WSBA No. 22315
6  Jaime Cuevas, Jr., WSBA No. 51108
   STOKES LAWRENCE VELIKANJE MOORE & SHORE
7  120 N. Naches Avenue
   Yakima, Washington 98901
8  Telephone: (509) 853-3000
   Email: brendan.monahan@stokeslaw.com, jaime.cuevas@stokeslaw.com
9
   Gregory Landis, WSBA No. 29545
10 Cristin Kent Aragon, WSBA No. 39224
   YARMUTH WILSDON PLLC
11 1420 Fifth Avenue, Suite 1400
   Seattle, Washington 98101
12 Telephone: (206) 516-3800
   Email: glandis@yarmuth.com, caragon@yarmuth.com
13
   *Attorneys for Plaintiff Bertha Aranda Glatt*
14

15                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF WASHINGTON
16

17 BERTHA ARANDA GLATT,                    No. 4:16-cv-05108-LRS

              Plaintiff,
18                                         PLAINTIFF'S OBJECTION TO
       v.                                  REPLY IN SUPPORT OF
19                                         DEFENDANTS' MOTION FOR
   CITY OF PASCO, PASCO CITY               ENTRY OF PROPOSED
20 COUNCIL, MATT WATKINS, in his           REMEDIAL PLAN AND FINAL
   official capacity as Mayor of Pasco,   INJUNCTION
21 and REBECCA FRANCIK, BOB
   HOFFMANN, TOM LARSEN, SAUL
22 MARTINEZ, and AL YENNEY, in
   their official capacity as members of

PLAINTIFF'S OBJECTION TO DEFENDANTS' REPLY
NO. 4:16-cv-05108-LRS – Page 1



the Pasco City Council,

          Defendants.

In the Partial Consent Decree entered on September 2, 2016, the parties agreed to and this Court approved a briefing schedule for the purposes of submitting competing remedial plans to the Court. Dkt. 16, at 11. The parties did not otherwise seek to alter the Local Rules or Ninth Circuit procedural law with respect to submission of briefs and evidence to this Court.

The Local Rules impose a 10-page limit on reply briefs for dispositive motions and provide that prior Court approval is necessary to exceed this page limit. LR 7.1(e)(1), (4). Defendants ignored this Local Rule and instead filed a Reply in Support of Defendants' Motion for Entry of Proposed Remedial Plan and Final Injunction ("Defendants' Reply") that is more than double the allowed page limit—24 pages in total—without seeking Court approval for an over-length brief.[1]

Additionally, Defendants included new registered voter data from their demographer, Peter Morrison, as well as related argument, that was not included in any of their prior briefs or declarations, and is therefore inadmissible. Ninth Circuit precedent is clear: new evidence may not be submitted for the first time on reply. *See, e.g., Tovar v. U.S. Postal Serv.*, 3

---

[1] Defendants also violated LR 7.1(e)(1) and (4) in filing their opening brief, which was 8 pages over the 20-page limit. Dkt. 25.

PLAINTIFF'S OBJECTION TO DEFENDANTS' REPLY
NO. 4:16-cv-05108-LRS – Page 2

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

F.3d 1271, 1273 n.3 (9th Cir. 1993) (striking evidence presented for the first time in reply); *Clearly Food & Beverage Co, Inc. v. Top Shelf Beverages, Inc.*, 102 F. Supp. 3d 1154, 1165 (W.D. Wash. 2015) ("[I]n the Ninth Circuit, new issues and evidence may not be raised in reply briefs," citing *Bazuaye v. I.N.S.*, 79 F.3d 118, 120 (9th Cir. 1996)).

Based on these violations of the Local Rules and Ninth Circuit precedent, Plaintiff objects to Defendants' Reply and supporting declaration.

DATED this 18th day of November, 2016.

Respectfully submitted,

By: *s/Cristin Kent Aragon*
Gregory Landis, WSBA No. 29545
Cristin Kent Aragon, WSBA No. 39224
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: (206) 516-3800
Email:   glandis@yarmuth.com
              caragon@yarmuth.com

Emily Chiang, WSBA No. 50517
La Rond Baker, WSBA No. 43610
AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184
Email:   echiang@aclu-wa.org
              lbaker@aclu-wa.org

PLAINTIFF'S OBJECTION TO DEFENDANTS' REPLY
NO. 4:16-cv-05108-LRS – Page 3

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Brendan V. Monahan, WSBA No. 22315 |
| | Jaime Cuevas, Jr., WSBA No. 51108 |
| 4 | STOKES LAWRENCE VELIKANJE MOORE & SHORE |
| 5 | 120 N. Naches Avenue |
| | Yakima, Washington 98901 |
| 6 | Telephone: (509) 853-3000 |
| | Email:brendan.monahan@stokeslaw.com |
| 7 | jaime.cuevas@stokeslaw.com |
| 8 | *Attorneys for Plaintiff Bertha Aranda Glatt* |



# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.  The NEF for the foregoing specifically identifies recipients of electronic notice.  I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Dated:  November 18, 2016 at Seattle, Washington.

 s/Gregory Landis
Gregory Landis, WSBA No. 29545
YARMUTH WILSDON PLLC
*Attorneys for Plaintiff Bertha Aranda Glatt*
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: (206) 516-3800
Email:   glandis@yarmuth.com

PLAINTIFF'S OBJECTION TO DEFENDANTS' REPLY
NO. 4:16-cv-05108-LRS – Page 5

999.13 gk183801



1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888