# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERTHA ARANDA GLATT,<br><br>     Plaintiff,<br><br> vs.<br><br>CITY OF PASCO, et al.,<br><br>     Defendants. | Case No. 4:16-CV-05108-LRS<br><br>CIVIL MINUTES<br><br>DATE: 12/7/16<br><br>LOCATION: YAKIMA<br><br>TELEPHONIC MOTION HEARING |

| | | |
|---|---|---|
| | **Judge LONNY R. SUKO** | |
| Ginger Thompson<br>**Courtroom Deputy** | Anna Vowels<br>**Law Clerk** | Lynette Walters<br>**Court Reporter** |
| Brendan V. Monahan<br>Emily Chiang<br>La Rond Baker<br>Cristin J. Aragon<br>Gregory P. Landis<br>**Plaintiff's Counsel** | | John A. Safarli<br>Casey M. Bruner<br>Leland B. Kerr<br><br><br>**Defendants' Counsel** |

[ ] **Open Court**     [ ] **Chambers**     [ X ] **Teleconference**

Arguments presented by Mr. Monahan.
Arguments presented by Mr. Safarli.

Rebuttal arguments presented by Mr. Monahan.
Rebuttal arguments presented by Mr. Safarli.

Additional comments by Mr. Monahan.

Plaintiff's Motion For Entry Of Plaintiff's Proposed Remedial Plan (ECF No. 21) – **under advisement**.
Defendants' Motion For Entry Of Proposed Remedial Plan And Final Injunction (ECF No. 25) – **under advisement**.

[ X ] **ORDER FORTHCOMING**

| CONVENED: 1:30 PM | ADJOURNED: 3:05 PM | TIME: 1 HR/35 MINUTES | CALENDARED [ ] |
|---|---|---|---|