UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BERTHA ARANDA GLATT,

    Plaintiff,

  v.

CITY OF PASCO, *et al.*,

    Defendants.

Case No. 4:16-CV-05108-LRS

ORDER CLOSING FILE

The District Court Executive is hereby directed to CLOSE THIS FILE.

DATED THIS 2nd day of March, 2017.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER- 1