HON. LONNY R. SUKO

Leland B. Kerr, WSBA No. 6059
lkerr@kerrlawgroup.net
KERR LAW GROUP
7025 W. Grandridge Blvd., Suite A
Kennewick, Washington 99336
Telephone: (509) 735-1542

John A. Safarli, WSBA No. 44056
Jsafarli @floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 West Thomas Street, Suite 500
Seattle, Washington 98119
(206) 441-4455

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Bertha Aranda Glatt,

    Plaintiff,

v.

CITY OF PASCO, MATT WATKINS, in his official capacity as Mayor of Pasco, and REBECCA FRANCIK, BOB HOFFMANN, TOM LARSEN, SAUL MARTINEZ, and AL YENNEY, in their official capacity as members of the Pasco City Council,

    Defendants.

No. 4:16-CV-05108-LRS

(PROPOSED) ORDER REGARDING JOINT MOTION TO EXPEDITE HEARING ON THE JOINT MOTION FOR MINOR MODIFICATION TO MEMORANDUM OPINION AND ORDER RE: REMEDIAL PLAN MAP TO ACCOMMODATE MINOR CHANGES REQUESTED BY THE FRANKLIN COUNTY AUDITOR

May 2, 2017 (without oral argument)

(PROPOSED) ORDER REGARDING JOINT MOTION TO EXPEDITE JOINT MOTION FOR MINOR MODIFICATION TO MEMORANDUM OPINION AND ORDER - 1

KERR LAW GROUP
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

THIS MATTER having come before the Court on the Parties' Joint Motion to Expedite Entry of Order Approving Amendment to Remedial Plan and District Map establishing the City of Pasco City Council voting districts.

IT IS HEREBY ORDERED that:

1.  The Motion to Expedite the hearing on the Motion and the entry of the Order Approving Modification to Remedial Plan and District Map establishing the City of Pasco City Council voting districts is GRANTED.

2.  The Parties' Joint Motion to Expedite Joint Motion for Minor Modification to Memorandum Opinion and Order Re: Remedial Plan Map to Accommodate Minor Changes Requested by the Franklin County Auditor will be heard on May 5, 2017.

IT IS SO ORDERED this _____ day of May, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE
LONNY R. SUKO

(PROPOSED) ORDER REGARDING JOINT MOTION TO EXPEDITE JOINT MOTION FOR MINOR MODIFICATION TO MEMORANDUM OPINION AND ORDER - 2

KERR LAW GROUP
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

Presented By:

s/ Leland B. Kerr
Leland B. Kerr, WSBA No. 6059
lkerr@kerrlawgroup.net
KERR LAW GROUP
7025 W. Grandridge Blvd., Suite A
Kennewick, Washington 99336
Telephone: (509) 735-1542

s/ John A. Safarli
John A. Safarli, WSBA No. 44056
jsafarli@floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 West Thomas Street, Suite 500
Seattle, Washington 98119
Telephone: (206) 441-4455

*Attorneys for Defendants*

s/ La Rond Baker
Emily Chiang, WSBA No. 50517
La Rond Baker, WSBA No. 43610
echiang@aclu-wa.org; lbaker@aclu-wa.org
ACLU of Washington Foundation
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

s/ Brendan V. Monahan
Brendan V. Monahan, WSBA No. 22315
Brendan.Monahan@stokeslaw.com
Jaime Cuevas, Jr., WSBA No. 51108
Jaime.Cuevas@stokeslaw.com
STOKES LAWRENCE VELIKANJE MOORE & SHORE
120 North Naches Avenue
Yakima, Washington 98901-2757
Telephone: (509) 853-3000

(PROPOSED) ORDER REGARDING JOINT MOTION TO EXPEDITE JOINT MOTION FOR MINOR MODIFICATION TO MEMORANDUM OPINION AND ORDER - 3

*KERR LAW GROUP*
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

1  s/ Gregory Landis
2  Gregory Landis, WSBA No. 29545
   glandis@yarmuth.com
3  Christin Kent Aragon, WSBA No. 39224
4  carragon@yarmuth.com
   YARMUTH WILSDON PLLC
5  1420 Fifth Avenue, Suite 1400
6  Seattle, Washington  98101
   Telephone:  (206) 516-3800
7
8  *Attorneys for Plaintiff*

27 (PROPOSED) ORDER
   REGARDING JOINT MOTION TO
28 EXPEDITE JOINT MOTION FOR
   MINOR MODIFICATION TO
   MEMORANDUM OPINION AND
   ORDER - 4

*KERR LAW GROUP*
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Emily Chiang | echiang@aclu-wa.org, ewixler@aclu-wa.org |
| La Rond Baker | lbaker@aclu-wa.org, ewixler@aclu-wa.org |
| Breanne Schuster | bschuster@aclu-wa.org, breanne.schuster@gmail.com |
| Brendan V. Monahan | bvm@stokeslaw.com, debbie.wilson@stokeslaw.com, lori.busby@stokeslaw.com, stephanie.salinas@stokeslaw.com |
| Cristin J Aragon | caragon@yarmuth.com |
| Gregory P Landis | glandis@yarmuth.com, vskoulis@yarmuth.com |
| John A Safarli | jsafarli@floyd-ringer.com; jjimenez@floyd-ringer.com |
| Casey M Bruner | cbruner@floyd-ringer.com; jjimenez@floyd-ringer.com |
| Leland B. Kerr | lkerr@kerrlawgroup.net |

By: s/ Leland B. Kerr
Leland B. Kerr, WSBA #6059
KERR LAW GROUP
7025 West Grandridge Blvd. Suite A
Kennewick WA  99336
Telephone:  (509) 735-1542
Facsimile:   (509) 735-0506
lkerr@kerrlawgroup.net

(PROPOSED) ORDER REGARDING JOINT MOTION TO EXPEDITE JOINT MOTION FOR MINOR MODIFICATION TO MEMORANDUM OPINION AND ORDER - 5

*KERR LAW GROUP*
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542