HON. LONNY R. SUKO

Leland B. Kerr, WSBA No. 6059
lkerr@kerrlawgroup.net
KERR LAW GROUP
7025 W. Grandridge Blvd., Suite A
Kennewick, Washington 99336
Telephone:  (509) 735-1542

John A. Safarli, WSBA No. 44056
Jsafarli @floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 West Thomas Street, Suite 500
Seattle, Washington  98119
(206) 441-4455

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Bertha Aranda Glatt,<br><br>    Plaintiff,<br>  v.<br><br>CITY OF PASCO, MATT WATKINS, in his official capacity as Mayor of Pasco, and REBECCA FRANCIK, BOB HOFFMANN, TOM LARSEN, SAUL MARTINEZ, and AL YENNEY, in their official capacity as members of the Pasco City Council,<br><br>    Defendants. | No.  4:16-CV-05108-LRS<br><br>JOINT MOTION FOR MINOR MODIFICATION TO MEMORANDUM OPINION AND ORDER RE:  REMEDIAL PLAN MAP TO ACCOMMODATE MINOR CHANGES REQUESTED BY THE FRANKLIN COUNTY AUDITOR<br><br>(without oral argument - Expedited Hearing Requested) |

JOINT MOTION FOR MINOR
MODIFICATION TO
MEMORANDUM OPINION - 1

*KERR LAW GROUP*
7025 WEST GRANDRIDGE BLVD., SUITEA
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

## I. INTRODUCTION

COMES NOW, the Defendant City of Pasco, Matt Watkins, in his official capacity as Mayor of Pasco, and Rebecca Francik, Bob Hoffman, Tom Larsen, Saul Martinez, and Al Yenney, in their official capacities as members of the Pasco City Council; and the Plaintiff, Berta Aranda Glatt, by and through their respective attorneys of record, and move this Court for to exercise its continuing jurisdiction for modification to its Memorandum Opinion and Order entered on January 27, 2017, amending the Defendants' remedial plan map as adopted therein as Appendix A, to make minor changes to the boundaries to accommodate the Franklin County Auditor's effort to realign voting precincts within the plan adopted by the Court to address minor discrepancies in the City's boundaries, facilitate discernable boundaries for other electoral districts, and to minimize the necessity for splitting precincts.

Both Plaintiff and the City of Pasco have reviewed the requested change from the Franklin County Auditor and determined that they are minor and have no discernable effect on the issues presented in this case.

Therefore, both parties in support of this motion state as follows:

## II. DISCUSSION

A.     By Memorandum Opinion and Order together with separately entered Judgment of January 27, 2017, the Court approved the City's Remedial Plan and

Map which was reproduced in Appendix A to that Order as a remedy for the Section 2 violation. The City Council of the City of Pasco adopted the Remedial Plan and Map establishing the voting districts for the City of Pasco, Washington.

Thereafter in January, the City staff provided a copy of the Ordinance, and the Memorandum Order and Judgment to the Franklin County Auditor for the purpose of revising the Council districts and voting precincts to accommodate the new districts.

B.  In April of this year, the Pasco City's staff met with the Franklin County Auditor's staff to review the results of their analysis. The Auditor, in making their analysis, expressed it had a number of additional considerations to make in addition to balancing the number of registered voters. These include the ability to draw discernable boundary lines for other electoral districts including State legislative positions, County Commissioners, PUD Directors, School Board Directors, etc. They reported that, with a few small adjustments to the adopted Pasco Council district boundaries established by Ordinance, the Auditor could align voting precincts and the necessary district boundaries for several elected officials without the need to have split precincts.

C.  With the ability to describe the City Council Districts in terms of precinct numbers, the City's ordinance which describes voting district boundaries would be greatly simplified with much less prospect for error or misunderstanding.

D. In order to facilitate the Franklin County Auditor's efforts in realigning the precincts, four minimal changes are requested:

1. Precinct 25. This precinct has been bisected by the I-182 freeway. The north portion of the precinct contains only the small golf course on Port of Pasco property. There are no residential properties located in this portion of the precinct. The demographers who prepared the Mission 8 map included the north portion of the precinct, above the interstate, in District 3 and the south portion in District 5 in order to show cleaner boundaries. Maintaining the golf course property in District 5 will assist the Auditor with precinct/boundary lines and will have no effect on voters in the City.

2. A small piece of residential property, 10 lots, has historically been in precinct 1. Located east of Cedar Avenue and north of Highland Street, the parcel was split into two different census blocks before it was developed. This resulted in the demographer using the census boundary to draw the Mission 8 map even though now, with development of the property into residential units, the census boundary cuts through houses and lots. The most logical solution is to shift this small neighborhood into District 2. The population and registered voter shift represented by 10 homes is insignificant; however, the neighborhood will, following the shift, be in the

JOINT MOTION FOR MINOR MODIFICATION TO MEMORANDUM OPINION - 4

*KERR LAW GROUP*
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

same district as virtually the entire balance of its larger neighborhood. This shift will also assist the Auditor with its precinct and boundary lines.

3. Kahlotus Highway. This property was part of a fairly recent annexation, is zoned industrial and contains no residential properties. The demographer drew a line to include the area in District 3, using the natural boundary of the Kahlotus Highway. The Auditor relies upon a precinct boundary line along Dietrich Road to better define boundaries for other jurisdictions. Moving this parcel from District 3 to District 2 will have no effect on voters in the City.

4. Donut Hole (unincorporated area within the City) – Precinct, city limit lines and census block differences. The Auditor has maintained voting precincts in and around the so-called donut hole to identify in-City voters and unincorporated area voters. City annexations do not typically follow precinct lines but are usually drawn along street or property lines. Minor boundary discrepancies with City limits/districts, census blocks and precincts can be seen in this general area in the Mission 8 map which was developed using census block boundaries. The proposed corrections provide for precinct realignment in light of recently revised City limit lines, due to annexation. No voters are moved from the District originally designated, the lines are merely drawn to correspond together accurately.

JOINT MOTION FOR MINOR MODIFICATION TO MEMORANDUM OPINION - 5

*KERR LAW GROUP*
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

E. The requested changes are illustrated by Exhibit A illustrating Pasco's District Map as approved by the Court and incorporated by Ordinance designating on such map the four areas requested for modification; Exhibit B illustrating the proposed City of Pasco Council district boundaries upon approval of the requested modification proposed; and Exhibit C substitution for the existing Appendix A presently attached to the Memorandum Opinion and Order, and Judgment.

F. The Court has retained jurisdiction in this case until 45 days after certification of the results of the 2017 election for the purpose of enforcing its orders, if necessary, for the disposition of any remaining unresolved issues.

G. The modification as requested has been reviewed by the City of Pasco staff expert, and the Plaintiff and their demographer, with both parties concluding that such modification will not have any meaningful effect on the issues presented by this case and is consistent with the intent and result of the Court's Memorandum Opinion and Order.

H. Upon approval of this Order, the City of Pasco City Council is prepared to enact an Ordinance incorporating such change, attached as Exhibit D, at its regular meeting on May 1, 2017, or as soon thereafter, to finalize the district lines in anticipation of the opening of the filing date for candidates for the City Council of the City of Pasco, Washington, on May 15, 2017.

### III. CONCLUSION

For the reasons set forth, all parties respectfully request that the Court approve this motion to modify the map attached as Appendix A providing for the minor modifications identified above, and authorizing the City Council of the City of Pasco to proceed with the adoption of its amendments to the Ordinance defining City Council voting districts consistent therewith.

DATED this 2nd day of May, 2017.

   s/ Leland B. Kerr
Leland B. Kerr, WSBA No. 6059
lkerr@kerrlawgroup.net
KERR LAW GROUP
7025 W. Grandridge Blvd., Suite A
Kennewick, Washington 99336
Telephone: (509) 735-1542

   s/ John A. Safarli
John A. Safarli, WSBA No. 44056
jsafarli@floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 West Thomas Street, Suite 500
Seattle, Washington 98119
Telephone: (206) 441-4455

*Attorneys for Defendants*

s/ La Rond Baker
Emily Chiang, WSBA No. 50517
echiang@aclu-wa.org
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org
ACLU of Washington Foundation
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

s/ Brendan V. Monahan
Brendan V. Monahan, WSBA No. 22315
Brendan.Monahan@stokeslaw.com
Jaime Cuevas, Jr., WSBA No. 51108
Jaime.Cuevas@stokeslaw.com
STOKES LAWRENCE VELIKANJE MOORE & SHORE
120 North Naches Avenue
Yakima, Washington 98901-2757
Telephone: (509) 853-3000

s/ Gregory Landis
Gregory Landis, WSBA No. 29545
glandis@yarmuth.com
Christin Kent Aragon, WSBA No. 39224
carragon@yarmuth.com
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: (206) 516-3800

*Attorneys for Plaintiff*

JOINT MOTION FOR MINOR MODIFICATION TO MEMORANDUM OPINION - 8

*KERR LAW GROUP*
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Emily Chiang | echiang@aclu-wa.org, ewixler@aclu-wa.org |
| La Rond Baker | lbaker@aclu-wa.org, ewixler@aclu-wa.org |
| Breanne Schuster | bschuster@aclu-wa.org, breanne.schuster@gmail.com |
| Brendan V. Monahan | bvm@stokeslaw.com, debbie.wilson@stokeslaw.com, lori.busby@stokeslaw.com, stephanie.salinas@stokeslaw.com |
| Cristin J Aragon | caragon@yarmuth.com |
| Gregory P Landis | glandis@yarmuth.com, vskoulis@yarmuth.com |
| John A Safarli | jsafarli@floyd-ringer.com; jjimenez@floyd-ringer.com |
| Casey M Bruner | cbruner@floyd-ringer.com; jjimenez@floyd-ringer.com |
| Leland B. Kerr | lkerr@kerrlawgroup.net |

By:    s/ Leland B. Kerr
Leland B. Kerr, WSBA #6059
KERR LAW GROUP
7025 West Grandridge Blvd. Suite A
Kennewick WA  99336
Telephone:  (509) 735-1542
Facsimile:   (509) 735-0506
lkerr@kerrlawgroup.net

JOINT MOTION FOR MINOR MODIFICATION TO MEMORANDUM OPINION - 9

*KERR LAW GROUP*
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542