HON. LONNY R. SUKO

Leland B. Kerr, WSBA No. 6059
lkerr@kerrlawgroup.net
KERR LAW GROUP
7025 W. Grandridge Blvd., Suite A
Kennewick, Washington 99336
Telephone: (509) 735-1542

John A. Safarli, WSBA No. 44056
Jsafarli @floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 West Thomas Street, Suite 500
Seattle, Washington 98119
(206) 441-4455

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Bertha Aranda Glatt,<br><br>    Plaintiff,<br>v.<br><br>CITY OF PASCO, MATT WATKINS, in his official capacity as Mayor of Pasco, and REBECCA FRANCIK, BOB HOFFMANN, TOM LARSEN, SAUL MARTINEZ, and AL YENNEY, in their official capacity as members of the Pasco City Council,<br><br>    Defendants. | No. 4:16-CV-05108-LRS<br><br>(PROPOSED) ORDER APPROVING JOINT MOTION FOR MODIFICATION TO MEMORANDUM OPINION AND ORDER RE: REMEDIAL PLAN MAP TO ACCOMMODATE MINOR CHANGES REQUESTED BY THE FRANKLIN COUNTY AUDITOR<br><br>(without oral argument<br>Expedited Hearing Requested) |

THIS MATTER having regularly come before the above-entitled Court on the joint motion of the parties requesting the Court's exercise of its continuing jurisdiction to modify the Memorandum Opinion and Order, and Judgment entered on January 27, 2017.

The Court has reviewed the Stipulated Motion of the parties, the pleadings and files of record, and is fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED that:

1. The Voting District Map attached to the Memorandum Opinion and Order, and Judgment dated January 27, 2017, shall be modified by substitution of the City Council District Map (April 2017), as attached to this Order as Exhibit A.

2. That all the remaining terms and conditions of the Memorandum Opinion and Order, and Judgment shall remain in full force and effect.

3. The City Council of the City of Pasco, Washington, is authorized to adopt a proposed Ordinance incorporating the above minor modified boundaries, as attached to this Order as Exhibit B.

_____
UNITED STATES DISTRICT COURT JUDGE
LONNY R. SUKO

(PROPOSED) ORDER
APPROVING JOINT MOTION
FOR MODIFICATION TO
MEMORANDUM OPINION AND
ORDER - 2

*KERR LAW GROUP*
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

Presented By:

s/ Leland B. Kerr
Leland B. Kerr, WSBA No. 6059
lkerr@kerrlawgroup.net
KERR LAW GROUP
7025 W. Grandridge Blvd., Suite A
Kennewick, Washington 99336
Telephone: (509) 735-1542

s/ John A. Safarli
John A. Safarli, WSBA No. 44056
jsafarli@floyd-ringer.com
FLOYD, PFLUEGER & RINGER, P.S.
200 West Thomas Street, Suite 500
Seattle, Washington 98119
Telephone: (206) 441-4455

*Attorneys for Defendants*

s/ La Rond Baker
Emily Chiang, WSBA No. 50517
echiang@aclu-wa.org
La Rond Baker, WSBA No. 43610
lbaker@aclu-wa.org
ACLU of Washington Foundation
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
Telephone: (206) 624-2184

(PROPOSED) ORDER
APPROVING JOINT MOTION
FOR MODIFICATION TO
MEMORANDUM OPINION AND
ORDER - 3

*KERR LAW GROUP*
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

s/ Brendan V. Monahan
―――――――――――――――――
Brendan V. Monahan, WSBA No. 22315
Brendan.Monahan@stokeslaw.com
Jaime Cuevas, Jr., WSBA No. 51108
Jaime.Cuevas@stokeslaw.com
STOKES LAWRENCE VELIKANJE MOORE & SHORE
120 North Naches Avenue
Yakima, Washington 98901-2757
Telephone: (509) 853-3000

s/ Gregory Landis
―――――――――――――――――
Gregory Landis, WSBA No. 29545
glandis@yarmuth.com
Christin Kent Aragon, WSBA No. 39224
carragon@yarmuth.com
YARMUTH WILSDON PLLC
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
Telephone: (206) 516-3800

*Attorneys for Plaintiff*

(PROPOSED) ORDER APPROVING JOINT MOTION FOR MODIFICATION TO MEMORANDUM OPINION AND ORDER - 4

KERR LAW GROUP
7025 WEST GRANDRIDGE BLVD., SUITE A
KENNEWICK, WASHINGTON 99336
PHONE (509) 735-1542

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Emily Chiang | echiang@aclu-wa.org, ewixler@aclu-wa.org |
| La Rond Baker | lbaker@aclu-wa.org, ewixler@aclu-wa.org |
| Breanne Schuster | bschuster@aclu-wa.org, breanne.schuster@gmail.com |
| Brendan V. Monahan | bvm@stokeslaw.com, debbie.wilson@stokeslaw.com, lori.busby@stokeslaw.com, stephanie.salinas@stokeslaw.com |
| Cristin J Aragon | caragon@yarmuth.com |
| Gregory P Landis | glandis@yarmuth.com, vskoulis@yarmuth.com |
| John A Safarli | jsafarli@floyd-ringer.com; jjimenez@floyd-ringer.com |
| Casey M Bruner | cbruner@floyd-ringer.com; jjimenez@floyd-ringer.com |
| Leland B. Kerr | lkerr@kerrlawgroup.net |

By:  s/ Leland B. Kerr
Leland B. Kerr, WSBA #6059
KERR LAW GROUP
7025 West Grandridge Blvd. Suite A
Kennewick WA 99336
Telephone: (509) 735-1542
Facsimile: (509) 735-0506
lkerr@kerrlawgroup.net



ORDINANCE NO._____

**AN ORDINANCE** of the City of Pasco, Washington amending Chapter 1.10 of the Pasco Municipal Code regarding "Voting Districts."

**WHEREAS**, The American Civil Liberties Union (ACLU) of Washington, in March 2016, notified the City that it believed the City's then election system violated the federal Voting Rights Act (VRA); and

**WHEREAS**, following a lawsuit filed by the ACLU, the City and ACLU jointly entered a proposed a "Partial Consent Decree" which identified the likely violation of the VRA and sought to establish jurisdiction of the Federal Court to order an appropriate remedy to address the violation; and

**WHEREAS**, on September 2, 2016 Judge Lonny Suko of the United States District Court for the Eastern District of Washington granted the Partial Consent Decree thereby ordering that the City must, in order to remedy a violation of Section 2 of the Federal Voting Rights Act, implement a new election system; and

**WHEREAS**, the City Council held, after due notice, a public hearing on September 6 to take comments and evaluate the options for district-based voting and the Council determined that the six-district/one at-large alternative was preferred due to its providing three Latino citizen voter-age majority districts, the same number as possible under the ACLU's preferred seven district plan; and

**WHEREAS**, on October 3, 2016, the City Council held, after due notice, a public hearing on the six-district plan boundary alternatives, to receive and consider public comment on the alternative boundary plans; and

**WHEREAS**, the Council, after due and deliberate consideration, adopted Ordinance No. 4315, establishing a six-district/one at-large plan for City Council elections; and

**WHEREAS**, on January 27, 2017 Judge Suko issued an order approving the City Council election plan as submitted; and

**WHEREAS**, the Franklin County Auditor, in order to efficiently conduct elections for several jurisdictions where each jurisdiction contains a number of district boundaries, has requested that minor adjustments be made to Pasco's City Council District boundaries, in order to simplify and minimize disruption in the boundaries for districts in other jurisdictions in the creation of the voting precincts essential to the conduct of elections; and

**WHEREAS**, the City Council has determined that the adjustments affect only a limited number of potential voters and maintain the intent and purpose of the six-district/one at-large plan as approved by the Federal Court; and



**WHEREAS,** in the January 27, 2017 order, Judge Suko retained the Court's jurisdiction over the City's voting districts until 45 days after certification of the November 2017 election results; and

**WHEREAS,** the City and the ACLU have jointly petitioned the Court for approval of the district boundary adjustments requested by the County Auditor; and

**WHEREAS,** _____

_____

_____ **NOW, THEREFORE,**

**THE CITY COUNCIL OF THE CITY OF PASCO, WASHINGTON, DOES ORDAIN AS FOLLOWS:**

**Section 1.** That Section 1.10.020 entitled "District One" of the Pasco Municipal Code, shall be and hereby is amended to read as follows:

1.10.020 DISTRICT ONE. Voting district one shall encompass the area within the City of Pasco comprised of precinct numbers five, nine, ten, fourteen and fifteen (5, 9, 10, 14 and 15); as those precincts are described on the maps and property descriptions on file with the Auditor of Franklin County.

**Section 2.** That Section 1.10.030 entitled "District Two" of the Pasco Municipal Code, shall be and hereby is amended to read as follows:

1.10.030 DISTRICT TWO. Voting district two shall encompass the area within the City of Pasco comprised of precinct numbers two, three, thirteen, seventeen and eighteen (2, 3, 13, 17 and 18); as those precincts are described on the maps and property descriptions on file with the Auditor of Franklin County.

**Section 3.** That Section 1.10.040 entitled "District Three" of the Pasco Municipal Code, shall be and hereby is amended to read as follows:

1.10.040 DISTRICT THREE. Voting district three shall encompass the area within the City of Pasco comprised of precinct numbers one, eight, twenty-two, twenty-three, twenty-four, thirty-two, thirty-three, thirty-four, thirty-five, thirty-seven, thirty-eight, thirty-nine, forty-two, forty-three, forty-four and one-hundred and two (1, 8, 22, 23, 24, 32, 33, 34, 35, 37, 38, 39, 42, 43, 44 and 102); as those precincts are described on the maps and property descriptions on file with the Auditor of Franklin County.

**Section 4.** That Section 1.10.050 entitled "District Four" of the Pasco Municipal Code, shall be and hereby is amended to read as follows:

1.10.050 DISTRICT FOUR. Voting district four shall encompass the area within the City of Pasco comprised of precinct numbers forty, forty-five, forty-six, forty-seven, fifty, fifty-one fifty-two, fifty-three, fifty-four and fifty-five (40, 45, 46, 47, 50, 51, 52, 53, 54, and 55); as those

precincts are described on the maps and property descriptions on file with the Auditor of Franklin County.

**Section 6.** That Section 1.10.060 entitled "District Five" of the Pasco Municipal Code, shall be and hereby is amended to read as follows:

1.10.060 DISTRICT FIVE. Voting district five shall encompass the area within the City of Pasco comprised of precinct numbers nineteen, twenty, twenty-one, twenty-five, twenty-six, twenty-seven, twenty-eight, twenty-nine, thirty, thirty-one, thirty-six, forty-one, forty-eight, forty-nine, fifty-six, fifty-seven, fifty-eight, fifty-nine, sixty, sixty-two, sixty-three, sixty-five, sixty-six, and sixty-seven (19, 20, 21, 25, 26, 27, 28, 29, 30, 31, 36, 41, 48, 49, 56, 57, 58, 59, 60, 62, 63, 65, 66 and 67); as those precincts are described on the maps and property descriptions on file with the Auditor of Franklin County.

**Section 7.** That Section 1.10.070 entitled "District Six" of the Pasco Municipal Code, shall be and hereby is amended to read as follows:

1.10.070 DISTRICT SIX. Voting district six shall encompass the area within the City of Pasco comprised of precinct numbers four, six, seven, eleven, twelve and sixteen (4, 6, 7, 11, 12 and 16); as those precincts are described on the maps and property descriptions on file with the Auditor of Franklin County.

**Section 8.** This ordinance shall take full force and effect five days after its approval, passage and publication as required by law.

**PASSED** by the City Council of the City of Pasco, Washington, and approved as provided by law this _____ day of _____, 2017.

_____
Matt Watkins, Mayor

ATTEST:                                                  APPROVED AS TO FORM:

_____    _____
Sandy Kenworthy, Interim City Clerk          Leland B. Kerr, City Attorney