UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BERTHA ARANDA GLATT,

    Plaintiff,

v.

CITY OF PASCO, *et al.*,

    Defendants.

Case No. 4:16-CV-05108-LRS

ORDER MODIFYING JANUARY 27, 2017 MEMORANDUM OPINION AND ORDER TO SUBSTITUTE REVISED REMEDIAL PLAN MAP AND DIRECTING ENTRY OF AMENDED JUDGMENT

BEFORE THE COURT is are the jointly filed Motions (ECF Nos. 43, 45) of the parties requesting the court's expedited hearing and exercise of its continuing jurisdiction to modify the Memorandum Opinion and Order, and Judgment entered on January 27, 2017. The court is fully advised in the premises having reviewed the Motions and the record.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. The parties Joint Motion to Expedite (ECF No. 43) and Joint Motion for Minor Modification to Memorandum Opinion and Order Re: Remedial Plan Map to Accommodate Minor Changes Requested by the Franklin County Auditor (ECF No. 45) are **GRANTED**.

ORDER- 1

2. The court herein modifies page 48, paragraph 2 of its January 27, 2017 Memorandum Opinion and Order to approve, as a remedy for the § 2 violation, the City Council District Map (April 2017) attached to *this* Order as **Exhibit A**. The Voting District Map attached to the January 27, 2017 decision at Appendix A, page 1 ("City's Proposed Plan"), shall be modified by **substitution** of the City Council District Map (April 2017), as attached to this Order as **Exhibit A**.

2. The Clerk of the Court shall enter an Amended Judgment modifying the last sentence of the first section of the Judgment entered January 27, 2017 ("other:") to read: "See ECF Nos. 40, 47."

3. All the remaining terms and conditions of the Memorandum Opinion and Order, and the Amended Judgment shall remain in full force and effect.

4. The City of Pasco is ordered to take all steps necessary to substitute and implement the attached *revised* voting district map as part of the plan approved by the court on January 27, 2017.

The District Court Executive is hereby directed to enter this Order, enter the Amended Judgment as directed in paragraph 2, and provide copies to counsel.

DATED THIS 4th day of May, 2017.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER- 2