AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BERTHA ARANDA GLATT,

*Plaintiff*

v.

CITY OF PASCO, et al.,

*Defendant*

Civil Action No. 4:16-CV-5108-LRS

## AMENDED
## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  See Partial Consent Decree at ECF No. 16. Plaintiff's Motion for Entry of Plaintiff's Proposed Remedial Plan (ECF No. 21) is DENIED. Defendants' Motion for Entry of Proposed Remedial Plan and Final Injunction (ECF No. 25) is GRANTED.  See ECF Nos. 40, 47.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on the parties' Joint Motion for for Entry of Parital Consent Decree and the parties' motions for proposed remedial redistrict plans.

Date: May 4, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer

*(By) Deputy Clerk*

Virginia Reisenauer